# Exhibit 19



# SonicWall WAN Acceleration Appliance (WXA) Series

Significantly enhanced WAN application performance and user experience

In today's distributed enterprise, efficient utilization of bandwidth, increased security, and ease of deployment and management are important factors when considering a WAN acceleration solution. Throughput can be exhausted by collaboration applications such as Microsoft® SharePoint and Windows® File Sharing. At the same time, due to the popularity of Web 2.0 and social media, an exponential increase in Internet traffic is already overburdening WAN bandwidth. This inefficient utilization of available bandwidth results in higher latency, lowering employee productivity. Spending more on increased bandwidth or enhanced services, or purchasing disparate point solutions, does not resolve the problem.

The SonicWall™ WAN Acceleration Appliance (WXA) Series enables you to easily and securely enhance WAN application performance at remote and branch offices, thus improving the end user experience that leads to increased productivity. Unlike standalone WAN acceleration products that are deployed either behind the firewall or between the firewall and WAN router, the SonicWall WXA Series is an integrated add-on to the SonicWall Next-Generation Firewall (NGFW). The solution enables comprehensive scanning for intrusions and malware before accelerating the traffic across the VPN or dedicated WAN link, thus maximizing security and performance. The WXA optimizes performance and reduces latency by transmitting only new or changed data across the network after initial file transfer, resulting in dramatically reduced traffic volumes. In addition, the managing firewall enables you to identify and prioritize application traffic while the WXA minimizes traffic between sites.

The SonicWall solution streamlines the placement, deployment, configuration, routing, management and integration of the WXA with other components such as VPNs. Consolidating WAN acceleration with core NGFW technologies including intrusion prevention, anti-malware, and application intelligence, control and visualization at the gateway significantly increases security while lowering the total cost of ownership.

The powerful combination of a SonicWall NGFW and WXA enables you to more efficiently manage your bandwidth and simplify NGFW and WAN acceleration deployment and management without compromising security. SonicWall makes it easy for you to add one or more WXA solutions into your network by providing a variety of platform options including both hardware and virtual appliances as well as software.

## Features and benefits

**Drastically simplify deployment**, routing and integration of multiple WXA appliances across your network through complete provisioning and configuration by a SonicWall NGFW.

**Add a layer of security** by scanning all data for threats before sending it to the WAN Acceleration Appliance using SonicWall Reassembly-Free Deep Packet Inspection® technology.

**Optimize network efficiency** to give users LAN-like application



### Benefits:
- Simplified deployment, routing and integration
- Increased security
- Protocol optimization
- Byte caching and file caching
- Scalability through clustering
- Reduced TCO
- Data compression
- Windows File Sharing (WFS) acceleration
- HTTP (Web) caching
- Visualization
- WAN acceleration client software

performance over your WAN by decreasing latency and chattiness presented due to inefficient protocols or application communication.

**Extend the long-term value** of your existing WAN links and enhance the user experience by dramatically reducing bandwidth consumption through byte and file caching.

**Scale to meet the needs** of a growing user population through clustering, which enables several SonicWall WXA solutions to be linked together at each location.

**Reduce total cost of ownership (TCO)** by increasing efficiency and overall utilization of your existing WAN bandwidth, thus avoiding costly WAN upgrades.

**Increase performance** and reduce latency with data compression across the WAN.

**Improve response time** while decreasing the amount of data transferred when downloading or accessing files from a shared drive, using Windows File Sharing (WFS) acceleration.

**Increase browser response time** while decreasing bandwidth using HTTP (Web) caching.

**Get better insight into performance gains** from WAN acceleration with real-time visualization.

**WAN acceleration client software** allows traffic initiated from remote Windows PCs or laptops running NetExtender to be accelerated.



Headquarters — Branch office

① *SonicWall NGFW appliances provide site-to-site VPN connectivity between a remote or branch office and the main corporate headquarters.*

② *SonicWall WXA appliances improve WAN performance by decreasing latency, while reducing the amount of data traversing through the VPN.*

③ *Visualization shows the performance gains and benefits of introducing WAN acceleration into the network.*

④ *SonicWall Application Intelligence and Control prioritizes and controls application traffic.*

⑤ *SonicWall NetExtender using WAN acceleration client software.*

⑥ *Cluster several SonicWall WXA appliances together to increase scalability.*





1 SonicWall NGFW appliances provides Deep Packet Inspection (DPI) scanning for malware and intrusions.

2 SonicWall WXA appliance provides Web (HTTP) caching to decrease bandwidth utilization and improves browser response times.

