Robyn Ast-Gmoser (*pro hac vice*)
RAstGmoser@Polsinelli.com
**POLSINELLI** *LLP*
100 S. Fourth Street, Suite 1000
St. Louis, Missouri
T: 314.889.8000
F: 314.231.1776

Attorney for Sonicwall Inc.

## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **Finjan, Inc.** | **CASE NO. 17-CV-04467-BLF (HRL)** |
| **Plaintiff** | **NOTICE OF WITHDRAWAL** |
| **v.** | |
| **Sonicwall Inc.** | |
| **Defendant.** | |

**TO ALL COUNSEL OF RECORD:  ROBYN AST-GMOSER** hereby moves to withdraw her appearance as counsel of record for Defendant Sonicwall Inc. in all further proceedings as she is no longer an attorney with the firm Polsinelli LLP.

December 15, 2017

Respectfully submitted,

/s/  Robyn Ast-Gmoser
Robyn Ast-Gmoser (*pro hac vice*)
RAstGmoser@Polsinelli.com
**Polsinelli** *LLP*
100 S. Fourth Street, Suite 1000
St. Louis, Missouri
T: 314.889.8000
F: 314.231.1776
Attorney for Sonicwall Inc.

**NOTICE OF WITHDRAWAL**
**Case No. 17-CV-04467-BLF (HRL)**

61381253.1