Robyn Ast-Gmoser (*pro hac vice*)
RAstGmoser@Polsinelli.com
**POLSINELLI *LLP***
100 S. Fourth Street, Suite 1000
St. Louis, Missouri
T: 314.889.8000
F: 314.231.1776

Attorney for Sonicwall Inc.

**UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **Finjan, Inc.**<br><br>   **Plaintiff**<br><br>v.<br><br>**Sonicwall Inc.**<br><br>   **Defendant.** | **CASE NO. 17-CV-04467-BLF (HRL)**<br><br>**[PROPOSED] ORDER GRANTING ROBYN AST-GMOSER'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

The Motion to Withdraw as Counsel of Record filed by Defendant's attorney ROBYN AST-GMOSER, came before the Court with notice to all parties and attorneys of record. No party has filed an Opposition to the Motion. The Court having reviewed, read and considered all papers filed in support of ~~and in opposition to~~ said motion, having considered the arguments of counsel ~~and Plaintiffs,~~ and

GOOD CAUSE appearing therefore, the Motion to Withdraw is GRANTED. ROBYN AST-GMOSER are relieved forthwith from any and all further obligations to Defendant or to any other party in the above entitled action.

**IT IS SO ORDERED:**

Dated:  December 18 , 2017                    _____
                                              HONORABLE BETH LABSON FREEMAN
                                              United States District Court Judge