UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SONICWALL, INC.,<br><br>    Defendant. | Case No. 17-cv-04467-BLF (VKD)<br><br>**INTERIM ORDER RE DISCOVERY DISPUTE RE SONICWALL'S TECHNICAL PRODUCTION**<br><br>Re: Dkt. No. 194 |

To aid the Court in resolving the parties' discovery dispute concerning SonicWall's response to plaintiff Finjan Inc.'s Interrogatory No. 3 regarding source code, the Court asks that the parties provide (1) an excerpt from SonicWall's file manifest, and (2) an example of the file folder organization of SonicWall's source code production. The Court will use the excerpts and examples to help it evaluate the parties' arguments about whether the manifest and file folder organization, to which SonicWall refers in its interrogatory response, permit Finjan to identify which source code corresponds to which accused instrumentalities. The parties may agree on a joint submission to the Court, or each party may provide its own submission. The submission(s) may be filed under seal no later than **noon on November 25, 2019**.

**IT IS SO ORDERED.**

Dated: November 21, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge