PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRISTOPHER KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

**DUANE MORRIS LLP**
D. Stuart Bartow (SBN 233107)
Email: DSBartow@duanemorris.com
Nicole E. Grigg (SBN 307733)
Email:  NEGrigg@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Tel.:  650.847.4150
Fax:  650.847.4151

*Attorneys for Defendant*
SONICWALL INC.

(Complete list of counsel for Defendant on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:17-cv-04467-BLF-HRL<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME TO COMPLETE FACT DEPOSITIONS AND SERVE EXPERT REPORTS** |

1  Plaintiff Finjan, Inc. ("Finjan") and Defendant SonicWall, Inc. ("SonicWall") (collectively, "the Parties"), respectfully file this stipulated request for an order granting a limited enlargement of the current deadlines to complete noticed fact depositions, any follow-on discovery from those depositions, and to serve expert reports in this matter.

WHEREAS, the deadline for completing fact discovery is May 1, 2020, (Dkt. 61);

WHEREAS, the Parties have fact depositions set for this month and next, which will require witnesses and counsel to travel;

WHEREAS, due to the national emergency of the COVID-19 pandemic, travel has been restricted across the country, and both counsel and party witnesses are unable to travel and must avoid all in-person meetings;

WHEREAS, the deadline for expert designations (including serving opening expert reports) is currently set for June 5, 2020, and the deadline for rebuttal expert disclosures is July 10, 2020, (Dkt. 61);

WHEREAS, the Parties anticipate travel and in-person restrictions to continue for the foreseeable future, impacting preparation of expert reports;

WHEREAS, despite the Parties' diligence in timely completing the discovery process, the significant disruption caused by the COVID-19 pandemic has directly and significantly impacted the Parties' ability to comply with the upcoming deadlines through no fault of their own, necessitating the extensions requested herein;

WHEREAS, the Parties believe that a short extension of fact and expert discovery deadlines is warranted for the limited purposes of (1) rescheduling and completing noticed fact depositions, (2) allowing any follow-on discovery resulting from the rescheduled depositions within the limits currently allowed (e.g., interrogatory limits), and (3) exchanging expert disclosures and reports; and

WHEREAS, the Parties do not wish to inconvenience the Court in any way.  As such, the Parties anticipate, based on information available to date, that the proposed extensions below will have no effect on subsequent deadlines in the Court's case schedule.

1

STIPULATED REQUEST AND ORDER CHANGING TIME TO COMPLETE FACT DISCOVERY AND SERVE EXPERT REPORTS
CASE NO. 5:17-CV-04467-BLF-HRL

SonicWall and Finjan hereby stipulate to, and respectfully request, the following limited extensions to accommodate the needs of the Parties:

| Event | Current Due Date | Proposed Extended Due Date |
|---|---|---|
| Close of Fact Discovery | May 1, 2020 | June 1, 2020 (for completing noticed fact depositions and follow-on discovery as set forth above) |
| Opening Expert Reports | June 5, 2020 | July 10, 2020 |
| Rebuttal Expert Reports | July 10, 2020 | August 7, 2020 |

Respectfully submitted,

By: /s/ Paul Andre
Paul Andre (SBN 196585)
pandre@kramerlevin.com
Lisa Kobialka (SBN 191404)
lkobialka@kramerlevin.com
James Hannah (SBN 237978)
jhannah@kramerlevin.com
Hannah Lee (SBN 253197)
hlee@kramerlevin.com

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Attorneys for Plaintiff
FINJAN, INC.

Respectfully submitted,

By: /s/Nicole E. Grigg
Matthew C. Gaudet (Admitted *Pro Hac Vice*)
mcgaudet@duanemorris.com
David C. Dotson (Admitted *Pro Hac Vice*)
dcdotson@duanemorris.com
Jennifer H. Forte (Admitted *Pro Hac Vice*)
jhforte@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309-3929
Telephone: 404.253.6900

D. Stuart Bartow (SBN 233107)
Email: DSBartow@duanemorris.com
Nicole E. Grigg (SBN 307733)
Email: NEGrigg@duanemorris.com
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Tel.:  650.847.4150
Fax:  650.847.4151

Joseph A. Powers (Admitted *Pro Hac Vice*)
Email: japowers@duanemorris.com
Jarrad M. Gunther (Admitted *Pro Hac Vice*)
Email: jmgunther@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1000

Counsel for Defendant
SONICWALL, INC.

Dated:  March 17, 2020

3

STIPULATED REQUEST AND ORDER CHANGING TIME TO COMPLETE FACT DISCOVERY AND SERVE EXPERT REPORTS
CASE NO. 5:17-CV-04467-BLF-HRL

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, it is hereby ordered that:

| **Event** | **Current Due Date** | **Extended Due Date** |
|---|---|---|
| Close of Fact Discovery | May 1, 2020 | June 1, 2020* |
| Opening Expert Reports | June 5, 2020 | July 10, 2020 |
| Rebuttal Expert Reports | July 10, 2020 | August 7, 2020 |

* Fact discovery is extended solely for: (1) rescheduling and completing noticed fact depositions, and (2) allowing any follow on discovery resulting from the rescheduled depositions within the limits currently allowed (e.g., interrogatory limits).

**IT IS SO ORDERED.**

Dated:_____

JUDGE BETH LABSON FREEMAN
United States District Court Judge