PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRISTOPHER KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
AUSTIN MANES (State Bar No. 284065)
amanes@kramerlevin.com
**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

**DUANE MORRIS LLP**
D. Stuart Bartow (SBN 233107)
Email: DSBartow@duanemorris.com
Nicole E. Grigg (SBN 307733)
Email:  NEGrigg@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Tel.:  650.847.4150
Fax:  650.847.4151

*Attorneys for Defendant*
SONICWALL INC.

(Complete list of counsel for Defendant on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:17-cv-04467-BLF-HRL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendant SonicWall, Inc. ("SonicWall") (collectively, "the Parties"), hereby jointly stipulate and respectfully request that the Court amend the case schedule.

In support of these stipulated requests, the Parties jointly state as follows:

WHEREAS, the COVID-19 pandemic has impacted the daily business operations of both parties and their respective counsel;

WHEREAS, in light of the COVID-19 pandemic, the parties have conferred and agreed that, subject to the Court's approval, the case schedule should be amended as set forth below in order to account for the uncertainties surrounding the pandemic and to provide for the orderly conclusion of fact discovery;

WHEREAS, the parties' proposed modifications to the case schedule do not impact the dates already set by the Court for the summary judgment hearing and trial in this case, and only modify the dates for the conclusion of discovery and summary judgment briefing;

WHEREAS, the Parties previously stipulated to and/or the Court ordered: an extension of SonicWall's time to respond to the Complaint by thirty days, on September 8, 2017 (Dkt. No. 16); an extension of time to complete mediation pursuant to ADR L.R. 6-4(c) on January 31, 2018 (Dkt. No. 58); a continuance of the hearing on SonicWall's Motion to Dismiss on March 27, 2018 (Dkt. No. 67); a further extension of time to complete mediation pursuant to ADR L.R. 6-4(c) on April 3, 2018 (Dkt. No. 71); a modification of the case schedule, pursuant to Civil Local Rule 7-12 and the Court's instructions at the December 14, 2017 Initial Case Management Conference (Dkt. No. 90); a further extension of time to complete mediation pursuant to ADR L.R. 6-4(c) on January 31, 2018 (Dkt. No. 58); an extension for Finjan's Opposition to SonicWall's Motion to Compel Further Supplemental Infringement Contentions and SonicWall's Reply in support of its Motion to Compel Further Supplemental Infringement Contentions (Dkt. No. 116); a further extension of time to complete mediation pursuant to ADR L.R. 6-4(c) on May 2, 2019 (Dkt. No. 140); an extension of time for both parties to provide hit counts for any email requests served under the ESI, for SonicWall to provide its opposition to and for Finjan to provide its reply brief in support of Finjan's

Motion for Leave to Amend Its Infringement Contentions (Dkt. No. 219); and a limited enlargement of the then-current deadlines to complete noticed fact depositions, any follow-up discovery from those depositions and to serve expert reports (Dkt. No. 244);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel for Finjan and SonicWall that the deadlines set forth below be amended as follows:

| Event | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Close of Fact Discovery | 5/1/2020<br><br>6/1/2020 (for depositions and follow up discovery) | 7/31/2020 |
| Joint status report about whether products can be grouped together into categories for the purposes of trial | 5/6/2020 | 8/5/2020 |
| SonicWall to limit the number of invalidity theories to 30 total | 5/6/2020 | 8/5/2020 |
| Opening Expert Reports | 7/10/20 | 9/4/2020 |
| Rebuttal Expert Reports | 8/7/20 | 10/5/2020 |
| Close of Expert Discovery | 9/18/2020 | 11/3/2020 |
| Opening Summary Judgment Briefs | 10/30/2020 | 11/20/2020 |
| Responsive Summary Judgment Briefs | 11/27/2020 | 12/9/2020 |
| Reply Summary Judgment Briefs | 12/4/2020 | 12/23/2020 |

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
CASE NO. 5:17-CV-04467-BLF-HRL

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: */s/ Paul Andre* | By: */s/ Matthew C. Gaudet* |

Paul Andre (SBN 196585)
pandre@kramerlevin.com
Lisa Kobialka (SBN 191404)
lkobialka@kramerlevin.com
James Hannah (SBN 237978)
jhannah@kramerlevin.com
Kristopher Kastens (SBN 254797)
kkastens@kramerlevin.com
Austin Manes (SBN 284065)
amanes@kramerlevin.com
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Attorneys for Plaintiff
FINJAN, INC.

Matthew C. Gaudet (Admitted *Pro Hac Vice*)
mcgaudet@duanemorris.com
David C. Dotson (Admitted *Pro Hac Vice*)
dcdotson@duanemorris.com
Jennifer H. Forte (Admitted *Pro Hac Vice*)
jhforte@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309-3929
Telephone: 404.253.6900

D. Stuart Bartow (SBN 233107)
Email: DSBartow@duanemorris.com
Nicole E. Grigg (SBN 307733)
Email: NEGrigg@duanemorris.com
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Tel.:  650.847.4150
Fax:  650.847.4151

Joseph A. Powers (Admitted *Pro Hac Vice*)
Email: japowers@duanemorris.com
Jarrad M. Gunther (Admitted *Pro Hac Vice*)
Email: jmgunther@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1000

Counsel for Defendant
SONICWALL, INC.

**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated:  April 1, 2020                              */s/Paul Andre*

# [PROPOSED] ORDER

Pursuant to the parties' Stipulation, it is hereby ordered that the deadlines set forth below are extended as follows:

| Event | Amended Deadline |
|---|---|
| Close of Fact Discovery | 7/31/2020 |
| Joint status report about whether products can be grouped together into categories for the purposes of trial | 8/5/2020 |
| SonicWall to limit the number of invalidity theories to 30 total | 8/5/2020 |
| Opening Expert Reports | 9/4/2020 |
| Rebuttal Expert Reports | 10/5/2020 |
| Close of Expert Discovery | 11/3/2020 |
| Opening Summary Judgment Briefs | 11/20/2020 |
| Responsive Summary Judgment Briefs | 12/9/2020 |
| Reply Summary Judgment Briefs | 12/23/2020 |

IT IS SO ORDERED.

Dated: _____

                                                            _____
                                                            JUDGE BETH LABSON FREEMAN
                                                            United States District Court Judge