**DUANE MORRIS LLP**
D. Stuart Bartow (SBN 233107)
Email: DSBartow@duanemorris.com
Nicole E. Grigg (SBN 307733)
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

**DUANE MORRIS LLP**
Joseph A. Powers (PA SBN 84590)
Admitted *Pro Hac Vice*
japowers@duanemorris.com
Jarrad M. Gunther (PA SBN 207038)
Admitted *Pro Hac Vice*
jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

**DUANE MORRIS LLP**
Matthew C. Gaudet (GA SBN 287759)
Admitted *Pro Hac Vice*
mcgaudet@duanemorris.com
Robin L. McGrath (GA SBN 493115)
Admitted *Pro Hac Vice*
rlmcgrath@duanemorris.com
David C. Dotson (GA SBN 138040)
Admitted *Pro Hac Vice*
dcdotson@duanemorris.com
Jennifer H. Forte (GA SBN 940650)
Admitted *Pro Hac Vice*
jhforte@duanemorris.com
1075 Peachtree Street, Ste. 2000
Atlanta, GA  30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

*Attorneys for Defendant*
SONICWALL INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SONICWALL INC., a Delaware Corporation<br><br>Defendant. | Case No. 5:17-cv-04467-BLF-VKD<br><br>**DEFENDANT SONICWALL INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

# I.      INTRODUCTION

Pursuant to Civil L.R. 7-11 and 79-5, this Court's Standing Civil Order Re: Civil Cases, the Parties Stipulated Protective Order (Dkt. 68), the Parties Stipulated Order Regarding Discovery of Electronically Stored Information (Dkt. 69), and Federal Rule of Civil Procedure 26(b)(5)(B), Defendant SonicWall Inc. ("SonicWall") hereby moves the Court for leave to file under seal, pursuant to Civil L.R. 79-5(d)-(e), the items identified in the table below.

| Exhibit No. | Document Title | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| Ex. 1 | Cisco Systems, Inc. Mutual Non-Disclosure Agreement dated January 19, 2004 | Entire Document | The parties in *Finjan, Inc. v. Cisco Systems, Inc., No. 5:17-cv-00072-BLF-SVK* designated this document as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.  See Declaration of Jennifer Forte in Support of Administrative Motion to File Documents Under Seal ("Forte Declaration"), ¶¶ 2-4. |
| Ex. 2 | Finjan Software Inc. Amended and Restated Investors' Rights Agreement dated June 2, 2004 | Entire Document | The parties in *Finjan, Inc. v. Cisco Systems, Inc., No. 5:17-cv-00072-BLF-SVK* designated this document as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.  *See* Forte Declaration, ¶¶ 2-4. |

| Ex. 3 | Cisco – Finjan Holdings, Inc. Mutual Non-Disclosure Agreement dated March 21, 2014 | Entire Document | The parties in *Finjan, Inc. v. Cisco Systems, Inc., No. 5:17-cv-00072-BLF-SVK* designated this document as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.  *See* Forte Declaration, ¶¶ 2-4. |
| Ex. 4 | Excerpts from the February 1, 2019 Deposition of Yoav Samet | Entire Document | The parties in *Finjan, Inc. v. Cisco Systems, Inc., No. 5:17-cv-00072-BLF-SVK* designated this document as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.  *See* Forte Declaration, ¶¶ 2-4. |
| Ex. 5 | Excerpts from the April 10, 2019 Deposition of Daniel Chinn | Entire Document | The parties in *Finjan, Inc. v. Cisco Systems, Inc., No. 5:17-cv-00072-BLF-SVK* designated this document as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.  *See* Forte Declaration, ¶¶ 2-4. |
| Ex. 6 | Exhibit 34 to the April 10, 2019 deposition of Daniel Chinn | Entire Document | The parties in *Finjan, Inc. v. Cisco Systems, Inc., No. 5:17-cv-00072-BLF-SVK* designated this document as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.  *See* Forte Declaration, ¶¶ 2-4. |

## II.    ARGUMENT

### A.    Legal Standard

There is a presumption of public access to judicial records and documents.  *Nixon v. Warner*

