**DUANE MORRIS LLP**
D. Stuart Bartow (SBN 233107)
DSBartow@duanemorris.com
Nicole E. Grigg (SBN 307733)
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

**DUANE MORRIS LLP**
Joseph A. Powers (PA SBN 84590)
Admitted *Pro Hac Vice*
japowers@duanemorris.com
Jarrad M. Gunther (PA SBN 207038)
Admitted *Pro Hac Vice*
jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

**DUANE MORRIS LLP**
Matthew C. Gaudet (GA SBN 287759)
Admitted *Pro Hac Vice*
mcgaudet@duanemorris.com
Robin L. McGrath (GA SBN 493115)
Admitted *Pro Hac Vice*
rlmcgrath@duanemorris.com
David C. Dotson (GA SBN 138040)
Admitted *Pro Hac Vice*
dcdotson@duanemorris.com
Jennifer H. Forte (GA SBN 940650)
Admitted *Pro Hac Vice*
jhforte@duanemorris.com
1075 Peachtree Street, Ste. 2000
Atlanta, GA  30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

*Attorneys for Defendant*
SONICWALL INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SONICWALL INC., a Delaware Corporation<br><br>Defendant. | Case No.: 5:17-cv-04467-BLF-VKD<br><br>**DECLARATION OF MATTHEW GAUDET PURSUANT TO INTERIM ORDER RE APRIL 17, 2020 JOINT DISCOVERY LETTER BRIEF** |

I, Matthew Gaudet, declare as follows:

1. I am a partner at the law firm of Duane Morris LLP and am counsel for Defendant SonicWall Inc. ("SonicWall"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath. I submit this Declaration pursuant to the Court's Interim Order Re April 17, 2020 Joint Discovery Letter Brief [ECF 255]. In making this Declaration, it is not my intention, nor the intention of SonicWall, to waive the attorney-client privilege, the attorney work-product immunity, or any other applicable privilege.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Cisco Systems, Inc. Mutual Non-Disclosure Agreement dated January 19, 2004 and terminating five years following receipt of the Confidential Information (Section 11.0).

3. Attached hereto as **Exhibit 2** is a true and correct copy of Finjan Software Inc. Amended and Restated Investors' Rights Agreement dated June 2, 2004 with the Board Observer provision appearing on page 15 (Section 2.7).

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Cisco – Finjan Holdings, Inc. Mutual Non-Disclosure Agreement dated March 21, 2014 that I referenced during Mr. Samet's deposition at 194:4-13.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the February 1, 2019 deposition of Yoav Samet.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the April 10, 2019 deposition of Daniel Chinn.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Exhibit 34 to the April 10, 2019 deposition of Daniel Chinn.

8. Attached hereto as **Exhibit 7** is a true and copy of excerpts from the Trial Exhibit Lists filed by Finjan, Inc. and Cisco Systems, Inc. identifying the unredacted versions of the Disputed Documents as trial exhibits in the matter or *Finjan, Inc. v. Cisco Systems, Inc.*, No. 5:17-cv-00072-BLF (N.D. Cal.).

1

DECLARATION OF MATTHEW GAUDET PURSUANT TO INTERIM ORDER RE APRIL 17, 2020 JOINT DISCOVERY LETTER BRIEF
CASE NO. 5:17-CV-04467-BLF-VKD

1  I declare under penalty of perjury under the laws of California and the United States that the
2  foregoing is true and correct.
3  Executed on May 4, 2020, in Atlanta, Georgia.

>    /s/ Matthew C. Gaudet
>    Matthew C. Gaudet