# EXHIBIT 7

| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934)<br>brooks@fr.com<br>Roger A. Denning (CA SBN 228998)<br>denning@fr.com<br>Frank J. Albert (CA SBN 247741)<br>albert@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real, Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 678-5070 / Fax: (858) 678-5099<br><br>*Additional attorneys on signature page*<br><br>Attorneys for Plaintiff<br>FINJAN, INC. | D. Stuart Bartow (CA SBN 233107)<br>dsbartow@duanemorris.com<br>Nicole E. Grigg (CA SBN 307733)<br>negrigg@duanemorris.com<br>DUANE MORRIS LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304-1194<br>Telephone: 650.847.4146<br>Facsimile: 650.847.4151<br><br>*Additional attorneys on signature page*<br><br>Attorneys for Defendant<br>CISCO SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC. a California Corporation,<br><br>    Defendant. | Case No.: 5:17-cv-00072-BLF-SVK<br><br>**[PROPOSED] JOINT PRETRIAL STATEMENT AND ORDER**<br><br>Date: April 30, 2020<br>Time: 1:30 pm<br>Place: Courtroom 3, 5th Floor<br>Judge: Hon. Beth Labson Freeman |

JOINT PRETRIAL STATEMENT
17-cv-00072-BLF-SVK


Dated: April 16, 2020

FISH & RICHARDSON P.C.

By: */s/ Frank J. Albert*
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Frank J. Albert (CA SBN 247741)
albert@fr.com
Megan A. Chacon (CA SBN 304912)
chacon@fr.com
K. Nicole Williams (CA SBN 291900)
nwilliams@fr.com
Oliver J. Richards (CA SBN 310972)
ojr@fr.com
Jared A. Smith (CA SBN 306576)
jasmith@fr.com
12390 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Aamir Kazi (Admitted *Pro Hac Vice*)
kazi@fr.com
Alana Mannige (CA SBN 313341)
mannige@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005 / Fax: (404) 892-5002

Attorneys for Plaintiff
FINJAN, INC.

| | |
|---|---|
| Dated: April 16, 2020 | DUANE MORRIS LLP<br><br>By:  */s/ Matthew C. Gaudet*<br><br>Nicole E. Grigg (CA SBN 307733)<br>negrigg@duanemorris.com<br>D. Stuart Bartow (CA SBN 233107)<br>dsbartow@duanemorris.com<br>2475 Hanover Street<br>Palo Alto, CA  94304-1194<br>Telephone: 650.847.4146<br>Facsimile: 650.847.4151<br><br>L. Norwood Jameson (admitted *pro hac vice*)<br>Email:  wjameson@duanemorris.com<br>Matthew C. Gaudet (admitted *pro hac vice*)<br>Email:  mcgaudet@duanemorris.com<br>Robin L. McGrath (admitted *pro hac vice*)<br>Email: rlmcgrath@duanemorris.com<br>David C. Dotson (admitted *pro hac vice*)<br>Email:  dcdotson@duanemorris.com<br>John R. Gibson (admitted *pro hac vice*)<br>Email: jrgibson@duanemorris.com<br>Jennifer H. Forte (admitted *pro hac vice*)<br>Email:  jhforte@duanemorris.com<br>Alice E. Snedeker (admitted *pro hac vice*)<br>Email: aesnedeker@duanemorris.com<br>1075 Peachtree Street, Ste. 2000<br>Atlanta, GA  30309<br>Telephone: 404.253.6900<br>Facsimile: 404.253.6901<br><br>Joseph A. Powers (admitted *pro hac vice*)<br>Email:  japowers@duanemorris.com<br>Jarrad M. Gunther (admitted *pro hac vice*)<br>Email: jmgunther@duanemorris.com<br>30 South 17th Street<br>Philadelphia, PA  19103<br>Telephone: 215.979.1000<br>Facsimile: 215.979.1020<br><br>*Attorneys for Defendant*<br>CISCO SYSTEMS, INC. |

JOINT PRETRIAL STATEMENT
17-cv-00072-BLF-SVK

21

# APPENDIX C-2

# Finjan's Exhibit List

## Appendix C-2 – Finjan's Trial Exhibit List

Finjan provides the following list of documents and other items to be offered as exhibits at trial, other than solely for impeachment or rebuttal. Inclusion on this list does not obligate Finjan to offer the exhibit at trial. Finjan reserves the right to object to Cisco's offering as an exhibit at trial and item listed herein. Finjan reserves the right to offer as an exhibit at trial any item listed on Cisco's exhibit list. Finjan has included "Sponsoring Witness" and "Purpose" columns, the contents of which are not intended to be exhaustive. Finjan reserves the right to amend the contents of these columns. Finjan reserves the right to use or offer any exhibit with any witness qualified to address it. Finjan reserves the right to amend this list. Inclusion on this list or identification of a particular "purpose" is not an admission as to the document's admissibility or relevance.

### Finjan's General Response to Cisco's Objections

The basis for Cisco's objections is not clear from the information Cisco has thus far provided and thus Cisco has not shown the provided exhibits should be excluded. For those exhibits to which Cisco has objected pursuant to Federal Rule of Evidence 403, Finjan responds that the probative value of such exhibits is not outweighed by any danger of unfair prejudice, confusion of the issues, wasting time, misleading the jury, or needlessly presenting cumulative evidence. For those exhibits to which Cisco has objected as lacking foundation, Finjan responds that this objection is premature. To the extent foundation is necessary, it will lay the requisite foundation for those exhibits at trial through the appropriate witness. For those exhibits to which Cisco has objected as improper expert testimony, Finjan denies that the objected-to exhibits contain expert testimony or that testimony about those exhibits would constitute expert testimony, except to the extent testimony about some such exhibits may be offered by a noticed and qualified expert. For those exhibits that Cisco objects to as hearsay, Finjan responds that to the extent the exhibit is sponsored by an expert, the expert is entitled to rely on such exhibit. For those exhibits to which Cisco objects to as DUPE, Finjan responds that Cisco fails to identify the

alleged duplicate exhibits within Finjan's exhibit list.  For those exhibits to which Cisco objects to as EXCL or MSJ, Finjan responds that Cisco fails to explain what court order, parties' stipulation, or parties' NDA are relevant.  Finjan denies that the court orders, parties' stipulations, or parties' NDA preclude these exhibits.  For those exhibits to which Cisco objects to as EXCL (CN) or EXCL (NC),[1] Finjan responds that Cisco fails to explain what internal code name and court order are relevant.  Finjan denies that the any court orders preclude these exhibits.  For those exhibits to which Cisco objects to as IE, Finjan denies that the exhibit is improper or not substantive evidence.  For those exhibits to which Cisco objects to as PJE, Finjan responds that Cisco fails to identify the alleged duplicate exhibits on Cisco's exhibit list.  For those exhibits to which Cisco objects to as MIL, Finjan responds that Cisco fails to identify what potential motions in limine are relevant.  Finjan denies that any potential motions in limine preclude these exhibits.  For those exhibits to which Cisco objects to as MTN, Finjan responds that Cisco fails to explain what Daubert motions or motions to strike are relevant.  Finjan denies that the Daubert motions or motions to strike preclude these exhibits.

