UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FINJAN, INC.,

        Plaintiff,

v.

SONICWALL, INC.,

        Defendant.

Case No. 17-cv-04467-BLF   (VKD)

**ORDER OF REDACTION RE ORDER RE DISCOVERY DISPUTE RE PRIVILEGE CLAIMS**

The Court's Order re Discovery Disputes re Privilege Claims has been filed provisionally under seal. Dkt. No. 268. Although the Court has already granted the parties' administrative motion to file their joint discovery dispute letter (Dkt. No. 248) under seal, Dkt. No. 253, the Court has not yet ruled on the parties' administrative motions to file under seal their related subsequent submissions (Dkt. Nos. 256, 257). The Court will therefore give the parties an opportunity to advise whether any portion of the Court's order should be redacted. By **July 17, 2020 at 5:00 p.m.**, the parties shall file a response to this order identifying any proposed redactions or confirming that no redactions are required. If no proposed redactions are received by 5:00 p.m. on July 17, 2020, the Court will unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: July 7, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge