PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRISTOPHER KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

AARON FRANKEL (*pro hac vice*)
afrankel@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7793

*Attorneys for Plaintiff*
FINJAN, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>SONICWALL, INC.,<br><br>          Defendant. | Case No.: 5:17-cv-04467-BLF-VKD<br><br>**PLAINTIFF FINJAN, INC.'S RESPONSE TO THE COURT'S ORDER OF REDACTION RE ORDER [DKT. NO. 269]** |

## I. INTRODUCTION

Plaintiff Finjan, Inc. ("Finjan") provides this response to the Court's Order of Redaction (Dkt. No. 269) regarding the Court's Order on a Discovery Dispute Regarding Privilege Claims (Dkt. No. 268, the "Order"). Finjan seeks to seal only one portion of the Order, which contains an excerpt from a confidential agreement between Finjan and non-party, Cisco Systems, Inc. ("Cisco").

| Identification of Document to be Sealed | Portions of Document to be Sealed | Designating Party | Reasons for Sealing |
| --- | --- | --- | --- |
| Order re Discovery Dispute re Privilege Claims (Dkt. No. 268) | Highlighted portion at Page 2, lines 19-23 | Finjan | This excerpt of the Order contains an excerpt from the confidential agreement between Cisco Systems, Inc. and Finjan. |

## II. ARGUMENT

Finjan seeks to seal the confidential information indicated above and highlighted in the attachment to the Declaration of Aaron Frankel in Support of Finjan's Response ("Frankel Declaration"). Mindful of the Stipulated Protective Order and also Civil Local Rule 79-5, Finjan supports the public filing of the entire Order, with the exception of the five lines on page 2 of the Order that are quoted from the confidential agreement between Finjan and Cisco.

As set forth in the accompanying Frankel Declaration, the excerpt for which redaction is requested contains confidential business information relating to the relationship between Finjan and third-party Cisco and is designated as "Highly Confidential – Attorneys' Eyes Only" under the Protective Order in this case. Specifically, Finjan previously attached the confidential agreement between Finjan and Cisco as Exhibit 2 to the Frankel Declaration in Support of Finjan's Submission of Documents for *In Camera* Review Relating to the Joint Discovery Letter Brief and requested this document to be filed under seal. *See* Dkt. Nos. 256, 258. Consistent with the Court's July 9th Order (Dkt. No. 270) granting Finjan's request to seal the confidential agreement between Finjan and Cisco

1  under the good cause standard, Finjan now requests that the highlighted portion at page 2, lines 19-23
2  of the Order to be filed under seal.
3      Attached hereto are redacted and unredacted versions of the Order.

**III.   CONCLUSION**

Finjan has shown good cause for this request to file the above-referenced excerpt of the Court's Order under seal.  This request is narrowly tailored to seal only information that is regarded as confidential.  For these reasons, Finjan respectfully requests that the Court seal the excerpt indicated above.

Respectfully submitted,

Dated:  July 17, 2020

By: */s/ Aaron Frankel*
Paul J. Andre (SBN 196585)
Lisa Kobialka (SBN 191404)
James Hannah (SBN 237978)
Kristopher Kastens (SBN 254797)
Hannah Lee (SBN 253197)
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
kkastens@kramerlevin.com
hlee@kramerlevin.com

AARON FRANKEL (*pro hac vice*)
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7793
afrankel@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.