PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
KRISTOPHER KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

Matthew C. Gaudet (Admitted Pro Hac Vice)
mcgaudet@duanemorris.com
David C. Dotson (Admitted Pro Hac Vice)
dcdotson@duanemorris.com
Jennifer H. Forte (Admitted Pro Hac Vice)
jhforte@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309-3929
Telephone: 404.253.6900

*Attorneys for Defendant*
SONICWALL, INC.

(Complete list of counsel for Defendant on signature page)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 5:17-cv-04467-BLF<br><br>**JOINT STATUS REPORT REGARDING GROUPING PRODUCTS** |

1  Pursuant to the Stipulation and Order to Extend Deadlines (Dkt. 246), Plaintiff Finjan, Inc.
2  ("Finjan") and Defendant SonicWall, Inc. ("SonicWall") provide this joint status report regarding
3  grouping the accused products into "representative products and product categories."  5-16-19 Hearing
4  Tr. at 4:24-25.
5  The parties have met and conferred, but have been unable to reach agreement as of today's date
6  regarding grouping of the accused products.  The parties will continue to meet and confer and update
7  the Court if they are able to reach agreement.

Dated:  August 5, 2020               By:  /s/ Hannah Lee
                                          Paul J. Andre (State Bar. No. 196585)
                                          Lisa Kobialka (State Bar No. 191404)
                                          James Hannah (State Bar No. 237978)
                                          Hannah Lee (State Bar No. 253197)
                                          Kristopher Kastens (State Bar No. 254797)
                                          KRAMER LEVIN NAFTALIS
                                          & FRANKEL LLP
                                          990 Marsh Road
                                          Menlo Park, CA  94025
                                          Telephone: (650) 752-1700
                                          Facsimile: (650) 752-1800
                                          pandre@kramerlevin.com
                                          lkobialka@kramerlevin.com
                                          jhannah@kramerlevin.com
                                          hlee@kramerlevin.com
                                          kkastens@kramerlevin.com

                                          *Attorneys for Plaintiff*
                                          FINJAN, INC.

Dated:  August 5, 2020               By:  /s/ David C. Dotson
                                          Matthew C. Gaudet (Admitted *Pro Hac Vice*)
                                          mcgaudet@duanemorris.com
                                          Robin L. McGrath (Admitted *Pro Hac Vice*)
                                          rlmcgrath@duanemorris.com
                                          David C. Dotson (Admitted *Pro Hac Vice*)
                                          dcdotson@duanemorris.com
                                          Jennifer H. Forte (Admitted *Pro Hac Vice*)
                                          jhforte@duanemorris.com
                                          Alice E. Snedeker (Admitted *Pro Hac Vice*)
                                          aesnedeker@duanemorris.com

**DUANE MORRIS LLP**
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309-3929
Telephone: 404.253.6900

D. Stuart Bartow (CA SBN 233107)
dsbartow@duanemorris.com
Nicole E. Johnson (CA SBN 307733)
NEGrigg@duanemorris.com
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.415

Joseph A. Powers (Admitted *Pro Hac Vice*)
japowers@duanemorris.com
Jarrad M. Gunther (Admitted *Pro Hac Vice*)
jmgunther@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1000

*Attorneys for Defendant*
SONICWALL, INC.