PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRISTOPHER KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN LLC

**DUANE MORRIS LLP**
D. Stuart Bartow (SBN 233107)
Email: DSBartow@duanemorris.com
Nicole E. Grigg (SBN 307733)
Email:  NEGrigg@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Tel.:  650.847.4150
Fax:  650.847.4151

*Attorneys for Defendant*
SONICWALL INC.

(Complete list of counsel for Defendant on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:17-cv-04467-BLF-HRL<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE** |

Plaintiff Finjan LLC ("Finjan") and Defendant SonicWall, Inc. ("SonicWall") (collectively, "the Parties"), respectfully submit this stipulated request for an order granting a limited enlargement of the current deadlines in light of the upcoming trial in the *Finjan, Inc. v. Cisco Systems, Inc*. case (Case No. 5:17-cv-00072) ("Finjan v. Cisco Trial"), which is scheduled to commence with jury selection on October 16, 2020 and end on October 30, 2020.

WHEREAS, under the current schedule of this case, the Parties' Rebuttal expert reports are due October 5, 2020, and expert discovery closes November 3, 2020 (Dkt. 246);

WHEREAS, five of SonicWall's six expert witnesses in this case and at least five of Finjan's expert witnesses in this case are also experts in the Finjan v. Cisco matter;

WHEREAS, the Parties expect there to be at least 18 days of expert depositions taken in this case;

WHEREAS, jury selection in the Finjan v. Cisco Trial is scheduled to begin nine business days after the Parties serve their respective Rebuttal expert reports, and last until two business days before the close of expert discovery;

WHEREAS, the Parties believe that a short extension of expert discovery deadlines and a related adjustment of the Summary Judgment briefing and hearing schedule is warranted for the limited purposes of (1) avoiding the experts' conflicts with the Finjan v. Cisco Trial schedule, (2) accommodating the subsequent Summary Judgment briefing; and

WHEREAS, the Parties do not wish to inconvenience the Court in any way.  As such, the Parties anticipate, based on information available to date, that the proposed extensions below will have no effect on subsequent pre-trial deadlines and scheduled trial date in the Court's case schedule.

SonicWall and Finjan hereby stipulate to, and respectfully request, the following limited extensions to accommodate the needs of the Parties:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Rebuttal expert reports | October 5, 2020 | October 14 , 2020 |

| | | |
|---|---|---|
| Close of expert discovery | November 3, 2020 | November 24, 2020 |
| Opening Summary Judgment Briefs | November 20, 2020 | December 11, 2020 |
| Responsive Summary Judgment Briefs | December 9, 2020 | January 6, 2021 |
| Reply Summary Judgment Briefs | December 23, 2020 | January 20, 2021 |
| Last day to hear dispositive motions | January 14, 2021 | February 10, 2021 |
| Final pretrial conference | March 18, 2021 | March 18, 2021 |
| Trial | May 3, 2021 | May 3, 2021 |

Respectfully submitted,

By: /s/ Paul Andre
Paul Andre (SBN 196585)
pandre@kramerlevin.com
Lisa Kobialka (SBN 191404)
lkobialka@kramerlevin.com
James Hannah (SBN 237978)
jhannah@kramerlevin.com
Hannah Lee (SBN 253197)
hlee@kramerlevin.com

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Attorneys for Plaintiff
FINJAN LLC

Respectfully submitted,

By: /s/ Nicole E. Grigg
Matthew C. Gaudet (Admitted *Pro Hac Vice*)
mcgaudet@duanemorris.com
David C. Dotson (Admitted *Pro Hac Vice*)
dcdotson@duanemorris.com
Jennifer H. Forte (Admitted *Pro Hac Vice*)
jhforte@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309-3929
Telephone: 404.253.6900

D. Stuart Bartow (SBN 233107)
Email: DSBartow@duanemorris.com
Nicole E. Grigg (SBN 307733)
Email: NEGrigg@duanemorris.com
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Tel.:  650.847.4150
Fax:  650.847.4151

Joseph A. Powers (Admitted *Pro Hac Vice*)
Email: japowers@duanemorris.com
Jarrad M. Gunther (Admitted *Pro Hac Vice*)
Email: jmgunther@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1000

Counsel for Defendant
SONICWALL, INC.

Dated:  September 22, 2020

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, it is hereby ordered that:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Rebuttal expert reports | October 5, 2020 | October 14 , 2020 |
| Close of expert discovery | November 3, 2020 | November 24, 2020 |
| Opening Summary Judgment Briefs | November 20, 2020 | December 11, 2020 |
| Responsive Summary Judgment Briefs | December 9, 2020 | January 6, 2021 |
| Reply Summary Judgment Briefs | December 23, 2020 | January 20, 2021 |
| Last day to hear dispositive motions | January 14, 2021 | February 10, 2021 |
| Final pretrial conference | March 18, 2021 | March 18, 2021 |
| Trial | May 3, 2021 | May 3, 2021 |

**IT IS SO ORDERED.**

Dated:_____

JUDGE BETH LABSON FREEMAN
United States District Court Judge