| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934) | DUANE MORRIS LLP |
| brooks@fr.com | D. Stuart Bartow (SBN 233107) |
| Jason W. Wolff (CA SBN 215819) | Email: DSBartow@duanemorris.com |
| wolff@fr.com | Nicole E. Grigg (SBN 307733) |
| FISH & RICHARDSON P.C. | Email: NEGrigg@duanemorris.com |
| 12860 El Camino Real, Ste. 400 | 2475 Hanover Street |
| San Diego, CA 92130 | Palo Alto, CA 94304-1194 |
| Tel.: (858) 678-5070 | Tel.: 650.847.4150 |
| Fax: (858) 678-5099 | Fax: 650.847.4151 |

*Additional counsel listed on signature page*

*Additional counsel listed on signature page*

Attorneys for Plaintiff
FINJAN LLC

Attorneys for Defendant
SONICWALL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC., a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:17-cv-04467-BLF (VKD)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE** |

Plaintiff Finjan LLC ("Finjan") and Defendant SonicWall, Inc. ("SonicWall") (collectively, "the Parties"), respectfully submit this stipulated request for an order granting a limited enlargement of the current deadlines in light of the present time constraints between the current deadlines, discovery demands, and the upcoming trial in the *Finjan, Inc. v. Cisco Systems, Inc.* case (Case No. 5:17-cv-00072) ("Finjan v. Cisco Trial").

WHEREAS, under the current schedule of this case, expert discovery closes November 3, 2020 (Dkt. 298), and the Parties have collectively scheduled seventeen expert depositions between October 20, 2020 and November 3, 2020.

WHEREAS, in response to SonicWall's Motion to Strike New Theories in Finjan's Expert Reports, Finjan's Opposition Brief is due October 28, 2020, and Sonic Wall's Reply Brief is due on November 4, 2020;

WHEREAS, the Finjan v. Cisco Trial is scheduled to commence with jury selection on November 2, 2020 and end on November 13, 2020;

WHEREAS, five of SonicWall's six expert witnesses in this case and at least five of Finjan's expert witnesses in this case are also experts in the Finjan v. Cisco matter;

WHEREAS, the Parties have agreed that a short extension of the Motions briefing and Summary Judgment briefing is mutually beneficial for the limited purposes of avoiding conflicting time constraints between (1) the close of expert discovery, including the scheduled expert depositions, (2) the Motions briefing, (3) the Finjan v. Cisco Trial schedule, and (4) the subsequent Summary Judgment briefing; and

WHEREAS, the Parties do not wish to inconvenience the Court in any way. As such, the Parties anticipate, based on information available to date, that the proposed extensions below will have no effect on subsequent pre-trial deadlines and scheduled trial date in the Court's case schedule.

SonicWall and Finjan hereby stipulate to, and respectfully request, the following limited extensions to accommodate the needs of the Parties:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Finjan's Opposition to Motion to Strike New Theories in Finjan's Expert Reports | October 28, 2020 | November 24, 2020 |
| Close of expert discovery | November 3, 2020 | No Change |
| SonicWall's Reply in Support of Motion to Strike New Theories in Finjan's Expert Reports | November 4, 2020 | December 23, 2020 |
| Opening Summary Judgment Briefs | November 20, 2020 | December 2, 2020 |
| Responsive Summary Judgment Briefs | December 9, 2020 | December 21, 2020 |
| Reply Summary Judgment Briefs | December 23, 2020 | December 31, 2020 |
| Last day to hear dispositive motions | January 14, 2021 | No Change |
| Tentative hearing on SonicWall's Motion to Strike New Theories in Finjan's Expert Reports | March 11, 2021 | No Change |
| Final pretrial conference | March 18, 2021 | No Change |
| Trial | May 3, 2021 | No Change |

Respectfully submitted,

By: */s/ Jason W. Wolff*
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070

Proshanto Mukherji (*Pro Hac Vice*)
mukherji@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070

Robert Courtney (CA SNB 248392)
courtney@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

Respectfully submitted,

By: */s/ David C. Dotson*
Matthew C. Gaudet (*Pro Hac Vice*)
mcgaudet@duanemorris.com
David C. Dotson (*Pro Hac Vice*)
dcdotson@duanemorris.com
Jennifer H. Forte (*Pro Hac Vice*)
jhforte@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309-3929
Telephone: 404.253.6900

D. Stuart Bartow (SBN 233107)
Email: DSBartow@duanemorris.com
Nicole E. Grigg (SBN 307733)
Email: NEGrigg@duanemorris.com
DUANE MORRIS LLP
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150

Joseph A. Powers (*Pro Hac Vice*)
Email: japowers@duanemorris.com
Jarrad M. Gunther (*Pro Hac Vice*)

2      Case No. 17-cv-04467-BLF (VKD)
STIPULATED REQUEST AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE

*Attorneys for Plaintiff*
*FINJAN LLC*

Email: jmgunther@duanemorris.com
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1000

*Attorneys for Defendant*
*SONICWALL, INC.*

Dated: October 21, 2020

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation, it is hereby ordered that:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Finjan's Opposition to Motion to Strike New Theories in Finjan's Expert Reports | October 28, 2020 | November 24, 2020 |
| Close of expert discovery | November 3, 2020 | No Change |
| SonicWall's Reply in Support of Motion to Strike New Theories in Finjan's Expert Reports | November 4, 2020 | December 23, 2020 |
| Opening Summary Judgment Briefs | November 20, 2020 | December 2, 2020 |
| Responsive Summary Judgment Briefs | December 9, 2020 | December 21, 2020 |
| Reply Summary Judgment Briefs | December 23, 2020 | December 31, 2020 |
| Last day to hear dispositive motions | January 14, 2021 | No Change |
| Tentative hearing on SonicWall's Motion to Strike New Theories in Finjan's Expert Reports | March 11, 2021 | No Change |
| Final pretrial conference | March 18, 2021 | No Change |
| Trial | May 3, 2021 | No Change |

**IT IS SO ORDERED.**

Dated: _____

_____
JUDGE BETH LABSON FREEMAN
United States District Court Judge