Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Tel.: (858) 678-5070
Fax: (858) 678-5099

*Additional counsel listed on signature page*

Attorneys for Plaintiff
FINJAN LLC

DUANE MORRIS LLP
D. Stuart Bartow (SBN 233107)
Email: DSBartow@duanemorris.com
Nicole E. Grigg (SBN 307733)
Email: NEGrigg@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Tel.: 650.847.4150
Fax: 650.847.4151

*Additional counsel listed on signature page*

Attorneys for Defendant
SONICWALL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:17-cv-04467-BLF (VKD)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE** |

Plaintiff Finjan LLC ("Finjan") and Defendant SonicWall, Inc. ("SonicWall") (collectively, "the Parties"), respectfully submit this stipulated request for an order granting a limited enlargement of the expert discovery deadline.

WHEREAS, under the current schedule, expert discovery closes November 3, 2020 (Dkt. 306), and the Parties have collectively scheduled seventeen expert depositions between October 20, 2020 and November 3, 2020.

WHEREAS, the Parties have mutually agreed to move one expert deposition to November 10, 2020 to accommodate scheduling compression, and it is prudent to extend the expert discovery deadline to account for this rescheduling.

WHEREAS, the proposed extension to the expert discovery deadline will have no effect on any subsequent deadlines or the Court's schedule.

SonicWall and Finjan hereby stipulate to, and respectfully request, the following limited extension to accommodate the needs of the Parties:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Finjan's Opposition to Motion to Strike New Theories in Finjan's Expert Reports | November 24, 2020 | No change |
| Close of expert discovery | November 3, 2020 | November 10, 2020 |
| SonicWall's Reply in Support of Motion to Strike New Theories in Finjan's Expert Reports | December 23, 2020 | No change |
| Opening Summary Judgment Briefs | December 2, 2020 | No change |
| Responsive Summary Judgment Briefs | December 21, 2020 | No change |
| Reply Summary Judgment Briefs | December 31, 2020 | No change |
| Last day to hear dispositive motions | January 14, 2021 | No change |
| Tentative hearing on SonicWall's Motion to Strike New Theories in Finjan's Expert Reports | March 11, 2021 | No change |
| Final pretrial conference | March 18, 2021 | No change |
| Trial | May 3, 2021 | No change |

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: *Jason W. Wolff* <br> Juanita R. Brooks (CA SBN 75934) <br> brooks@fr.com <br> Jason W. Wolff (CA SBN 215819) <br> wolff@fr.com <br> FISH & RICHARDSON P.C. <br> 12860 El Camino Real, Ste. 400 <br> San Diego, CA 92130 <br> Telephone: (858) 678-5070 <br><br> Proshanto Mukherji (*Pro Hac Vice*) <br> mukherji@fr.com <br> FISH & RICHARDSON P.C. <br> One Marina Park Drive <br> Boston, MA 02210 <br> Telephone: (617) 542-5070 <br><br> Robert Courtney (CA SNB 248392) <br> courtney@fr.com <br> FISH & RICHARDSON P.C. <br> 3200 RBC Plaza <br> 60 South Sixth Street <br> Minneapolis, MN 55402 <br> Telephone: (612) 335-5070 <br><br> *Attorneys for Plaintiff* <br> *FINJAN LLC* <br><br> Dated: October 27, 2020 | By: *Jarrad M. Gunther* <br> Matthew C. Gaudet (*Pro Hac Vice*) <br> mcgaudet@duanemorris.com <br> David C. Dotson (*Pro Hac Vice*) <br> dcdotson@duanemorris.com <br> Jennifer H. Forte (*Pro Hac Vice*) <br> jhforte@duanemorris.com <br> DUANE MORRIS LLP <br> 1075 Peachtree NE, Suite 2000 <br> Atlanta, GA 30309-3929 <br> Telephone: 404.253.6900 <br><br> D. Stuart Bartow (SBN 233107) <br> Email: DSBartow@duanemorris.com <br> Nicole E. Grigg (SBN 307733) <br> Email: NEGrigg@duanemorris.com <br> DUANE MORRIS LLP <br> 2475 Hanover Street <br> Palo Alto, CA 94304-1194 <br> Telephone: 650.847.4150 <br><br> Joseph A. Powers (*Pro Hac Vice*) <br> Email: japowers@duanemorris.com <br> Jarrad M. Gunther (*Pro Hac Vice*) <br> Email: jmgunther@duanemorris.com <br> DUANE MORRIS LLP <br> 30 South 17th Street <br> Philadelphia, PA 19103 <br> Telephone: 215.979.1000 <br><br> *Attorneys for Defendant* <br> *SONICWALL, INC.* |

**[PROPOSED] ORDER**

Pursuant to Parties' Stipulated Request, the schedule is changed as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Finjan's Opposition to Motion to Strike New Theories in Finjan's Expert Reports | November 24, 2020 | No change |
| Close of expert discovery | November 3, 2020 | November 10, 2020 |
| SonicWall's Reply in Support of Motion to Strike New Theories in Finjan's Expert Reports | December 23, 2020 | No change |
| Opening Summary Judgment Briefs | December 2, 2020 | No change |
| Responsive Summary Judgment Briefs | December 21, 2020 | No change |
| Reply Summary Judgment Briefs | December 31, 2020 | No change |
| Last day to hear dispositive motions | January 14, 2021 | No change |
| Tentative hearing on SonicWall's Motion to Strike New Theories in Finjan's Expert Reports | March 11, 2021 | No change |
| Final pretrial conference | March 18, 2021 | No change |
| Trial | May 3, 2021 | No change |

**IT IS SO ORDERED.**

Dated: _____

_____
JUDGE BETH LABSON FREEMAN
United States District Court Judge