Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
John-Paul Fryckman (CA 317591)
fryckman@fr.com
K. Nicole Williams (CA291900)
nwilliams@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Tel.: (858) 678-5070
Fax: (858) 678-5099

*Additional counsel listed on signature page*

*Attorneys for Plaintiff*
*FINJAN LLC*

D. Stuart Bartow (SBN 233107)
Email: DSBartow@duanemorris.com
Nicole E. Grigg (SBN 307733)
Email:  NEGrigg@duanemorris.com
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Tel.:  650.847.4150
Fax:  650.847.4151

*Additional counsel listed on signature page*

*Attorneys for Defendant*
*SONICWALL, INC.*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:17-cv-04467-BLF-HRL<br><br>**JOINT STIPULATION REGARDING 35 U.S.C. § 287; [PROPOSED] ORDER**<br><br>Judge: Hon. Beth Labson Freeman |

Plaintiff Finjan LLC ("Finjan") and Defendant SonicWall Inc. ("SonicWall"), hereby stipulate as follows: For purposes of this litigation only, the parties stipulate that Finjan will not rely on patent marking pursuant to 35 U.S.C. § 287 to prove notice and, therefore, the starting date for any damages owed by SonicWall to Finjan begins with actual notice of infringement by Finjan pursuant to 35 U.S.C. § 287.

**IT IS SO STIPULATED**.

Dated: December 1, 2020.

Respectfully submitted,                    Respectfully submitted,

By: */s/ Robert Courtney*                  By: */s/ Jennifer H. Forte*
Juanita R. Brooks (CA SBN 75934)           Matthew C. Gaudet (Admitted *Pro Hac Vice*)
brooks@fr.com                              mcgaudet@duanemorris.com
Roger A. Denning (CA SBN 228998)           David C. Dotson (Admitted *Pro Hac Vice*)
denning@fr.com                             dcdotson@duanemorris.com
Jason W. Wolff (CA SBN 215819)             Robin McGrath
wolff@fr.com                               rlmcgrath@duanemorris.com
John-Paul Fryckman (CA 317591)             Jennifer H. Forte (Admitted *Pro Hac Vice*)
fryckman@fr.com                            jhforte@duanemorris.com
K. Nicole Williams (CA291900)              Alice E. Snedeker
nwilliams@fr.com                           aesnedeker@duanemorris.com
FISH & RICHARDSON P.C.                     **DUANE MORRIS LLP**
12860 El Camino Real, Ste. 400             1075 Peachtree NE, Suite 2000
San Diego, CA 92130                        Atlanta, GA 30309-3929
Tel.: (858) 678-5070                       Telephone: 404.253.6900
Fax: (858) 678-5099

Proshanto Mukherji (Pro Hac Vice)
mukherji@fr.com                            D. Stuart Bartow (SBN 233107)
FISH & RICHARDSON P.C.                     Email: DSBartow@duanemorris.com
One Marina Park Drive                      Nicole E. Grigg (SBN 307733)
Boston, MA 02210                           Email: NEGrigg@duanemorris.com
Telephone: (617) 542-5070                  **DUANE MORRIS LLP**
                                           2475 Hanover Street
Robert Courtney (CA SNB 248392)            Palo Alto, CA 94304-1194
courtney@fr.com                            Tel.:  650.847.4150
FISH & RICHARDSON P.C.                     Fax:  650.847.4151
3200 RBC Plaza
60 South Sixth Street                      Joseph A. Powers (Admitted *Pro Hac Vice*)
Minneapolis, MN 55402                      Email: japowers@duanemorris.com
Telephone: (612) 335-5070                  Jarrad M. Gunther (Admitted *Pro Hac Vice*)
                                           Email: jmgunther@duanemorris.com
*Attorneys for Plaintiff*                  **DUANE MORRIS LLP**
*FINJAN, INC.*                             30 South 17th Street
                                           Philadelphia, PA 19103
                                           Telephone: 215.979.1000

                                           *Counsel for Defendant*
                                           *SONICWALL, INC.*

## PROPOSED] ORDER

The Court, having read and considered the parties' Stipulation, and finding good cause in support thereof, hereby orders that Finjan shall not rely on patent marking pursuant to 35 U.S.C. § 287 to prove notice and, therefore, the starting date for any damages owed by SonicWall to Finjan begins with actual notice of infringement by Finjan pursuant to 35 U.S.C. § 287.

**IT IS SO ORDERED.**

Dated: _____

_____
Judge Beth Labson Freeman
UNITED STATES DISTRICT COURT JUDGE

## **ATTESTATION**

I, Jennifer H. Forte, am the ECF user whose identification and password are being used to file this **JOINT STIPULATION REGARDING 35 U.S.C. § 287; [PROPOSED] ORDER**. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated:  December 1, 2020                                    By: /s/ *Jennifer H. Forte*
                                                                                 Jennifer H. Forte