| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934)<br>brooks@fr.com<br>Roger A. Denning (CA SBN 228998)<br>denning@fr.com<br>Jason W. Wolff (CA SBN 215819)<br>wolff@fr.com<br>John-Paul Fryckman (CA SBN 317591)<br>fryckman@fr.com<br>K. Nicole Williams (CA291900)<br>nwilliams@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Phone: (858) 678-5070<br>Fax: (858) 678-5099 | D. Stuart Bartow (SBN 233107)<br>Email: DSBartow@duanemorris.com<br>Nicole E. Grigg (SBN 307733)<br>Email: NEGrigg@duanemorris.com<br>DUANE MORRIS LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304-1194<br>Tel.: 650.847.4150<br>Fax: 650.847.4151<br><br>*Additional counsel listed on signature page*<br><br>***Attorneys for Defendant***<br>SONICWALL, INC. |

*Additional counsel listed on signature page*

***Attorneys for Plaintiff***
FINJAN LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>       Plaintiff,<br><br>v.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>       Defendant. | Case No.: 5:17-cv-04467-BLF (VKD)<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CERTAIN PATENTS-IN-SUIT**<br><br>Judge: Hon. Beth Labson Freeman<br>Dept: Courtroom 3, Fifth Floor |

In an effort to narrow and streamline the issues before the Court, Plaintiff Finjan LLC ("Finjan") and Defendant SonicWall Inc. ("SonicWall") hereby agree and stipulate:

Finjan's claims for infringement of U.S. Patent Nos. 7,058,822 and 7,647,633 (Counts III and IV of Dkt. No. 1) and SonicWall's claims and defenses with regard to these same patents are dismissed with prejudice.

For avoidance of doubt, nothing herein creates or affects any rights in any other Finjan patents or grants any license, express or implied, to SonicWall or any other party.

Each party shall bear its own costs and fees pertaining to the dismissed patents and claims.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

1 | Dated: December 17, 2020

2 | By: */s/ Jason W. Wolff*            By: */s/ Joseph A. Powers*

| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934) | D. Stuart Bartow (SBN 233107) |
| brooks@fr.com | Email: DSBartow@duanemorris.com |
| Roger A. Denning (CA SBN 228998) | Nicole E. Grigg (SBN 307733) |
| denning@fr.com | Email: NEGrigg@duanemorris.com |
| Jason W. Wolff (CA SBN 215819) | DUANE MORRIS LLP |
| wolff@fr.com | 2475 Hanover Street |
| John-Paul Fryckman (CA SBN 317591) | Palo Alto, CA 94304-1194 |
| fryckman@fr.com | Tel.: 650.847.4150 |
| K. Nicole Williams (CA291900) | Fax: 650.847.4151 |
| nwilliams@fr.com | |
| FISH & RICHARDSON P.C. | Matthew C. Gaudet (Admitted *Pro Hac Vice*) |
| 12860 El Camino Real, Suite 400 | mcgaudet@duanemorris.com |
| San Diego, CA 92130 | David C. Dotson (Admitted *Pro Hac Vice*) |
| Telephone: (858) 678-5070 | dcdotson@duanemorris.com |
| Facsimile: (858) 678-5099 | Robin McGrath |
| | rlmcgrath@duanemorris.com |
| Proshanto Mukherji (*Pro Hac Vice*) | Jennifer H. Forte (Admitted *Pro Hac Vice*) |
| mukherji@fr.com | jhforte@duanemorris.com |
| FISH & RICHARDSON P.C. | Alice E. Snedeker |
| One Marina Park Drive | aesnedeker@duanemorris.com |
| Boston, MA 02210 | DUANE MORRIS LLP |
| Telephone: (617) 542-5070 | 1075 Peachtree NE, Suite 2000 |
| | Atlanta, GA 30309-3929 |
| Robert Courtney (CA SNB 248392) | Telephone: 404.253.6900 |
| courtney@fr.com | |
| FISH & RICHARDSON P.C. | Joseph A. Powers (Admitted *Pro Hac Vice*) |
| 3200 RBC Plaza | Email: japowers@duanemorris.com |
| 60 South Sixth Street | Jarrad M. Gunther (Admitted *Pro Hac Vice*) |
| Minneapolis, MN 55402 | Email: jmgunther@duanemorris.com |
| Telephone: (612) 335-5070 | DUANE MORRIS LLP |
| | 30 South 17th Street |
| *Attorneys for Plaintiff* | Philadelphia, PA 19103 |
| FINJAN LLC | Telephone: 215.979.1000 |
| | |
| | *Attorneys for Defendant* |
| | SONICWALL, INC. |

**CONCURRENCE IN FILING**

I, Jason W. Wolff, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

                 */s/ Jason W. Wolff*
                 Jason W. Wolff

**[PROPOSED] ORDER**

The Court, having read and considered the parties' Stipulation, and finding good cause in support thereof, hereby orders that Counts III and IV of Finjan's Complaint are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 17, 2020

Judge Beth Labson Freeman
UNITED STATES DISTRICT JUDGE