**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SONICWALL, INC.,<br><br>        Defendant. | Case No.  17-cv-04467-BLF<br><br>**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES** |

The parties shall submit chambers copies of briefs and exhibits associated with all future motions on which the Court will hold a hearing, to include the motion for summary judgment at ECF 320. *See* Judge Beth Labson Freeman's Standing Order for Civil Cases at 6-7. All exhibits shall be tabbed.

**IT IS SO ORDERED.**

Dated: December 17, 2020

_____
BETH LABSON FREEMAN
United States District Judge