# **EXHIBIT 25**

```
                                              PAGES 1 - 70

                   UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

            BEFORE THE HONORABLE VIRGINIA K. DEMARCHI

FINJAN, INC., A DELAWARE           )
CORPORATION,                       )
                                   )
          PLAINTIFF,               )
                                   )
  VS.                              )  CASE NO. 17-CV-4467 BLF
                                   )
SONICWALL, INC., A DELAWARE        )
CORPORATION,                       )
                                   )  SAN JOSE, CALIFORNIA
          DEFENDANT.               )  TUESDAY
                                   )  OCTOBER 29, 2019
_____)
```

**TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND**

**RECORDING  10:33 A.M. - 12:00 NOON**

**APPEARANCES:**

**FOR PLAINTIFF**         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                          990 MARSH ROAD
                          MENLO PARK, CALIFORNIA 94025
                    **BY: JAMES R. HANNAH, ESQUIRE**
                         **AAKASH JARIWALA, ESQUIRE**


**FOR DEFENDANT**         DUANE MORRIS LLP
                          1075 PEACHTREE STREET NE, SUITE 200
                          ATLANTA, GEORGIA 30309
                    **BY: ROBIN L. MCGRATH, ESQUIRE**

                          DUANE MORRIS LLP
                          30 SOUTH 17TH STREET
                          PHILADELPHIA, PENNSYLVANIA 19103
                    **BY: JARRAD M. GUNTHER, ESQUIRE**


*TRANSCRIBED BY:  JOAN MARIE COLUMBINI, CSR #5435, RPR*
                 *RETIRED OFFICIAL COURT REPORTER, USDC*

1       **MR. GUNTHER:** YES.

2       **THE COURT:** OKAY. ALL RIGHT. THANK YOU FOR THAT.

3       LET ME TURN TO THE PLAINTIFFS AND GET THEIR VIEWS ON

4  THAT ISSUE. SO WILL IT BE MR. HANNAH?

5       **MR. HANNAH:** YES, YOUR HONOR. MAY IT PLEASE THE

6  COURT, THANK YOU.

7       **THE COURT:** SO LET ME -- I WOULD LIKE TO GET YOUR

8  RESPONSE TO THE POINTS THAT HAVE BEEN MADE, BUT I WANT TO START

9  WITH THE BASIC QUESTION OF THE INFRINGEMENT THEORY.

10       IS THERE AN INFRINGEMENT THEORY THAT FINIGAN HAS THAT

11  THE GATEWAY PRODUCT AND THE ESA PRODUCT INFRINGE WITHOUT

12  CONNECTING TO ANY SANDBOX IN THE CLOUD?

13       **MR. HANNAH:** SO IF I CAN -- IF I CAN BACK UP -- BACK

14  UP A LITTLE BIT?

15       ==THE WAY THAT THESE PRODUCTS WORK AND WHAT WE'VE==

16  ==ACCUSED IS WE'VE ACCUSED THE GATEWAY BY ITSELF AS IT'S SOLD,==

17  ==AND THEN THE ESA BY ITSELF AS IT'S SOLD, AND THEN CAPTURE ATP.==

18  ==IT'S A SEPARATE PRODUCT.== ==SEPARATE, IT'S SOLD SEPARATELY.==

19       THE GATEWAY BY ITSELF INCLUDES CLOUD AV AND GRID.

20  THAT COMES WITH THE GATEWAY PRODUCT. I DISAGREE WHOLEHEARTEDLY

21  WITH WHAT COUNSEL JUST SAID THAT WOULD THE GATEWAY PRODUCT WORK

22  WITHOUT CLOUD AV AND GRID, ABSOLUTELY NOT.

23       (SIMULTANEOUS COLLOQUY.)

24       **THE COURT:** JUST A MINUTE. JUST SO I UNDERSTAND THE

25  TERMINOLOGY, CLOUD AV AND GRID ARE NOT SAME THING AS CLOUD AV

```
 1          MR. HANNAH:  RIGHT.  SO THAT'S THE CAPTURE -- I'M
 2   SORRY.  SO ON THE BOX IS THE CLOUD -- THAT CLOUD AV AND THE
 3   THREAT GRID INFORMATION, GOING FROM GRID TO THE CLOUD -- TO
 4   THAT COMPONENT.
 5          THIS BACK AND FORTH WHERE IT SAYS THE FILE VERDICT,
 6   THAT IS WHEN YOU'RE ACTUALLY SENDING A FILE UP TO THE CLOUD,
 7   AND THEN IT, IN TURN, WILL SEND INFORMATION BACK BASED ON
 8   WHATEVER SANDBOXING THAT YOU DO THROUGH CAPTURE ATP.
 9          THAT IS A SEPARATE PRODUCT.  THAT'S A SEPARATE
10   SERVICE THAT YOU PAY FOR.  THAT'S AN INTERACTION WHERE YOU'RE
11   CONNECTING TO THE CLOUD IN ORDER TO SEND INFORMATION UP AND GET
12   INFORMATION BACK.  YOU'RE NOT -- WHEN YOU BUY THE GATEWAY, FROM
13   WHAT I UNDERSTAND BASED ON THE INFORMATION WE HAVE SO FAR, YOU
14   DON'T GET THAT FUNCTIONALITY.  YOU HAVE TO PAY FOR THAT
15   FUNCTIONALITY WITH CAPTURE ATP.
16          THE COURT:  SO YOU'RE ACCUSING EVERYTHING EXCEPT THIS
17   INTERACTION WITH THE SONICWALL CAPTURE CLOUD SERVICE WHEN YOU
18   SAY "GATEWAY ONLY"?
19          MR. HANNAH:  GATEWAY OR ESA, CORRECT, BECAUSE THAT'S
20   THE FUNCTIONALITY YOU GET WHEN YOU BUY THE PRODUCT.
21          THE COURT:  ALL RIGHT.  SO NEXT QUESTION IS --
22          MR. HANNAH:  YES.
23          THE COURT:  IF THAT'S THE CASE, WHY DIDN'T YOU ACCUSE
24   IT IN THE FIRST PLACE?
25          MR. HANNAH:  I BELIEVE WE DID.  THAT'S THROUGHOUT OUR
```