**DUANE MORRIS LLP**
D. Stuart Bartow (CA SBN 233107)
dsbartow@duanemorris.com
Nicole E. Grigg (CA SBN 307733)
negrigg@duanemorris.com
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

**DUANE MORRIS LLP**
Joseph A. Powers (PA SBN 84590)
Admitted *Pro Hac Vice*
japowers@duanemorris.com
Jarrad M. Gunther (PA SBN 207038)
Admitted *Pro Hac Vice*
jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

**DUANE MORRIS LLP**
Matthew C. Gaudet (GA SBN 287789)
Admitted *Pro Hac Vice*
mcgaudet@duanemorris.com
Robin L. McGrath (GA SBN 493115)
Admitted *Pro Hac Vice*
rlmcgrath@duanemorris.com
David C. Dotson (GA SBN 138040)
Admitted *Pro Hac Vice*
dcdotson@duanemorris.com
Jennifer H. Forte (GA SBN 940650)
Admitted *Pro Hac Vice*
jhforte@duanemorris.com
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

Attorneys for Defendant
SONICWALL INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SONICWALL INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 5:17-cv-04467-BLF-VKD<br><br>**SONICWALL'S SUBMISSION REGARDING THE '926 PATENT'S "TRANSMITTER LIMITATION"** |

During the January 14, 2021 hearing on SonicWall, Inc.'s Motion for Partial Summary Judgment, the Court permitted SonicWall to submit a chart identifying, for each of Finjan's five theories regarding the '926 Patent's "Transmitter Limitation,"[1] a single aspect of that Limitation for which Finjan has failed to come forward with any evidence. SonicWall thus submits the following chart:

|  | **MISSING CLAIM ELEMENT** |
|---|---|
| **FINJAN'S THEORY 1**<br><br>GRID Server/Human Threat Research Team (TRT) as "Destination Computer" based on retrieval of the file<br><br>[Mitzenmacher Rep., ¶ 282] | "transmitting . . . a representation of the retrieved Downloadable security profile data" |
| **FINJAN'S THEORY 2**<br><br>Sandbox Database as "destination computer", based on "transmission by reference" via "a hash pointer"<br><br>[Mitzenmacher Rep., ¶¶ 283-285] | "transport protocol transmission" |
| **FINJAN'S THEORY 3**<br><br>Known File Database as "destination computer" based on "transmission by reference" via "a hash pointer"<br>[Mitzenmacher Rep., ¶ 286] | "transport protocol transmission" |

---

[1] The Transmitter Limitation of the asserted claims of the '926 Patent recites "a transmitter coupled with said receiver, for transmitting the incoming Downloadable and a representation of the retrieved Downloadable security profile data to a destination computer, via a transport protocol transmission."

| **FINJAN'S THEORY 4**<br><br>Cloud Database as "destination computer" based on data uploaded to the cloud database<br><br>[Mitzenmacher Rep., ¶ 287] | "transport protocol transmission" |
|---|---|
| **FINJAN'S THEORY 5**<br><br>Capture Database as "destination computer" based on data stored in Capture Database<br>[Mitzenmacher Rep., ¶ 285] | "transport protocol transmission" |

Dated:  January 19, 2021                                **DUANE MORRIS LLP**


*/s/ Nicole E. Grigg*
Nicole E. Grigg
D. Stuart Bartow
Matthew C. Gaudet (admitted *pro hac vice*)
Robin McGrath (admitted *pro hac vice*)
David C. Dotson (admitted *pro hac vice*)
Jennifer H. Forte (admitted *pro hac vice*)
Joseph A. Powers (admitted *pro hac vice*)
Jarrad M. Gunther (admitted *pro hac vice*)

*Attorneys for Defendant*
*SONICWALL INC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 19, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Nicole E. Grigg*

Nicole E. Grigg