# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SONICWALL, INC.,<br><br>    Defendant. | Case No. 17-cv-04467-BLF<br><br>**ORDER REFERRING PORTION OF DEFENDANT'S MOTION TO STRIKE TO JUDGE DEMARCHI** |

On October 14, 2020, Defendant SonicWall, Inc. filed a Motion to Strike. ECF 300. This motion in part raises issues Judge Virginia K. DeMarchi considered in her Order on Motion to Strike Second Supplemental Infringement Contentions at ECF 210. The Court REFERS the issues in the pending motion that are based upon that Order to Judge DeMarchi.

**IT IS SO ORDERED.**

Dated: January 20, 2021

_____
BETH LABSON FREEMAN
United States District Judge