| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934) | DUANE MORRIS LLP |
| brooks@fr.com | D. Stuart Bartow (SBN 233107) |
| Jason W. Wolff (CA SBN 215819) | Email: DSBartow@duanemorris.com |
| wolff@fr.com | Nicole E. Grigg (SBN 307733) |
| FISH & RICHARDSON P.C. | Email: NEGrigg@duanemorris.com |
| 12860 El Camino Real, Ste. 400 | 2475 Hanover Street |
| San Diego, CA 92130 | Palo Alto, CA 94304-1194 |
| Tel.: (858) 678-5070 | Tel.: 650.847.4150 |
| Fax: (858) 678-5099 | Fax: 650.847.4151 |

*Additional counsel listed on signature page*

*Additional counsel listed on signature page*

Attorneys for Plaintiff
FINJAN LLC

Attorneys for Defendant
SONICWALL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:17-cv-04467-BLF (VKD)<br><br>**JOINT MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR SUBMISSION OF DEPOSITION DESIGNATIONS** |

Plaintiff Finjan LLC ("Finjan") and Defendant SonicWall, Inc. ("SonicWall") (collectively, "the Parties"), respectfully move the Court to extend the time by which the Parties are required to submit deposition designations.

Trial in this matter is scheduled to begin on Monday, May 3, 2021, and the final pretrial conference is set for Thursday, March 18, 2021. D.I. 48. The Court's Standing Order requires the Parties to submit a Joint Pretrial Statement and Order in this matter by March 4, 2021, at least 14 days before the final pretrial conference. The Court's Standing order also requires the Joint Pretrial Statement and Order to include "deposition excerpts to be offered at trial." In order to reduce the likelihood of the Parties designating, responding to, and objecting to deposition testimony that may become superfluous as the Parties crystallize their respective trial strategies, the Parties respectfully request that Court permit deposition designations in this matter to be exchanged as follows:

- The Parties shall exchange opening deposition designations two weeks prior to the first day of trial (presently April 19, 2021);

- The Parties shall exchange counter-designations and objections to opening; designations four calendar days after opening designations are exchanged (presently April 23, 2021); and

- The Parties shall exchange objections to counter-designations four calendar days after counter-designations are exchanged (presently April 27, 2021).

The Parties submit that the requested procedure for deposition designations will not impact the Court's scheduled trial date or the resolution of any outstanding objections prior to trial, per the Court's Standing Order for Civil Trials.

1

Case No. 17-cv-04467-BLF (VKD)
JOINT MOTION AND [PROPOSED] ORDER
TO EXTEND TIME FOR SUBMISSION OF
DEPOSITION DESIGNATIONS

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: */s/ Proshanto Mukherji* <br> Juanita R. Brooks (CA SBN 75934) <br> brooks@fr.com <br> Jason W. Wolff (CA SBN 215819) <br> wolff@fr.com <br> FISH & RICHARDSON P.C. <br> 12860 El Camino Real, Ste. 400 <br> San Diego, CA 92130 <br> Telephone: (858) 678-5070 <br><br> Proshanto Mukherji (*Pro Hac Vice*) <br> mukherji@fr.com <br> FISH & RICHARDSON P.C. <br> One Marina Park Drive <br> Boston, MA 02210 <br> Telephone: (617) 542-5070 <br><br> Robert Courtney (CA SNB 248392) <br> courtney@fr.com <br> FISH & RICHARDSON P.C. <br> 3200 RBC Plaza <br> 60 South Sixth Street <br> Minneapolis, MN 55402 <br> Telephone: (612) 335-5070 <br><br> *Attorneys for Plaintiff* <br> *FINJAN LLC* <br><br> Dated: February 1, 2021 | By: */s/ Alice Snedeker* <br> Matthew C. Gaudet (*Pro Hac Vice*) <br> mcgaudet@duanemorris.com <br> David C. Dotson (*Pro Hac Vice*) <br> dcdotson@duanemorris.com <br> Jennifer H. Forte (*Pro Hac Vice*) <br> jhforte@duanemorris.com <br> Alice E. Snedeker (*Pro Hac Vice*) <br> aesnedeker@duanemorris.com <br> DUANE MORRIS LLP <br> 1075 Peachtree NE, Suite 2000 <br> Atlanta, GA 30309-3929 <br> Telephone: 404.253.6900 <br><br> D. Stuart Bartow (SBN 233107) <br> Email: DSBartow@duanemorris.com <br> Nicole E. Grigg (SBN 307733) <br> Email: NEGrigg@duanemorris.com <br> DUANE MORRIS LLP <br> 2475 Hanover Street <br> Palo Alto, CA 94304-1194 <br> Telephone: 650.847.4150 <br><br> Joseph A. Powers (*Pro Hac Vice*) <br> Email: japowers@duanemorris.com <br> Jarrad M. Gunther (*Pro Hac Vice*) <br> Email: jmgunther@duanemorris.com <br> DUANE MORRIS LLP <br> 30 South 17th Street <br> Philadelphia, PA 19103 <br> Telephone: 215.979.1000 <br><br> *Attorneys for Defendant* <br> *SONICWALL, INC.* |

# [PROPOSED] ORDER

Pursuant to Parties' Stipulated Request, the schedule is changed as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to file Joint Pretrial Statement & Order (excluding deposition designations) | March 4, 2021 | No change |
| Final pretrial conference | March 18, 2021 | No change |
| Exchange opening deposition designations | March 4, 2021 | two weeks before start of trial (presently April 19, 2021) |
| Exchange counter-designations and objections to opening designations | March 4, 2021 | four calendar days after opening designations (presently April 23, 2021) |
| Deadline to file pretrial briefs | April 26, 2021 | No change |
| Objections to counter-designations | March 4, 2021 | four calendar days after counter-designations (presently April 27, 2021) |
| Trial | May 3, 2021 | No change |

**IT IS SO ORDERED.**

Dated: _____

_____
JUDGE BETH LABSON FREEMAN
United States District Court Judge