UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FINJAN LLC,

        Plaintiff,

  v.

SONICWALL, INC.,

        Defendant.

Case No. 17-cv-04467-BLF

**ORDER VACATING MARCH 11, 2021 MOTION HEARING**

Pursuant to Civil Local Rule 7-1(b), this Court finds the pending Motion to Strike suitable for decision without oral argument and hereby VACATES the hearing set for March 11, 2021. The Court also highlights that Sections D and E of the Motion to Strike are referred to Judge Virginia K. DeMarchi. *See* ECF 345.

**IT IS SO ORDERED.**

Dated: March 5, 2021

_____
BETH LABSON FREEMAN
United States District Judge