3 Visualization shows the performance gains and benefits of introducing WAN acceleration into the network.

4 SonicWall Application Intelligence and Control prioritizes and controls application traffic.



## Specifications

| | WXA 500 Software | WXA 2000 | WXA 4000 | WXA 5000 Virtual Appliance | WXA 6000 Software |
|---|---|---|---|---|---|
| Platform | Software[5] | Hardware appliance | Hardware appliance | Virtual appliance | Software[5] |
| Maximum users[1] | 20 | 120 | 240 | 360 | 2,000 |
| Maximum connections | 100 | 600 | 1,200 | 1,800[3] | 10,000 |
| Maximum web caching connections | 100 | 600 | 1,200 | 1,800[3] | 10,000 |
| Included/maximum concurrent WXA client licenses[4] | 2/20 | 2/50 | 2/125 | 2/125 | 2/125 |
| Byte caching | Yes | | | | |
| TCP/file compression | Yes | | | | |
| Management | Requires SonicOS 5.8.1 or later | | | | |
| Clustering[6] | — | Yes | Yes | Yes | Yes |
| CIFS/SMB acceleration | Yes[2] | Yes | | | |
| Signed SMB support | Yes | | | | |
| WFS/TCP visualization | Yes | | | | |
| SNMP | Yes | | | | |
| Syslog | Yes | | | | |
| Operating system | Hardened SonicWall Linux OS | | | | |
| Rack-mount chassis | — | 1 RU | | — | |
| CPU | — | Intel 2.0GHz | Intel Dual Core 2.0GHz | — | |
| RAM | — | 2 GB | 4 GB | — | |
| Hard drive | — | 250 GB | 2x250 GB | — | |
| Redundant Disk Array (RAID) | — | | RAID 1 | — | |
| Dimensions | — | 17.0 x 16.4 x 1.7 in/43.18 x 41.59 x 4.44 cm | | — | — |
| Weight | — | 16 lbs/7.26 kg | | — | — |
| WEEE weight | — | 16 lbs/7.37 kg | | — | — |
| Power consumption (watts) | — | 86 | 101 | — | — |
| BTUs | — | 293 | 344 | — | — |
| MTBF (years) | — | 14.27 | | — | — |

| | WXA 500 Software only | WXA 6000 Software only |
|---|---|---|
| Dell hardware | Dell Inspiron 3847, Dell XPS 8700 | Dell PowerEdge R320 Server |

| WXA 5000 Virtual Appliance only | | |
|---|---|---|
| Hypervisor | VMware ESX or ESXi version 5.0 or higher | Microsoft Windows Server 2012 or 2012 R2 with the Hyper-V role enabled |
| Virtual appliance requirements | SonicWall WXA 1.3.2 release notes | |
| VMware Hardware Compatibility Guide | vmware.com/resources/compatibility/search.php | |

[1] Maximum users may vary depending on the number of connections being generated per user.
[2] CIFS/SMB acceleration is available only when the WXA software image is installed on the supplied Dell hardware.
[3] The max number of connections is dependent on the hardware specifications and may vary depending on the hardware configuration. The specifications provided are the minimum requirements to run the WXA Virtual Appliance.
[4] NetExtender is required in order to use the WXA client software. Please refer to the WXA release notes for supported operating systems.
[5] The WXA 500 and 6000 software can be downloaded from www.mysonicwall.com and requires specific Dell hardware in order to operate.
[6] Requires SonicOS 6.2 or higher.

## About Us

Over a 25 year history, SonicWall has been the industry's trusted security partner. From network security to access security to email security, SonicWall has continuously evolved its product portfolio, enabling organizations to innovate, accelerate and grow. With over a million security devices in almost 200 countries and territories worldwide, SonicWall enables its customers to confidently say yes to the future.



SonicWall WXA 500 Software with Software Subscription and Dynamic Support 24x7 (1-year) **01-SSC-9438**



SonicWall WXA 2000 with Dynamic Support 24x7 (1-year) **01-SSC-9440**



SonicWall WXA 4000 with Dynamic Support 24x7 (1-year) **01-SSC-9442**



SonicWall WXA 5000 with Software Subscription and Dynamic Support 24x7 (1-year) **01-SSC-9444**



SonicWall WXA 6000 Software including 1 Year Software Subscription and Dynamic Support 24x7 **01-SSC-9078**

### Software and Support Renewals

SonicWall WXA 6000 Software Subscription and Dynamic Support 24x7 (1-Year) **01-SSC-9079**

SonicWall WXA 5000 Virtual Appliance including Software Subscription and Dynamic Support 24x7 (1-year)* **01-SSC-9455**

SonicWall Dynamic Support 24x7 for WXA 4000 (1-year)* **01-SSC-9452**

SonicWall Dynamic Support 24x7 for WXA 2000 (1-year)* **01-SSC-9449**

SonicWall WXA 500 Software Subscription and Dynamic Support 24x7 (1-year)* **01-SSC-9446**

*Two and three-year options are also available.

SonicWall, Inc.
5455 Great America Parkway  |  Santa Clara, CA 95054
Refer to our website for additional information.
www.sonicwall.com

© 2016 SonicWall Inc. ALL RIGHTS RESERVED. SonicWall is a trademark or registered trademark of SonicWall Inc. and/or its affiliates in the U.S.A. and/or other countries. All other trademarks and registered trademarks are property of their respective owners.
Datasheet-WXASeries-US-KJ-27465-D60