*Commc'ns, Inc.*, 435 U.S. 589, 597 (1978).  However, records attached to non-dispositive motions, such is the case here, are not subject to the strong presumption of access.  *Finjan, Inc. v. Proofpoint, Inc*, No. 13-CV-05808-HSG, 2015 WL 9023164, at *1 (N.D. Cal. Dec. 16, 2015) (internal citation omitted).  Because the documents attached to non-dispositive motions "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving to seal must meet the lower "good cause" standard of the Federal Rules of Civil Procedure Rule 26(c).  *Id*. (internal quotation marks omitted).  The "good cause" standard requires a "particularized showing" that "specific prejudice or harm will result" if the information is disclosed.  *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002) (internal quotation marks omitted); *see* Fed. R. Civ. P. 26(c). "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice.  *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

Sealing is appropriate where the requesting party "establishes that the document, or portions thereof is privileged or protectable as a trade secret or otherwise entitled to protection under the law."  N.D. Cal. Civ. L.R. 79–5(a).  A party must "narrowly tailor" its request to sealable material only.  *Id*.

**B.     SonicWall's Administrative Motion to Seal Is Supported By Good Cause and Is Narrowly Tailored**

SonicWall seeks to seal Exhibits 1-6 to the Declaration of Matthew Gaudet Pursuant to Interim Order Re: April 17, 2020 Joint Discovery Letter Brief at Dkt. 255 ("Gaudet Declaration") because the parties in *Finjan, Inc. v. Cisco Systems, Inc., No. 5:17-cv-00072-BLF-SVK* designated these documents as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.

SonicWall contends that public disclosure of this information could cause harm to Finjan. *Id*.; *see also Andrx Pharms., LLC v. GlaxoSmithKline*, 236 F.R.D. 583, 586 (S.D. Fla. 2006) ("Courts dress technical information with a heavy cloak of judicial protection because of the threat of serious economic injury to the disclosure of scientific information."); *Network Appliance, Inc. v. Sun Microsys. Inc.*, 2010 WL 841274, at *5 (N.D. Cal. Mar. 10, 2010) (granting application to seal "information regarding NetApp's internal usability testing of its software").

SonicWall's administrative motion is narrowly tailored and only seeks to seal the select exhibits that contain the information designated as Highly Confidential - Attorneys' Eyes Only. *See Kowalsky v. Hewlett-Packard Co.*, 2012 WL 892427, at *2 (N.D. Cal. Mar. 14, 2012) (finding sealing appropriate where "[t]he proposed redactions contain[ed] . . . confidential product development information, the disclosure of which could harm [the defendant's] competitive advantage in the marketplace.").

## III. CONCLUSION

For these reasons, SonicWall respectfully requests that the Court grant its Administrative Motion to Seal.

Dated:  May 4, 2020

Respectfully submitted,

*/s/ Nicole E. Grigg*

Nicole E. Grigg (CA SBN 307733)
negrigg@duanemorris.com
**DUANE MORRIS LLP**
D. Stuart Bartow (CA SBN 233107)
dsbartow@duanemorris.com
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: 650.847.4146
Facsimile: 650.847.4151

Robin L. McGrath (admitted *pro hac vice*)
Email: rlmcgrath@duanemorris.com
1075 Peachtree Street, Ste. 2000
Atlanta, GA  30309
Telephone: 404.253.6901
Facsimile: 404.253.6901

Matthew C. Gaudet (admitted *pro hac vice*)
Email: mcgaudet@duanemorris.com
Robin L. McGrath (admitted *pro hac vice*)
Email: rlmcgrath@duanemorris.com
David C. Dotson (admitted *pro hac vice*)
Email: dcdotson@duanemorris.com
Jennifer H. Forte (admitted *pro hac vice*)
Email: jhforte@duanemorris.com
1075 Peachtree Street, Ste. 2000
Atlanta, GA  30309

Telephone: 404.253.6901
Facsimile: 404.253.6901

Joseph A. Powers (admitted *pro hac vice*)
Email: japowers@duanemorris.com
Jarrad M. Gunther (admitted *pro hac vice*)
Email: jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

*Attorneys for Defendant*
SONICWALL INC.

SONICWALL'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL;
CASE NO.: 5:17-CV-04467-BLF-VKD