For all other objections, Finjan has included specific responses to each exhibit by citing the relevant Federal Rule of Evidence or by using the following codes:

NH – Not Hearsay

### Legend for Cisco's Objections to Finjans's Proposed Trial Exhibits

Cisco reserves all rights, including its right to amend, modify, or supplement its objections to Finjan's exhibit list as trial preparation and trial progresses.  Cisco further reserves the right to object either in whole or in part to any of Finjan's exhibits to the extent they include Cisco's internal code names in contravention of any of this Court's or Magistrate Judge Van Keulen's orders disallowing Finjan or its experts to rely on such codes names as a part of their analysis or theories.  Cisco also reserves the right to object to any exhibit to the extent it should

---

[1] Cisco's single use of EXCL (NC) appears to be a typographical error.  To the extent Cisco intended EXCL (NC) to mean anything other than an "improper reference to internal code name excluded by court order," then Finjan reserves its right to amend its response accordingly.

be excluded or limited by any ruling of the Court, such as the Court's rulings on Cisco's Daubert motion or motions in limine. Cisco further reserves the right to object to the relevance of any of Finjan's exhibits depending on the context surrounding Finjan's proposed use or sponsoring witness of the exhibit. Additionally, Cisco objects to the extent an exhibit is admitted, it may be subject to an appropriate limiting instruction.

Cisco provides the codes below for its objections to exhibits on Finjan's Trial Exhibit List.

| Abbreviation | Objection |
| --- | --- |
| 106 | Incomplete document |
| 401, 402 | Irrelevant |
| 403 | Unfair prejudice, confusing, waste of time |
| 408 | Violation of FRE 408 |
| 602 | Lack of personal knowledge/foundation |
| 701 | Improper lay opinion |
| 702 | Improper expert opinion |
| DUPE | Duplicate exhibit within Finjan's exhibit list<br><br>Cisco's objections as to either duplicate apply to the exhibit that remains on Finjan's exhibit list. |
| IE | Improper exhibit; not substantive evidence |
| H | Hearsay |
| A or AUTH | Authentication |
| BE | Fails to satisfy best evidence rule |
| EXCL or MSJ | Excluded by court order, parties' stipulation, or parties' NDA |
| EXCL (CN) | Improper reference to internal code name excluded by court order |

| Abbreviation | Objection |
|:---:|---|
| MIL | Subject to potential motion in limine |
| MTN | Subject to pending motion (Daubert, mtn to strike) |
| PJE | Potential joint exhibit to streamline the case and reduce duplicate exhibits on both lists.<br><br>Cisco reserves the right to maintain its objections to any document identified as a potential joint exhibit that Finjan seeks to use at trial. |

Case 5:17-cv-04467-BLF   Document 259-7   Filed 05/04/20   Page 10 of 20

Case 5:17-cv-00072-BLF   Document 547-4   Filed 04/16/20   Page 23 of 83
Finjan, Inc. v. Cisco Systems, Inc.
No. 5:17-cv-00072-BLF (N.D. Cal.)
Plaintiff Finjan, Inc.'s Exhibit List

| PTX Trial Exh. No. | Bates Range | Description | Date | Deposition Exhibit No. | Sponsoring Witness | Purpose | Cisco's Objections | Plaintiff's Responses to Objections | For Court's Use |
|---|---|---|---|---|---|---|---|---|---|
| 226 | CISCO-FINJAN-YS_00001621.0001 – 16 | Finjan Software – Finjan White Paper – Spyware and Adware – Threats and Countermeasures | 12/00/2004 | Samet Ex. 12 | Layne-Layne-Farrar Samet Hartstein Chinn | Background of Cisco, Willfulness, Background of Finjan, Damages, Validity | PJE, H | NH, 803, 803(6) | |
| 227 | CISCO-FINJAN-YS_00002365.0001 – 03 | Email from Yoav Samet to Hilton Romanski Re: RE: Finjan FO draft | 2/13/2006 | Samet Ex. 13 | Layne-Layne-Farrar Romanski Samet | Background of Cisco, Willfulness, Background of Finjan, Damages | DUPE, H, 602 | NH, 803, 803(6), 602 | |
| 228 | CISCO-FINJAN-YS_00002345 – 46 | Email from Yoav Samet to Richard Palmer et al., Re: FW: Finjan gearing for IP attack | 1/16/2006 | Samet Ex. 15 | Layne-Layne-Farrar Samet Tompkins | Background of Cisco, Willfulness, Background of Finjan, Damages | DUPE, H, 602 | NH, 803, 803(6), 602 | |
| 229 | CISCO-FINJAN-YS_00002347.0001 – 15 | Finjan Software Presentation – Intellectual Property – Overview | 1/10/2006 | Samet Ex. 16 | Layne-Layne-Farrar Samet Tompkins Hartstein Chinn | Background of Cisco, Willfulness, Background of Finjan, Damages, Validity | PJE, H, 602 | NH, 803, 803(6), 602 | |
| 230 | CISCO-FINJAN-YS_00001946.0001 – 02 CISCO-FINJAN-YS_00001947.0001 – 16 CISCO-FINJAN-YS_00001948.0001 – 42 CISCO-FINJAN-YS_00001949.0001 – 02 | Email from Yoav Samet to Martin De Beer et al., Re: FW: Jungo-Cisco-Finjan (with attachments) | 10/27/2005 | Samet Ex. 17 | Layne-Layne-Farrar Samet | Background of Cisco, Willfulness, Background of Finjan, Damages | H, 602 | NH, 803, 803(6), 602 | |
| 231 | CISCO-FINJAN-YS_2952.0001 – 02 | Email from Yoav Samet to Mick Scully et al., Re: Finjan claims IP violation by Webroot | 3/15/2007 | Samet Ex. 18 | Layne-Layne-Farrar Samet | Background of Cisco, Willfulness, Background of Finjan, Damages | H, 602 | NH, 803, 803(6), 602 | |
| 232 | CISCO-FINJAN-YS_00005489.0001 – 43 | Cisco Presentation – Finjan Follow-on Investment – CC+EC | 2/14/2008 | Samet Ex. 19 | Layne-Layne-Farrar Samet Valory | Background of Cisco, Willfulness, Background of Finjan, Damages | H, 602 | NH, 803, 803(6), 602 | |
| 233 | CISCO-FINJAN-YS_00003718 – 19 | Email from Yoav Samet to Richard Palmer et al., Re: RE: Finjan | 1/31/2008 | Samet Ex. 20 | Layne-Layne-Farrar Samet Valory | Background of Cisco, Willfulness, Background of Finjan, Damages | H, 602 | NH, 803, 803(6), 602 | |
| 234 | CISCO-FINJAN-YS_00004682.0001 – 02 | Email from Yoav Samet to Richard Pollastri et al., Re: RE: Finjan | 9/11/2009 | Samet Ex. 21 | Layne-Layne-Farrar Samet | Background of Cisco, Willfulness, Background of Finjan, Damages | H, 602 | NH, 803, 803(6), 602 | |
| 235 | CISCO-FINJAN-YS_00004683.0001 | Email from Yoav Samet to Paul Glaser Re: Finjan - Additional slides | 9/10/2009 | Samet Ex. 22 | Layne-Layne-Farrar Samet | Background of Cisco, Willfulness, Background of Finjan, Damages | PJE, H, 602 | NH, 803, 803(6), 602 | |
| 236 | CISCO-FINJAN-YS_00004684.0001 – 14 | Finjan Presentation – FCS - Finjan Cloud Security Overview | 00/00/0000 | Samet Ex. 23 | Layne-Layne-Farrar Samet Hartstein Chinn | Background of Cisco, Willfulness, Background of Finjan, Damages | H | NH, 803, 803(6) | |
| 237 | CISCO-FINJAN-YS_00004713 – 16 | Email from Yoav Samet to Keith Valory Re: RE: Call re-Finjan Patents | 9/14/2009 | Samet Ex. 24 | Layne-Layne-Farrar Samet Valory | Background of Cisco, Willfulness, Background of Finjan, Damages | DUPE, H, 602 | NH, 803, 803(6), 602 | |
| 238 | CISCO-FINJAN-YS_00002256.001 – 02 | Email from Asher Polani to Neil Cohen et al., Re: RE: Yahoo! Finance Story - Aladdin Granted Important U.S. Patent for Proactive Protection Against Spyware and Viruses; Financial | 4/11/2006 | Samet Ex. 25 | Tompkins Samet Hartstein Chinn | Background of Cisco, Willfulness, Background of Finjan, Damages | DUPE, PJE, H, 602 | NH, 803, 803(6), 602 | |

| PTX Trial Exh. No. | Bates Range | Description | Date | Deposition Exhibit No. | Sponsoring Witness | Purpose | Cisco's Objections | Plaintiff's Responses to Objections | For Court's Use |
|---|---|---|---|---|---|---|---|---|---|
| 239 | CISCO-FINJAN-YS_00002500.001 – 09 | Email from Asher Polani to Yoav Samet et al., Re: RE: Finjan Monthly Status Report – (July 31st 2006) - Confidential | 8/8/2006 | Samet Ex. 26 | Layne-Layne-Farrar Tompkins Samet Hartstein | Background of Cisco, Willfulness, Background of Finjan, Damages, Validity | DUPE, PJE, H, 602 | NH, 803, 803(6), 602 | |
| 240 | CISCO-FINJAN-YS_00000484.001 | Email from Bailey Szeto to John Stewart et al., Re: RE: Finjan … (watermarking) | 4/5/2004 | Samet Ex. 27 | Samet Szeto Layne-Farrar | Background of Cisco, Willfulness, Background of Finjan, Damages | DUPE, PJE, H, 602 | NH, 803, 803(6), 602 | |
| 241 | CISCO-FINJAN-YS_00007027.001 – 02 | Email from Keith Valory to Yoav Samet Re: FW: Finjan status | 9/8/2008 | Samet Ex. 28 | Samet Valory Layne-Farrar | Background of Cisco, Willfulness, Background of Finjan, Damages | PJE, H, 602 | NH, 803, 803(6), 602 | |
| 242 | CISCO-FINJAN-YS_00004621.001 | Email from Yuval Ben-Itzhak to Daniel Quinlan et al., Re: RE: test methodology and data set - private | 9/25/2009 | Samet Ex. 29 | Cole Layne-Layne-Farrar Medvidovic Mitzenmacher Samet Ben-Itzhak Hartstein | Infringement, Background of Cisco/Finjan, Willfulness Damages Validity | DUPE, PJE, H, 602 | NH, 803, 803(6), 602 | |
| 243 | CISCO-FINJAN-YS_00004952.001 – 04 | Email from Daniel Chinn to Yoav Samet et al., Re: RE: Finjan | 3/17/2010 | Samet Ex. 30 | Layne-Layne-Farrar Samet Chinn Hartstein | Background of Cisco, Willfulness, Background of Finjan, Damages, Validity | PJE, H, 602 | | |
| 244 | | LinkedIn Profile of Bailey Szeto | 00/00/0000 | Szeto Ex. 1 | Szeto | Background of Cisco, Willfulness, Damages | | | |
| 245 | CISCO-FINJAN-YS_00000484.0001 – 02 | Email from Bailey Szeto to John Stewart et al., Re: RE: Finjan … (watermarking) | 4/5/2004 | Szeto Ex. 2 | Samet Szeto | Background of Cisco, Willfulness, Background of Finjan, Damages | DUPE, PJE, H | NH, 803, 803(6) | |
| 246 | CISCO-FINJAN-YS_00000699.0001 – 46 | Cisco Presentation – Business Development Minority Investment Review-CC – Finjan | 2/19/2004 | Szeto Ex. 3 | Szeto Samet Hartstein Chinn | Background of Cisco, Willfulness, Background of Finjan, Damages, Validity | H | NH, 803, 803(6) | |
| 247 | CISCO-FINJAN-YS_00000416.0001 – 03 | Email from shlomo to Yoav Samet Re: FW Cisco Update | 3/10/2004 | Szeto Ex. 4 | Szeto Samet Touboul | Background of Cisco, Willfulness, Background of Finjan, Damages, Validity | H, 602 | NH, 803, 803(6), 602 | |
| 248 | CISCO-FINJAN_00000645.0001 – 08 | Cisco Document – Outbreak Filters Deep Dive | 00/00/0000 | Szeto Ex. 5 | Cole Mitzenmacher Medvidovic Allena Kenchappa Owens Szeto | Infringement, Background of Cisco, Willfulness | DUPE, PJE | | |
| 249 | | Talos Intelligence Guide – Cisco's Security's Threat Intelligence Organization | 00/00/0000 | Szeto Ex. 6 | Szeto Watchinski | Infringement, Background of Cisco, | | | |
| 250 | CISCO-FINJAN_00001062.0001 – 04 | Cisco Webpage – Meraki – Advanced Malware Protection for Meraki MX | 00/00/0000 | Valentic Ex. 1 | Cole Medvidovic Mitzenmacher Valentic | Infringement, Background of Cisco, Willfulness | DUPE, PJE | | |

| PTX Trial Exh. No. | Bates Range | Description | Date | Deposition Exhibit No. | Sponsoring Witness | Purpose | Cisco's Objections | Plaintiff's Responses to Objections | For Court's Use |
|---|---|---|---|---|---|---|---|---|---|
| 601 | CISCO-FINJAN-YS_00001359 | Email from Shlomo Touboul to Ravi Varanasi et al., Re: RE: Thank you and next step | 1/9/2005 | | Cole; Layne-Farrar; Medvidovic; Mitzenmacher; Samet; Hartstein | Damages, Infringement, Background of Cisco/Finjan, Willfullness, Validity | DUPE, PJE, H, 602 | NH, 803, 803(6), 602 | |
| 602 | CISCO-FINJAN-YS_00001788 | Email from Michael Eisenberg to Asher Polani et al., Re: RE: Finjan Transition Status – Snap Shot (October 8th 2005) - Confidential | 10/8/2005 | | Cole; Layne-Farrar; Medvidovic; Mitzenmacher; Varanasi; Touboul; Hartstein | Damages, Infringement, Background of Cisco/Finjan, Willfullness, Validity | PJE, H, 602 | NH, 803, 803(6), 602 | |
| 603 | CISCO-FINJAN-YS_00001870 | Finjan Software Guide – Board Meeting - General | 12/1/2005 | | Layne-Farrar; Samet; Hartstein | Damages, Willfullness, Background of Cisco/Finjan | PJE | | |
| 604 | CISCO-FINJAN-YS_00001872 | Finjan Software Presentation – Board Meeting - General | 12/1/2005 | | Layne-Farrar; Tompkins; Hartstein; Chinn | Damages, Willfullness, Background of Cisco/Finjan | H, 602 | NH, 803, 803(6), 602 | |
| 605 | CISCO-FINJAN-YS_00001878 | Email from Asher Polani to Arah Naveh et al., Re: Finjan Transition Status - Snap Shot (Dece.3rd 2005) - Confidential | 12/6/2005 | | Layne-Farrar; Tompkins; Hartstein; Chinn | Damages, Willfullness, Background of Cisco/Finjan | H, 602 | NH, 803, 803(6), 602 | |
| 606 | CISCO-FINJAN-YS_00001996-97 | Email from Asher Polani to Arad Naveh et al., Re: Finjan Board 10Jan2006.ppt with attachment | 1/10/2006 | | Layne-Farrar; Tompkins; Samet; Hartstein; Chinn | Damages, Willfullness, Background of Cisco/Finjan | H, 602 | NH, 803, 803(6), 602 | |
| 607 | CISCO-FINJAN-YS_00002001-06 | Email from Asher Polani to Arah Naveh et al., Re: Finjan Transition Status – Snap Shot (Jan. 14th 2006) - Confidential with attachments | 1/14/2006 | | Layne-Farrar; Tompkins; Samet; Hartstein; Chinn | Damages, Willfullness, Background of Cisco/Finjan | H, 602 | NH, 803, 803(6), 602 | |
| 608 | CISCO-FINJAN-YS_00002500 | Email from Asher Polani to Yoav Samet et al., Re: RE: Finjan Monthly Status Report – (July 31st 2006) - Confidential | 8/8/2006 | | Layne-Farrar; Tompkins; Samet; Hartstein; Chinn | Damages, Willfullness, Background of Cisco/Finjan | DUPE, PJE, H, 602 | NH, 803, 803(6), 602 | |
| 609 | CISCO-FINJAN-YS_00002909 | Gartner Document – Introducing the Secure Web Gateway – ID Number: G00146229 – By: Peter Firstbrook, Arabella Hallawell, Lawrence Orans | 3/20/2007 | | Layne-Farrar; Tompkins; Samet; Hartstein; Chinn | Damages, Willfullness, Background of Cisco/Finjan | H, 602 | NH, 803, 803(6), 602 | |
| 610 | CISCO-FINJAN-YS_00003075 | Email from Re: Huck Mediation – Attorney-Client Privileged | 9/26/2007 | | Layne-Farrar | Damages | H, 602 | NH, 803, 803(6), 602 | |
| 611 | CISCO-FINJAN-YS_00003330 | Finjan Presentation – A quick look on how the market looked in 2006 | 00/00/0000 | | Layne-Farrar; Tompkins; Samet; Ben-Itzhak; Chinn; Hartstein | Damages, Willfullness, Background of Cisco/Finjan, Validity | | | |
| 612 | CISCO-FINJAN-YS_00003421 – 25 | Email from Keith Valory to Yoav Samet et al., Re: RE: Finjan | 2/12/2008 | | Layne-Farrar | Damages | H, 602 | NH, 803, 803(6), 602 | |
| 613 | CISCO-FINJAN-YS_00003592 | Email from Eric Benhamou to Alex Rogers et al., Re: Agenda | 3/24/2008 | | Cole; Layne-Farrar; Mitzenmacher; Valory; Samet | Damages, Infringement, Background of Cisco/Finjan, Willfullness; | PJE, H, 602 | NH, 803, 803(6), 602 | |

Case 5:17-cv-00072-BLF   Document 547-4   Filed 04/16/20   Page 50 of 83
Finjan, Inc. v. Cisco Systems, Inc.
No. 5:17-cv-00072-BLF (N.D. Cal.)
Plaintiff Finjan, Inc.'s Exhibit List

DM2:12525305.1

Page 45 of 78

| PTX Trial Exh. No. | Bates Range | Description | Date | Deposition Exhibit No. | Sponsoring Witness | Purpose | Cisco's Objections | Plaintiff's Responses to Objections | For Court's Use |
|---|---|---|---|---|---|---|---|---|---|
| 1006 | CISCO-FINJAN_00081605 | Finjan Software Inc. Amended And Restated Investors' Rights Agreement | 11/00/2008 | | Tompkins; Hartstein; Chinn | Willfulness, Background of Cisco/Finjan | H, 602 | NH, 803, 803(6), 602 | |
| 1007 | CISCO-FINJAN-YS_00000107 | Email from Tal Slobodkin to Tal Slobodkin et al., Re: Finjan update call - April 16th | 4/16/2012 | | Tompkins; Hartstein; Chinn | Willfulness, Background of Cisco/Finjan | H, 602 | NH, 803, 803(6), 602 | |
| 1008 | CISCO-FINJAN-YS_00001213 | Email from Shlomo Touboul to Arad Naveh et al., Re: Mamamia Update | 12/14/2004 | | Layne-Farrar; Tompkins; Samet | Damages, Willfulness, Background of Cisco/Finjan | H, 602 | NH, 803, 803(6), 602 | |
| 1009 | CISCO-FINJAN-YS_00001547 | Email from Shlomo Touboul to Michael Eisenberg et al., Re: Mamamia last update and call for urgent action | 6/1/2005 | | Tompkins; Touboul; Hartstein; Chinn | Willfulness, Background of Cisco/Finjan | PJE, H, 602 | NH, 803, 803(6), 602 | |
| 1010 | CISCO-FINJAN-YS_00001680 | Email from Asher Polani to Arad Naveh et al., Re: Termination Letters | 8/1/2005 | | Tompkins; Touboul; Samet, Hartstein; Chinn | Willfulness, Background of Cisco/Finjan, Damages, Validity | PJE, H, 602 | NH, 803, 803(6), 602 | |
| 1011 | CISCO-FINJAN-YS_00002008 | Email from Jayshree Ullal to Yoav Samet Re: Re: Finjan gearing for IP attack | 1/16/2006 | | Tompkins; Samet; Hartstein; Chinn | Willfulness, Background of Cisco/Finjan | H, 602 | NH, 803, 803(6), 602 | |
| 1012 | CISCO-FINJAN-YS_00002256 | Email from Asher Polani to Neil Cohen et al., Re: Re: Yahoo! Finance Story - Aladdin Granted Important U.S. Patent for Proactive Protection Against Spyware and Viruses; Financial News - Yahoo! Finance | 4/11/2006 | | Tompkins; Samet | Willfulness, Background of Cisco/Finjan, Damages | DUPE, PJE, H, 602 | NH, 803, 803(6), 602 | |
| 1013 | CISCO-FINJAN-YS_00002367 | Email from Yoav Samet to Jayshree Ullal et al., Re: Re: Finjan | 2/14/2006 | | Tompkins; Samet; Chinn; Hartstein | Willfulness, Background of Cisco/Finjan, Damages | H, 602 | NH, 803, 803(6), 602 | |
| 1014 | CISCO-FINJAN-YS_00005146 | Email from Tal Slobodkin to 'tal@cisco.com' et al., Re: Finjan update Jan 6 2013 | 1/6/2013 | | Tompkins; Samet | Willfulness, Background of Cisco/Finjan, Damages | H, 602 | NH, 803, 803(6), 602 | |
| 1015 | CISCO-FINJAN-YS_00005461 | Cisco Systems, Inc. Mutual Non-Disclosure Agreement between Cisco Systems, Inc. and Finjan Software, Inc. | 1/19/2004 | | Layne-Farrar; Tompkins; Samet | Damages, Willfulness, Background of Cisco/Finjan | DUPE, H, 602 | NH, 803, 803(6), 602 | |
| 1016 | FINJAN-CISCO 003606 - 07 | Minutes of a Meeting of the Board of Directors of Finjan Software Inc. May 19, 2005 | 5/19/2005 | | Tompkins; Hartstein; Chinn; Touboul | Willfulness, Background of Cisco/Finjan | DUPE, H, 602 | NH, 803, 803(6), 602 | |
| 1017 | FINJAN-CISCO 003616 - 51 | Finjan Software Inc. Action by Unanimous Written Consent of the Board of Directors | 6/1/2004 | | Tompkins; Hartstein; Chinn; Touboul | Willfulness, Background of Cisco/Finjan | H, 602 | NH, 803, 803(6), 602 | |
| 1018 | FINJAN-CISCO 024040 – 44 | Cisco Systems, Inc. Mutual Non-Disclosure Agreement between Cisco Systems, Inc. and Finjan Software, Inc. | 1/19/2004 | | Tompkins; Hartstein; Chinn; Touboul | Willfulness, Background of Cisco/Finjan, Validity, Damages | DUPE, H, 602, EXCL | NH, 803, 803(6), 602 | |
| 1019 | | Merriam-Webster Dictionary Definition of good faith https://www.merriam-webster.com/dictionary/good faith | 3/26/2020 | | Tompkins; Hartstein; Chinn; Touboul; Samet | Willfulness, Background of Cisco/Finjan; Validity, Damages | 401/402, 403, IE, 702 | 401, 402, 702, 703 | |
| 1020 | | The Delaware Way: Deference to the Business Judgment of Directors Who Act Loyally and Carefully https://corplaw.delaware.gov/delaware-way-business-judgment/ | 3/26/2020 | | Tompkins | Willfulness, Background of Cisco/Finjan | 401/402, 403, IE, 702 | 401, 402, 702, 703 | |

# APPENDIX C-3

**Defendant's Exhibit List
and Finjan's Objections Thereto**

*Finjan, Inc. v. Cisco Systems, Inc.*

**Case No. 5:17-cv-00072-BLF**

**Appendix C-3**

**DEFENDANT CISCO SYSTEMS, INC.'S EXHIBIT LIST**

United States District Court for the Northern District of California
(San Jose Division)

*Finjan, Inc. v. Cisco Systems, Inc.*

Case No. 5:17-cv-00072-BLF                                    Trial Date – June 1, 2020

      Pursuant to Section II.B.1 of the Court's Standing Order Re Civil Jury Trials, Defendant Cisco Systems, Inc. ("Cisco") respectfully submits its Trial Exhibit List, subject to Cisco's right to modify this list according to the developments in the case, rulings of the Court (including but not limited to rulings upon forthcoming motions in limine), and in response to Finjan's case in chief. Cisco reserves the right to supplement, amend, or modify its list as the parties meet and confer and the case proceeds toward the pretrial conference and trial; to introduce such other or additional evidence as may be permitted in the discretion of the Court; and to introduce additional evidence for impeachment or rebuttal purposes. Cisco reserves the right to object to the admission of any document included on its exhibit list. Cisco reserves the right to offer at trial any exhibit listed on Finjan's exhibit list and the right to use metadata from documents on either party's exhibit list.

**Appendix C-3**
**Plaintiff Finjan, Inc.'s Key of Objections**

| Objection List | Abbreviation |
|---|---|
| Hearsay (FRE 801, 802)—The exhibits/testimony are hearsay and do not fall within any hearsay exception. | H |
| Irrelevant (FRE 401, 402)—The exhibits/testimony are inadmissible without any tendency to make the existence of any fact that is of consequence to the determination of the action more or less probable than it would be without them. Finjan notes this objection is used for the purpose for which Defendant offers the exhibit without waiving the right to use the exhibit or evidence for another purpose. | 401, 402 |
| Unfair Prejudice, Confusing, Waste of Time (403) —To the extent that these exhibits/testimony contain any relevant information, they should be excluded because their probative value is substantially outweighed by the danger of unfair prejudice, confusion of issues, or is a mischaracterization of the testimony, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence. | 403 |
| Violates FRE 401, 402 and 403 | 401-403 |
| Lack of Personal Knowledge/Foundation (FRE 602)—Defendant has not identified a witness with personal knowledge to testify regarding these exhibits. The witness does not have personal knowledge to testify about a matter, the proposed testimony is speculation and/or outside the scope of the 30(b)(6) designation. | 602 |
| Improper Lay Opinion (FRE 701)—The exhibits/testimony necessarily rely upon the opinion testimony of a lay witness beyond the scope of what is permitted. | 701 |
| Improper Expert Opinion / Testimony (FRE 702) | 702 |
| Authenticity—These exhibits have not been authenticated within the meaning of FRE 901. The testimony fails to authenticate the deposition exhibit. | 901 |
| Best Evidence (FRE 1001-1003)—The exhibits/testimony fail to satisfy the best evidence rule under FRE 1001-1003. | 1001-1003 |
| FRE 1006—These exhibits are an improper summary, chart, or calculation. | 1006 |

3

| Objection List | Abbreviation |
|---|---|
| Privilege (501) | 501 |
| Improper Character Evidence (404, 608, 609) | CE |
| Leading/Waste of Time (611)—The presentation of these exhibits/testimony will result in needless consumption of time and cause witnesses harassment or undue embarrassment. Leading questions should not be used on direct examination of a witness except as may be necessary to develop a witness' testimony. | 611 |
| Compound, Vague, Argumentative, Duplicative, Asked and Answered—The presentation of these exhibits/testimony violate FRE 403 and 611. | 403, 611 |
| Improper Legal Conclusion (401, 611) or improper evidence of a legal issue decided by the Court | LC |
| Subject to motion in *limine* and/or evidentiary dispute raised in the Pretrial Statement | EXC |
| Not Related—Counter Designation is Not Related to Initial Designations | NR |
| Documents Not Produced During Discovery or Outside the Scope of Expert Report | NP |
| Multiple documents are listed as a single exhibit | MD |
| Incomplete/unintelligible document or testimony | IC |
| Not Testimony | NT |

4

# Appendix C-3

## Defendant Cisco Systems, Inc.'s Responses to
## Plaintiff Finjan, Inc.'s Objections to Cisco's Exhibits

Cisco responds to Finjan's objections as set forth in the below table.

| Abbreviation | Response |
|---|---|
| C | Complete |
| REL | Relevant, not unfairly prejudicial, confusing, or waste of time |
| F | Will be used with witness with personal knowledge or 30(b)(6) deponent, or relied upon by expert |
| LAY | Proper lay testimony, not submitted as expert testimony, not improper character evidence |
| EXPERT | Proper expert testimony |
| NH | Not hearsay or qualifies as an exception to hearsay |
| AUTH | Properly authenticated or subject to stipulation re authentication |
| PR | Produced during, admitted as an exhibit at a deposition, properly disclosed/provided with an expert report |
| BEST | Best evidence |
| SUM | Proper summary or compilation of documents to streamline the presentation of evidence |
| AVAIL | Produced, publicly available and identified in deposition or expert report, or exchanged |
| OPP | Subject to opposition to motion in limine |
| IMPOBJ | Improper objection |

5

Appendix C-3
Finjan, Inc. v. Cisco Systems, Inc.
No. 5:17-cv-00072-BLF (N.D. Cal.)
Defendant Cisco Systems, Inc.'s Exhibit List

| Exhibit # | Description | BegBates | End Bates | Purpose | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
| 2399 | Email re: negotiations over MSFT license | CISCO-FINJAN-YS_00001547.001 | CISCO-FINJAN-YS_00001547.002 | Finjan background, operations, technology | Samet, Touboul | H, 611 | NH, REL | |
| 2400 | Finjan white paper | CISCO-FINJAN-YS_000001619.001 | CISCO-FINJAN-YS_00001619.013 | Finjan background, operations, technology | Samet, Touboul | | | |
| 2401 | Securing Active Content WP | CISCO-FINJAN-YS_00001620.001 | CISCO-FINJAN-YS_00001620.022 | Finjan background, operations, technology | Samet, Touboul | | | |
| 2402 | Spyware White Paper | CISCO-FINJAN-YS_00001621.001 | CISCO-FINJAN-YS_00001621.016 | Finjan background, operations, technology | Samet, Touboul | | | |
| 2403 | Email from Asher Polani (CEO of Finjan) providing update (snapshot) | CISCO-FINJAN-YS_00001666.001 | CISCO-FINJAN-YS_00001666.002 | Finjan background, operations, technology | Samet, Chinn, Polani | H, 602, 611 | NH, F | |
| 2404 | Strengths and weaknesses for Finjan | CISCO-FINJAN-YS_00001667.001 | CISCO-FINJAN-YS_00001667.001 | Finjan background, operations, technology | Samet, Chinn, Polani | H, 602, 611 | NH, F | |
| 2405 | Snapshot of Finjan Progress (7/29/05) | CISCO-FINJAN-YS_00001676.001 | CISCO-FINJAN-YS_00001676.002 | Finjan background, operations, technology | Samet, Touboul, Chinn, Polani | H, 602, 611 | NH, F | |
| 2406 | 08.01.2005 email from Asher Polani regarding termination letters | CISCO-FINJAN-YS_00001680 | CISCO-FINJAN-YS_00001680 | Finjan background, operations, technology | Samet, Chinn, Polani | H, 602, 611 | NH, F | |
| 2407 | Finjan Organization Snapshot (8/3/05) | CISCO-FINJAN-YS_00001683.001 | CISCO-FINJAN-YS_00001683.002 | Finjan background, operations, technology | Samet, Chinn, Polani | H, 602, 611 | NH, F | |
| 2408 | Finjan Transition Status - Snap Shot (8/12/05) | CISCO-FINJAN-YS_00001694.001 | CISCO-FINJAN-YS_00001694.003 | Finjan background, operations, technology | Samet, Chinn, Polani | H, 602, 611 | NH, F | |
| 2409 | Finjan Brd Part 2 - FINANCIALS; ORGANIZATION; OPERATION & DIRECTIONS 30Aug2005 | CISCO-FINJAN-YS_00001719.001 | CISCO-FINJAN-YS_00001719.030 | Finjan background, operations, technology | Samet, Chinn, Polani | H, 602, 611 | NH, F | |
| 2410 | 10.08.2005 email from Michael Eisenberg regarding Finjan transition status - snap shot (October 8, 2005) | CISCO-FINJAN-YS_00001788.001 | CISCO-FINJAN-YS_00001788.003 | Finjan background, operations, technology | Samet, Touboul, Chinn, Ben-Itzhak, Polani | H, 602, 611 | NH, F | |
| 2411 | FinjanTransition Status-SnapShot (November12th2005)-Confidential | CISCO-FINJAN-YS_00001842.001 | CISCO-FINJAN-YS_00001842.002 | Finjan background, operations, technology | Samet, Chinn, Polani | H, 602, 611 | NH, F | |
| 2412 | 12.01.2005 Finjan presentation titled "Board Meeting - General" | CISCO-FINJAN-YS_00001870.001 | CISCO-FINJAN-YS_00001870.054 | Cisco/Finjan relationship, Finjan background, operations and technology | Klausner, Samet, Ben-Itzhak, Polani | H, 602, 611, 702 | NH, F, LAY | |
| 2413 | FW: Jungo-Cisco-Finjan.mht | CISCO-FINJAN-YS_00001946.001 | CISCO-FINJAN-YS_00001946.001 | Cisco/Finjan relationship, Finjan background, operations and technology | Klausner, Samet, Touboul, Polani | H, 602, 611, 702 | NH, F, LAY | |
| 2414 | Transition | CISCO-FINJAN-YS_00001972.001 | CISCO-FINJAN-YS_00001972.003 | Finjan background, operations, technology | Samet, Chinn, Polani | H, 602, 611 | NH, F | |
| 2415 | 01.10.2006 Finjan presentation titled "Board Meeting - General", January 10, 2005 Board Presentation | CISCO-FINJAN-YS_00001997.001 | CISCO-FINJAN-YS_00001997.118 | Finjan background, operations and technology | Klausner, Cole, Samet, Polani | H, 602, 611, 702 | NH, F, LAY | |
| 2416 | 01.03.2006 fax letter from Sally Gillis to Yuval Ben Itzhak regarding patent enforcement project | CISCO-FINJAN-YS_00002006.001 | CISCO-FINJAN-YS_00002006.004 | Finjan background, operations, technology | Samet, Touboul, Chinn, Ben-Itzhak, Polani | H, 602, 611 | NH, F | |
| 2417 | Finjan financial statements for 2004 and 2005 | CISCO-FINJAN-YS_00002082.001 | CISCO-FINJAN-YS_00002082.001 | Finjan background, operations, technology | Samet, Chinn, Polani | H, 602, 611 | NH, F | |
| 2418 | Financial statements - final | CISCO-FINJAN-YS_00002083.001 | CISCO-FINJAN-YS_00002083.020 | Finjan background, operations, technology | Samet, Chinn, Polani | H, 602, 611 | NH, F | |
| 2419 | Financial statements 2005-Draft | CISCO-FINJAN-YS_00002084.001 | CISCO-FINJAN-YS_00002084.021 | Finjan background, operations, technology | Samet, Chinn, Polani | H, 602, 611 | NH, F | |
| 2420 | FinjanTransitionStatus-SnapShot(Mar.18th2006)-Confidential | CISCO-FINJAN-YS_00002236.001 | CISCO-FINJAN-YS_00002236.004 | Finjan background, operations, technology | Samet, Chinn, Polani | H, 602, 611 | NH, F | |
| 2421 | 4.11.2006 email from Asher Polani regarding Yahoo! Finance story | CISCO-FINJAN-YS_00002256.001 | CISCO-FINJAN-YS_00002256.002 | Finjan background, operations, technology | Cole, Samet, Touboul, Chinn, Ben-Itzhak, Polani | H, 401-403, 602, 611 | NH, REL, F | |
| 2422 | Background Material for the board | CISCO-FINJAN-YS_00002263.001 | CISCO-FINJAN-YS_00002263.001 | Finjan background, operations, technology | Samet, Polani | H, 602, 611 | NH, F | |
| 2423 | Finjan Board Meeting (Apr. 26, 2006) | CISCO-FINJAN-YS_00002264.001 | CISCO-FINJAN-YS_00002264.096 | Finjan background, operations, technology | Samet, Polani | H, 602, 611 | NH, F | |
| 2424 | (2006) - Finjan PPT with claim chart analysis | CISCO-FINJAN-YS_00002347.001 | CISCO-FINJAN-YS_00002347.015 | Finjan background, operations, technology | Samet, Chinn, Touboul, Polani | H, 602, 611 | NH, F | |
| 2425 | 8.8.2006 email from Asher Polani regarding a confidential Finjan monthly status report (July 31, 2006) | CISCO-FINJAN-YS_00002500.001 | CISCO-FINJAN-YS_00002500.009 | Finjan background, operations, technology | Cole, Samet, Touboul, Chinn, Ben-Itzhak, Polani | H, 401-403, 602, 611 | NH, REL, F | |
| 2426 | Cisco VPN server/client | CISCO-FINJAN-YS_00002630.001 | CISCO-FINJAN-YS_00002630.001 | Finjan background, operations, technology | Samet, Touboul, | H, 602, 611 | NH, F | |
| 2427 | Yoggie | CISCO-FINJAN-YS_00002889.001 | CISCO-FINJAN-YS_00002889.001 | Finjan background, operations, technology | Samet, Touboul | H, 401-403, 611 | NH, REL, F | |
| 2428 | Yoggie | CISCO-FINJAN-YS_00002890.001 | CISCO-FINJAN-YS_00002890.022 | Finjan background, operations, technology | Touboul, Samet | H, 401-403, 611 | NH, REL | |
| 2429 | Yoggie | CISCO-FINJAN-YS_00002891.001 | CISCO-FINJAN-YS_00002891.005 | Finjan background, operations, technology | Touboul, Samet | H, 401-403, 611 | NH, REL | |
| 2430 | July 9, 2007 Finjan Board Meeting PowerPoint | CISCO-FINJAN-YS_00003019.001 | CISCO-FINJAN-YS_00003019.061 | Finjan background, operations, technology | Samet, Chinn, Polani | H, 602, 611 | NH, F | |
| 2431 | 01.31.2008 email from Yuval Ben-Itzhak regarding catch up on IPR status | CISCO-FINJAN-YS_00003331.001 | CISCO-FINJAN-YS_00003331.015 | Finjan background, operations, technology | Samet, Touboul, Chinn, Ben-Itzhak, Polani | H, 602, 611 | NH, F | |
| 2432 | RE: Finjan BD intro.htm | CISCO-FINJAN-YS_00003435 | CISCO-FINJAN-YS_00003435 | Cisco/Finjan relationship, Finjan background, operations and technology | Klausner, Samet, Valory | H, 611, 702 | NH, REL, LAY | |
| 2433 | RE: Touch Base.htm | CISCO-FINJAN-YS_00003567.001 | CISCO-FINJAN-YS_00003567.001 | Finjan background, operations, technology | Samet, Touboul | H, 602, 611 | NH, F | |
| 2434 | (2008) - Finjan board call agenda | CISCO-FINJAN-YS_00003592.001 | CISCO-FINJAN-YS_00003592.002 | Finjan background, operations, technology | Samet, Chinn | H, 611 | NH, REL | |
| 2435 | RE: Catch up Yoav/Shlomo.htm | CISCO-FINJAN-YS_00003617.001 | CISCO-FINJAN-YS_00003617.001 | Finjan background, operations, technology | Samet, Touboul | H, 611 | NH, REL | |
| 2436 | Finjan June 24, 2008 Board Pack from John Vigouroux | CISCO-FINJAN-YS_00003656.001 | CISCO-FINJAN-YS_00003656.002 | Finjan background, operations, technology | Samet, Chinn | H, 611 | NH, REL | |

Appendix C-3
Finjan, Inc. v. Cisco Systems, Inc.
No. 5:17-cv-00072-BLF (N.D. Cal.)
Defendant Cisco Systems, Inc.'s Exhibit List

| Exhibit # | Description | BegBates | End Bates | Purpose | Sponsoring Witness | Objections | Response to Objections | Court Use |
|---|---|---|---|---|---|---|---|---|
| 2706 | 08.05.2014 email from Ivan Chaperot regarding security patent landscape | FINJAN-CISCO 623513 | FINJAN-CISCO 563524 | Finjan background, operations, technology | Chaperot, Hartstein | H, 401-403, 602, 611 | REL, F, LAY, IMPOBJ, NH | |
| 2707 | 04/14/2015 email from Phil Hartstein regarding contacts and licensing deal with F-Secure | FINJAN-CISCO 629968 | FINJAN-CISCO 629969 | License Agreement/Damages, Cisco/Finan relationship | Hartstein, Ben-Itzhak, | H, 401-403, 611 | REL, F, LAY, IMPOBJ, NH | |
| 2708 | 12/28/2015 Moore email to Hartstein re: Mark Chandler | FINJAN-CISCO 630208 | FINJAN-CISCO 630208 | Finjan background, operations, technology | Garland, Mar-Spinola, Hartstein, Moore | H, 401-403, 602, 611 | REL, F, LAY, IMPOBJ, NH | |
| 2709 | 01/09/2017 Noonan email to McIlree, Hartstein re: Finjan demand from Cisco | FINJAN-CISCO 630847 | FINJAN-CISCO 630849 | Finjan background, operations, technology | Garland, Mar-Spinola, Hartstein, Noonan | H, 401-403, 602, 611 | REL, F, LAY, IMPOBJ, NH | |
| 2710 | Email: Cisco (non) update | FINJAN-CISCO 631369 | FINJAN-CISCO 631369 | Finjan background, operations, technology | Chinn, Hartstein | H, 401-403, 602, 611 | REL, F, LAY, IMPOBJ, NH | |
| 2711 | 06.01.2008 Yuval Ben-Itzhak article titled "The Cybercrime 2.0 Evolution," ISSA Journal | FINJAN-CISCO 632073 | FINJAN-CISCO 632076 | Finjan background, operations, technology | Chinn, Ben-Itzhak, Polani | H, 401-403, 602, 611 | REL, F, LAY, IMPOBJ, NH | |
| 2712 | 03.21.2012 email from Shlomo Touboul to Daniel Chinn concerning Mobile and Wireless Security Report | FINJAN-CISCO 632144 | FINJAN-CISCO 632144 | Finjan background, operations, technology | Touboul, Chinn | H, 401-403, 611 | REL, F, LAY, IMPOBJ, NH | |
| 2713 | Mobile and Wireless Security Report by Shlomo Touboul (2013) | FINJAN-CISCO 632145 | FINJAN-CISCO 632203 | Finjan background, operations, technology | Touboul, Chinn | H, 401-403, 611 | REL, F, LAY, IMPOBJ, NH | |
| 2714 | 04.08.2013 email from Shlomo Touboul regarding the new M&A transaction | FINJAN-CISCO 632334 | FINJAN-CISCO 632338 | Finjan background, operations, technology | Touboul, Chinn | H, 401-403, 611 | REL, F, LAY, IMPOBJ, NH | |
| 2715 | 10.19.2015 email from Daniel Chinn regarding Finjan Holdings board | FINJAN-CISCO 634229 | FINJAN-CISCO 634230 | Finjan background, operations, technology | Chinn, Moore, Hartstein | H, 401-403, 602, 611 | REL, F, LAY, IMPOBJ, NH | |
| 2716 | 04/23/2013 email from Daniel Chinn regarding first run of materials from Vered | FINJAN-CISCO 634424 | FINJAN-CISCO 634425 | Finjan background, operations, technology | Touboul, Chinn, Hartstein | H, 401-403, 611 | REL, F, LAY, IMPOBJ, NH | |
| 2717 | Email re: Trustwave royalty model | FINJAN-CISCO 634608 | FINJAN-CISCO 634611 | Finjan background, operations, technology | Becker, Garland, Mar-Spinola | H, 401-403, 602, 611, 702, EXC | REL, F, EXPERT, LAY, IMPOBJ, NH, OPP | |
| 2718 | 2018 - Dawson James initiation report on FNJN | FINJAN-CISCO 634713 | FINJAN-CISCO 634713 | Finjan background, operations, technology | Chinn, Garland, Mar-Spinola, Hartstein | H, 401-403, 602, 611, 901 | REL, F, LAY, IMPOBJ, NH, AUTH | |
| 2719 | Dawson James Equity Research (May 2018) | FINJAN-CISCO 634714 | FINJAN-CISCO 634728 | Finjan background, operations, technology | Chinn, Garland, Mar-Spinola, Hartstein | H, 401-403, 602, 611, 901 | REL, F, LAY, IMPOBJ, NH, AUTH | |
| 2720 | 09.30.2013 email from Daniel Chinn regarding Cisco, quarterly review | FINJAN-CISCO 634884 | FINJAN-CISCO 634885 | Finjan background, operations, technology | Samet, Chinn | H, 611 | REL, F, LAY, IMPOBJ, NH | |
| 2721 | 04/02/2013 Hartstein email to Chinn re: Touboul, IPNav | FINJAN-CISCO 635180 | FINJAN-CISCO 635180 | Finjan background, operations, technology | Hartstein, Chinn, Touboul | H, 401-403, 602, 611 | REL, F, LAY, IMPOBJ, NH | |
| 2722 | Third party license discussions (Apr 2015) | FINJAN-CISCO 635220 | FINJAN-CISCO 635220 | Finjan background, operations, technology | Becker, Garland, Mar-Spinola | H, 401-403, 602, 611, 702, EXC | NH, REL, EXPERT, LAY, F, OPP | |
| 2723 | Third party license discussions (April 2015) | FINJAN-CISCO 635221 | FINJAN-CISCO 635234 | Damages | Becker, Garland, Mar-Spinola | H, 401-403, 602, 611, 702, EXC | NH, REL, EXPERT, LAY, F, OPP | |
| 2724 | Third party Finjan license discussions | FINJAN-CISCO 635274 | FINJAN-CISCO 635287 | Damages | Becker, Garland, Mar-Spinola | H, 401-403, 602, 611, 702, EXC | REL, F, LAY, IMPOBJ, NH | |
| 2725 | Email re: Hartstein short bio for website | FINJAN-CISCO 638443 | FINJAN-CISCO 638444 | Finjan background, operations, technology | Hartstein | H, 401-403, 611 | REL, F, LAY, IMPOBJ, NH | |
| 2726 | Finjan investor fact sheet (Oct 2013) | FINJAN-CISCO 638445 | FINJAN-CISCO 638446 | Finjan background, operations, technology | Garland, Mar-Spinola, Hartstein | H, 401-403, 602, 611 | REL, F, LAY, IMPOBJ, NH | |
| 2727 | 04.04.2013 email from Shlomo Touboul regarding propal to CUPP | FINJAN-CISCO 639829 | FINJAN-CISCO 639833 | Finjan background, operations, technology | Touboul, Chinn, Hartstein | H, 401-403, 611 | REL, F, LAY, IMPOBJ, NH | |
| 2728 | 2013 investor presentation | FINJAN-CISCO 640154 | FINJAN-CISCO 640175 | Finjan background, operations, technology | Garland, Mar-Spinola, Hartstein | H, 401-403, 602, 611, 702, EXC | REL, F, LAY, EXPERT, IMPOBJ, OPP, NH | |
| 2729 | Hartstein forwards Touboul report to Shimon Steinmetz | FINJAN-CISCO 641208 | FINJAN-CISCO 641210 | Finjan background, operations, technology | Garland, Mar-Spinola, Hartstein, Chinn, Touboul | H, 401-403, 602, 611, 702, EXC | REL, F, LAY, EXPERT, IMPOBJ, OPP, NH | |
| 2730 | Attachment to Harstein email to Shimon Steinmetz | FINJAN-CISCO 641211 | FINJAN-CISCO 641269 | Finjan background, operations, technology | Garland, Mar-Spinola, Hartstein, Chinn, Touboul | H, 401-403, 602, 611 | REL, F, LAY, EXPERT, IMPOBJ, OPP, NH | |
| 2731 | 05.28.2014 email from Julie Mar-Spinola regarding Finjan v. Bluecoat | FINJAN-CISCO 641317 | FINJAN-CISCO 641327 | Damages | Becker, Garland, Mar-Spinola | H, 401-403, 602, 611, 702, EXC | REL, F, LAY, EXPERT, IMPOBJ, OPP, NH | |
| 2732 | Redline version of Blue Coat's and Finjan's preliminary settlement terms | FINJAN-CISCO 641328 | FINJAN-CISCO 641332 | Damages | Becker, Garland, Mar-Spinola | H, 401-403, 602, 611, 702, EXC | REL, F, LAY, EXPERT, IMPOBJ, OPP, NH | |
| 2733 | Deposition Transcript (Juniper Lit) - Garland John 2018-11-02 | FINJAN-CISCO 642990 | FINJAN-CISCO 643080 | Finjan background, operations, technology | Garland | H, 401-403, 611 | REL, F, LAY, IMPOBJ, NH | |
| 2734 | FireEye - Discussing excluded entities list and impact on license | FINJAN-CISCO 644364 | FINJAN-CISCO 644376 | Finjan background, operations, technology | Becker, Garland, Mar-Spinola | H, 401-403, 602, 611, 702, EXC | REL, F, LAY, EXPERT, IMPOBJ, OPP, NH | |
| 2735 | 03.26.2015 handwritten notes from conference call | FINJAN-CISCO 646096 | FINJAN-CISCO 646096 | Finjan background, operations, technology | Chaperot, Hartstein | H, 401-403, 602, 611, IC, BE, EXC | REL, F, LAY, IMPOBJ, OPP, BEST, NH | |
| 2736 | 04.27.2016 Finjan Licensing Term Sheet for possible acquisition of Third Party | FINJAN-CISCO 656844 | FINJAN-CISCO 656847 | Damages | Becker, Garland, Mar-Spinola | H, 401-403, 602, 611, 702, EXC | REL, F, LAY, EXPERT, IMPOBJ, OPP, NH | |
| 2737 | 01.08.2017 email from Julie Mar-Spinola regarding settlement discussions between Sophos and Finjan | FINJAN-CISCO 661365 | FINJAN-CISCO 661372 | Finjan background, operations, technology | Becker, Garland, Mar-Spinola | H, 401-403, 602, 611, 702, EXC | REL, F, LAY, EXPERT, IMPOBJ, OPP, NH | |
| 2738 | 09.10.2015 email from John Garland regarding Finjan/Third party | FINJAN-CISCO 671351 | FINJAN-CISCO 671352 | Finjan background, operations, technology | Becker, Garland, Mar-Spinola | H, 401-403, 602, 611, 702, EXC | REL, F, LAY, EXPERT, IMPOBJ, OPP, NH | |
| 2739 | 08.27.2015 Finjan presentation titled "Patent Licensing Discussions" with Third party | FINJAN-CISCO 671353 | FINJAN-CISCO 671392 | Damages | Becker, Garland, Mar-Spinola | H, 401-403, 602, 611, 702, EXC | REL, F, LAY, EXPERT, IMPOBJ, OPP, NH | |
| 2740 | 08.15.2016 email from John Garland regarding F5 Networks licensing discussions | FINJAN-CISCO 675433 | FINJAN-CISCO 675435 | Damages | Becker, Garland, Mar-Spinola | H, 401-403, 602, 611, 702, EXC | REL, F, LAY, EXPERT, IMPOBJ, OPP, NH | |
| 2741 | 08.15.2016 Finjan presentation titled "Patent Licensing Discussions" with F5 Networks | FINJAN-CISCO 675436 | FINJAN-CISCO 675451 | Damages | Becker, Garland, Mar-Spinola | H, 401-403, 602, 611, 702, EXC | REL, F, LAY, EXPERT, IMPOBJ, OPP, NH | |
| 2742 | 06.15.2016 Finjan presentation titled "Patent Licensing Discussions" with F5 | FINJAN-CISCO 679603 | FINJAN-CISCO 679636 | Damages | Becker, Garland, Mar-Spinola | H, 401-403, 602, 611, 702, EXC | REL, F, LAY, EXPERT, IMPOBJ, OPP, NH | |
| 2743 | 05/13/2016 email from John Garland regarding F5 Networks licensing discussions | FINJAN-CISCO 680445 | FINJAN-CISCO 680453 | Damages | Becker, Garland, Mar-Spinola | H, 401-403, 602, 611, 702, EXC | REL, F, LAY, EXPERT, IMPOBJ, OPP, NH | |
| 2744 | 04.08.2016 Finjan presentation titled "Patent Licensing Discussions" with F5 | FINJAN-CISCO 680454 | FINJAN-CISCO 680498 | Damages | Becker, Garland, Mar-Spinola | H, 401-403, 602, 611, 702, EXC | REL, F, LAY, EXPERT, IMPOBJ, OPP, NH | |