1

2

3    **UNITED STATES DISTRICT COURT**

4    **NORTHERN DISTRICT OF CALIFORNIA**

5    **SAN JOSE DIVISION**

6

7    FINJAN LLC,                                   Case No. 17-cv-04467-BLF

8              Plaintiff,

9         v.                                       **OMNIBUS ORDER RE: SEALING
                                                  MOTIONS AT ECF 319, 327, 329, 335**
10   SONICWALL, INC.,

11             Defendant.

12

13          Before the Court are administrative motions filed by Plaintiff Finjan, Inc. ("Finjan") and

14   Defendant SonicWall, Inc. ("SonicWall") to file under seal portions of their briefs and exhibits in

15   connection with SonicWall's Motion for Partial Summary Judgment (at ECF 320). For the reasons

16   stated below, (1) SonicWall's Administrative Motion to File Under Seal at ECF 319 is GRANTED,

17   (2) Finjan's Administrative Motion to File Under Seal at ECF 327 is TERMINATED as moot, (3)

18   Finjan's Amended Administrative Motion to File Under Seal at ECF 329 is GRANTED, and (4)

19   SonicWall's Administrative Motion to File Under Seal at ECF 335 is GRANTED.

20   **I.    LEGAL STANDARD**

21          "Historically, courts have recognized a 'general right to inspect and copy public records and

22   documents, including judicial records and documents.'" *Kamakana v. City & Cty. Of Honolulu*, 447

23   F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.

24   7 (1978)). Accordingly, when considering a sealing request, "a 'strong presumption in favor of

25   access' is the starting point." *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122,

26   1135 (9th Cir. 2003)). Parties seeking to seal judicial records relating to motions that are "more than

27   tangentially related to the underlying cause of action" bear the burden of overcoming the

28   presumption with "compelling reasons" that outweigh the general history of access and the public

1    policies favoring disclosure. *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir.

2    2016); *Kamakana*, 447 F.3d at 1178–79.

3         However, "while protecting the public's interest in access to the courts, we must remain

4    mindful of the parties' right to access those same courts upon terms which will not unduly harm

5    their competitive interest." *Apple Inc. v. Samsung Elecs. Co., Ltd*., 727 F.3d 1214, 1228–29 (Fed.

6    Cir. 2013). Records attached to motions that are "not related, or only tangentially related, to the

7    merits of a case" therefore are not subject to the strong presumption of access. *Ctr. for Auto Safety*,

8    809 F.3d at 1099; *see also Kamakana*, 447 F.3d at 1179 ("[T]he public has less of a need for access

9    to court records attached only to non-dispositive motions because those documents are often

10   unrelated, or only tangentially related, to the underlying cause of action."). Parties moving to seal

11   the documents attached to such motions must meet the lower "good cause" standard of Rule 26(c).

12   *Kamakana*, 447 F.3d at 1179 (internal quotations and citations omitted).  This standard requires a

13   "particularized showing," *id.*, that "specific prejudice or harm will result" if the information is

14   disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir.

15   2002); *see* Fed. R. Civ. P. 26(c). "Broad allegations of harm, unsubstantiated by specific examples

16   of articulated reasoning" will not suffice. *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476

17   (9th Cir. 1992). A protective order sealing the documents during discovery may reflect the court's

18   previous determination that good cause exists to keep the documents sealed, *see Kamakana,* 447

19   F.3d at 1179–80, but a blanket protective order that allows the parties to designate confidential

20   documents does not provide sufficient judicial scrutiny to determine whether each particular

21   document should remain sealed. *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or

22   protective order that allows a party to designate certain documents as confidential is not sufficient

23   to establish that a document, or portions thereof, are sealable.").

24        In addition to making particularized showings of good cause, parties moving to seal

25   documents must comply with the procedures established by Civ. L.R. 79-5. Pursuant to Civ. L.R.

26   79-5(b), a sealing order is appropriate only upon a request that establishes the document is

27   "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under

28   the law." "The request must be narrowly tailored to seek sealing only of sealable material, and must

conform with Civil L.R. 79-5(d)." Civ. L.R. 79-5(b). In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d). "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." Civ. L.R. 79-5(e)(1).

## II.   DISCUSSION

The Court has reviewed the parties' sealing motions and the declarations of the designating parties submitted in support thereof. The Court's rulings on the sealing requests are set forth in the tables below. Where the designating party has requested sealing, the Court finds that the parties have articulated compelling reasons to seal certain portions of the submitted documents and the proposed redactions are generally narrowly tailored.

### A.   ECF 319, Sealing Motion Related to SonicWall's Motion for Partial Summary Judgment

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| ECF 320 | Defendant SonicWall, Inc's Motion for Summary Judgement | GRANTED as to highlighted portions at: Page 3: lines 2-7, 9-10, 14-15; Page 7: lines 12-13, 19-20, 23; Page 11: lines 2-3, 5-10, 18; Page 12: lines 1-4, 12-16; Page 14: lines 16-17; Page 17: lines 13-14, 18-20; Page 19: lines 15, 19, 22, 24- | The highlighted portions of this document reflect information that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorney's Eyes Only – Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products. *See* Declaration of Nicole E. Grigg in Support of Administrative Motion to File Documents Under Seal |

United States District Court
Northern District of California

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| | | 28; Page 20: lines 1-4, 6-9, 12, 16-23; Page 21: lines 6-8. | ("Grigg Declaration"), ¶¶ 2-5. |
| 3 to Gunther Declaration | Excerpts from the September 3, 2020 Expert Report of Dr. Nenad Medvidovic Regarding Infringement by SonicWall, Inc. of Patent Nos. 8,225,408; 7,975,305; and 8,141,154 | GRANTED as to entire document. | This document reflects information that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorney's Eyes Only – Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products. *See* Grigg Declaration ¶¶ 2-5. |
| 4 to Gunther Declaration | Excerpts from the September 4, 2020 Expert Report of DeForest McDuff, Ph.D | GRANTED as to entire document. | This document reflects information that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns SonicWall's confidential financial and business information. *See* Grigg Declaration ¶¶ 2-5. |
| 5 to Gunther Declaration | Excerpts from the July 9, 2020 John Gmuender Deposition Transcript | GRANTED as to entire document. | This document reflects testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorney's Eyes Only – Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and |

4

United States District Court
Northern District of California

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| | | | or operation of SonicWall's proprietary products. *See* Grigg Declaration ¶¶ 2-5. |
| 6 to Gunther Declaration | Excerpts from the July 16, 2020 Shunhui Zhu Deposition Transcript. | GRANTED as to entire document. | This document reflects testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorney's Eyes Only – Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products. *See* Grigg Declaration ¶¶ 2-5. |
| 7 to Gunther Declaration | Excerpts from the July 29, 2020 Dmitriy Ayrapetov Deposition Transcript | GRANTED as to entire document. | This document reflects testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorney's Eyes Only – Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products. *See* Grigg Declaration ¶¶ 2-5. |
| 8 to Gunther Declaration | Excerpts from the July 24, 2020 Matt Neiderman Deposition Transcript | GRANTED as to entire document. | This document reflects testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorney's Eyes Only – Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's |

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| | | | proprietary products. *See* Grigg Declaration ¶¶ 2-5. |
| 14 to Gunther Declaration | Excerpts from the October 22, 2020 Eric B. Cole, Ph.D. Deposition Transcript | GRANTED as to entire document. | This document reflects testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Attorneys' Eyes Only - Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products, including its source code. *See* Grigg Declaration, ¶¶ 2-5. |
| 15 to Gunther Declaration | Excerpts from the October 26, 2020 Michael Mitzenmacher, Ph.D. Deposition Transcript | GRANTED as to entire document. | This document reflects testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Attorneys' Eyes Only - Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products, including its source code. *See* Grigg Declaration, ¶¶ 2-5. |
| 16 to Gunther Declaration | Excerpts from the October 29, 2020 Nenad Medvidovic, Ph.D. Deposition Transcript | GRANTED as to entire document. | This document reflects testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Attorneys' Eyes Only - Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and |

United States District Court
Northern District of California

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| | | | or operation of SonicWall's proprietary products, including its source code. *See* Grigg Declaration, ¶¶ 2-5. |
| 17 to Gunther Declaration | Excerpts from the September 3, 2020 Expert Report of Dr. Eric B. Cole Regarding Technology Tutorial and Infringement by SonicWall, Inc. of Patent Nos. 6,154,844; 7,058,822; 7,647,633; and 8,677,494 | GRANTED as to entire document. | This document reflects testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Attorneys' Eyes Only - Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products, including its source code. *See* Grigg Declaration, ¶¶ 2-5. |
| 18 to Gunther Declaration | Excerpts from the September 3, 2020 Expert Report of Michael Mitzenmacher, Ph.D. Regarding Infringement by SonicWall, Inc. of Patent Nos. 6,804,780; 6,965,968; and 7,613,926 | GRANTED as to entire document. | This document reflects testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Attorneys' Eyes Only - Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products, including its source code. *See* Grigg Declaration, ¶¶ 2-5. |
| 19 to Gunther Declaration | December 1, 2015 CloudAV 2.1: Sandbox. Specifications and Design, Version 0.2 (December 1, 2015), bearing bates numbers SonicWall-Finjan_00876666 - SonicWall- | GRANTED as to entire document. | SonicWall has designated this internal technical specification "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and |

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| | Finjan_00876680 | | or operation of SonicWall's proprietary products. *See* Grigg Declaration, ¶¶ 2-5. |
| 20 to Gunther Declaration | March 12, 2018 CloudAV 2.1: Sandbox. Specifications and Design, Version 1.3 (March 12, 2018), bearing bates numbers SonicWall-Finjan_00002468 - SonicWall-Finjan_00002495 | GRANTED as to entire document. | SonicWall has designated this internal technical specification "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products. *See* Grigg Declaration, ¶¶ 2-5. |
| 21 to Gunther Declaration | Excerpts from the July 31, 2020 Alex Dubrovsky Deposition Transcript | GRANTED as to entire document. | This document reflects testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorney's Eyes Only – Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products. *See* Grigg Declaration ¶¶ 2-5. |
| 22 to Gunther Declaration | Excerpts from the May 31, 2019 Finjan's Second Supplemental Infringement Contentions, Appendix A-1 | GRANTED as to entire document. | This document reflects information that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Attorneys' Eyes Only - Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products, including its source code. *See* |

United States District Court
Northern District of California

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| | | | Grigg Declaration, ¶¶ 2-5. |
| 24 to Gunther Declaration | Excerpts from the July 7, 2020 Senthil Cheetancheri Deposition Transcript | GRANTED as to entire document. | This document reflects testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorney's Eyes Only – Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products. *See* Grigg Declaration ¶¶ 2-5. |
| 26 to Gunther Declaration | December 29, 2017 SonicSandbox 2.2 Functional Specification, Version 1 (2017/12/29), bearing bates numbers SonicWall-Finjan_00002551 - SonicWall-Finjan_00002561. | GRANTED as to entire document. | SonicWall has designated this internal technical specification "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products. *See* Grigg Declaration, ¶¶ 2-5. |
| 27 to Gunther Declaration | Excerpts from the November 2, 2020 DeForest McDuff, Ph.D. Deposition Transcript | GRANTED as to entire document. | This document reflects testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns SonicWall's confidential financial and business information. *See* Grigg Declaration ¶¶ 2-5. |
| 28 to Gunther Declaration | The July 31, 2020 Plaintiff Finjan Inc.'s Third Supplemental Objections and Responses to | GRANTED as to entire document. | This document reflects information that Finjan has designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated |

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| | Defendant SonicWall, Inc.'s First Set of Interrogatories (No 6) | | Protective Order. *See* Grigg Declaration ¶¶ 2-5.<br><br>This document reflects information and testimony regarding Finjan's business practices and licensing negotiations, which Finjan has designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (ECF No. 68). Public disclosure of this information would cause harm to Finjan. *See* Declaration of K. Nicole Williams in Support of SonicWall's Administrative Motion to File Under Seal ("Williams Decl.") ¶ 3, ECF 322. |
| 29 to Gunther Declaration | Excerpts from the February 26, 2020 John Garland Deposition Transcript | GRANTED as to entire document. | This document reflects information that Finjan has designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.  *See* Grigg Declaration ¶¶ 2-5.<br><br>This document reflects testimony regarding Finjan's business practices and licensing negotiations, which Finjan has designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (ECF No. 68). Public disclosure of this information would cause harm to Finjan. *See* Williams Decl. ¶ 4. |
| 30 to Gunther Declaration | June 10-11, 2014 Email thread between Finjan and Dell bearing bates numbers Finjan-SW 047868 - Finjan-SW 047869 | GRANTED as to entire document. | This document reflects information that Finjan has designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. *See* Grigg Declaration ¶¶ 2-5. |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| | | | This document reflects information regarding Finjan's business practices and licensing negotiations, which Finjan has designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (ECF No. 68). Public disclosure of this information would cause harm to Finjan. *See* Williams Decl. ¶ 5. |
| 31 to Gunther Declaration | November 25, 2014 Introductory Licensing Meeting Presentation bearing bates numbers Finjan-SW 047884 - Finjan-SW 047924 | GRANTED as to entire document. | This document reflects information that Finjan has designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. *See* Grigg Declaration ¶¶ 2-5.<br><br>This document reflects information regarding Finjan's business practices and licensing negotiations, which Finjan has designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (ECF No. 68). Public disclosure of this information would cause harm to Finjan. *See* Williams Decl. ¶ 6. |
| 32 to Gunther Declaration | September 17, 2014 Email between Finjan and Dell bearing bates numbers Finjan-SW 047936 - Finjan-SW 047946 | GRANTED as to entire document. | This document reflects information that Finjan has designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. *See* Grigg Declaration ¶¶ 2-5.<br><br>This document reflects information regarding Finjan's business practices and licensing negotiations, which Finjan has designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (ECF |

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| | | | No. 68). Public disclosure of this information would cause harm to Finjan. *See* Williams Decl. ¶ 7. |
| 33 to Gunther Declaration | October 12, 2016 Patent Licensing Discussions Presentation bearing bates numbers Finjan-SW 047979 - Finjan-SW 048008 | GRANTED as to entire document. | This document reflects information that Finjan has designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. *See* Grigg Declaration ¶¶ 2-5.<br><br>This document reflects information regarding Finjan's business practices and licensing negotiations, which Finjan has designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (ECF No. 68). Public disclosure of this information would cause harm to Finjan. *See* Williams Decl. ¶ 8. |
| 34 to Gunther Declaration | An email from John Garland of Finjan to Mattthew Neiderman of SonicWall attaching a chart of Exemplary Finjan Patents of Interest to SonicWall bearing bates numbers SonicWall-Finjan_01044809 - SonicWall-Finjan_01044812 | GRANTED as to entire document. | This document reflects information that Finjan has designated this document "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.  *See* Grigg Declaration ¶¶ 2-5.<br><br>This document reflects information regarding Finjan's business practices and licensing negotiations, which Finjan has designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (ECF No. 68). Public disclosure of this information would cause harm to Finjan. *See* Williams Decl. ¶ 9. |
| 36 to Gunther Declaration | July 8, 2014 Email between Finjan and Dell bearing bates number Finjan-SW 047947 - Finjan-SW | GRANTED as to entire document. | This document reflects information that Finjan has designated this document "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated |

United States District Court
Northern District of California

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| | 047952 | | Protective Order. *See* Grigg Declaration ¶¶ 2-5.<br><br>This document reflects information regarding Finjan's business practices and licensing negotiations, which Finjan has designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (ECF No. 68). Public disclosure of this information would cause harm to Finjan. *See* Williams Decl. ¶ 10. |
| 37 to Gunther Declaration | November 1-21, 2016 Email thread between Finjan and Dell bearing bates numbers Finjan-SW 047959 - Finjan-SW 047962 | GRANTED as to entire document. | This document reflects information that Finjan has designated this document "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. *See* Grigg Declaration ¶¶ 2-5.<br><br>This document reflects information regarding Finjan's business practices and licensing negotiations, which Finjan has designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (ECF No. 68). Public disclosure of this information would cause harm to Finjan. *See* Williams Decl. ¶ 11. |
| 38 to Gunther Declaration | June 8, 2017 Patent Licensing Discussions Presentation bearing bates numbers FINJAN-SW 146162 - FINJAN-SW 146192. | GRANTED as to entire document. | This document reflects information that Finjan has designated this document "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. *See* Grigg Declaration ¶¶ 2-5.<br><br>This document reflects information regarding Finjan's business practices and licensing negotiations, which Finjan has designated "HIGHLY |

United States District Court
Northern District of California

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| | | | CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (ECF No. 68). Public disclosure of this information would cause harm to Finjan. *See* Williams Decl. ¶ 12. |
| 39 to Gunther Declaration | Excerpts from the July 31, 2020 Brook Chelmo Deposition Transcript | GRANTED as to entire document. | This document reflects testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorney's Eyes Only – Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products. *See* Grigg Declaration ¶¶ 2-5. |
| | Declaration Of John Gmuender in Support of Sonicwall Inc.'s Motion For Partial Summary Judgment | GRANTED as to entire document. | This document reflects information that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Attorneys' Eyes Only - Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by it concerns the identification, organization, and or operation of SonicWall's proprietary products, including its source code. *See* Grigg Declaration, ¶¶ 2-5. |
| A to Gmuender Declaration | SonicWall-Finjan_00002562-2573 ("SonicSandbox Design Specification") | GRANTED as to entire document. | SonicWall has designated this internal technical specification "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by |

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| | | | competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products. *See* Grigg Declaration, ¶¶ 2-5. |
| B to Gmuender Declaration | SonicWall-Finjan_00873017-873027 ("SonicSandbox high level design") | GRANTED as to entire document. | SonicWall has designated this document "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products. *See* Grigg Declaration, ¶¶ 2-5. |
| C to Gmuender Declaration | Excerpts of SonicWall's produced source code bearing bates numbers SonicWall-Finjan-SC_0412-421 | GRANTED as to entire document. | SonicWall has designated this document "Highly Confidential – Attorneys' Eyes Only – Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products, including source code. *See* Grigg Declaration, ¶¶ 2-5. |
| D to Gmuender Declaration | Excerpts of SonicWall's produced source code bearing bates numbers SonicWall-Finjan-SC_0098-104 | GRANTED as to entire document. | SonicWall has designated this document "Highly Confidential – Attorneys' Eyes Only – Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products, including source code. *See* Grigg Declaration, ¶¶ 2-5. |

United States District Court
Northern District of California

**B.** **ECF 329, Sealing Motion Related to Finjan's Opposition to SonicWall's Motion for Partial Summary Judgment**

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| ECF 326 | Finjan's Opposition to SonicWall's Motion for Partial Summary Judgment | GRANTED as to highlighted portions at age 2, lines 15-20; page 3, lines 20-22; page 6, lines 2 and 16-22; page 7, lines 7-12 and 23-27; page 12, lines 21-27; page 13, lines 2-8, 11, 13-14, and 26-27; page 15, lines 20-21; page 16, lines 19-22 and 26-27; page 17, lines 2-14 and 25-27; page 18, lines 1-6, 9-10, and 15; page 19, lines 20-21. | The highlighted portions of this document reflect information that SonicWall has designated as "Highly Confidential –Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only – Source Code" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. *See* Declaration of K. Nicole Williams In Support of Sealing ("Williams Sealing Decl.") ¶ 3.<br><br>Specifically, as to page 2, lines 15-20; page 3, lines 20-22; page 6, lines 2 and 16-22; page 7, lines 7-12 and 23-27; page 12, lines 21-27; page 13, lines 2-8, 11, 13-14, and 26-27; page 15, lines 20-21; page 16, lines 19-22 and 26-27; page 17, lines 2-14 and 25-27; page 18, lines 1-6, 9-10, and 15; page 19, lines 20-21 of Finjan's Opposition to SonicWall's Motion for Partial Summary Judgment include references to SonicWall's technical specifications as well as Finjan's expert reports, all of which contain information that SonicWall has designated as "Highly Confidential –  Attorneys' |

| | | | Eyes Only" or "Highly Confidential – Attorneys' Eyes Only – Source Code" pursuant to the Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, operation, and source code related to SonicWall's proprietary products. *See* Declaration of Nicole E. Grigg ("Grigg Decl.") ¶ 3, ECF 334. |
|---|---|---|---|
| Exh. A | Excerpts from the Expert Report of Dr. Nenad Medvidovic Regarding Infringement by SonicWall, Inc. of Patent Nos. 8,225,408; 7,975,305 and 8,141,154, dated September 3, 2020 | GRANTED as to entire document. | This document reflects information SonicWall has designated "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Attorneys' Eyes Only – Source Code" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. *See* Williams Sealing Decl. ¶ 4.<br><br>Specifically, Exhibit A contains excerpts from Finjan's expert reports which cite to and quote SonicWall's confidential technical information that SonicWall has designated as "Confidential – Attorneys' Eyes Only" and "Confidential – Attorneys' Eyes only –Source Code" pursuant to the Protective Order. *See* Grigg Decl. ¶ 3. |

United States District Court
Northern District of California

| | | | |
|---|---|---|---|
| Exh. B | Excerpts from the Deposition Transcript of Michael King taken July 24, 2020 | GRANTED as to entire document. | This deposition transcript was designated by SonicWall as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could be potentially discerned. *See* Williams Sealing Decl. ¶ 4.<br><br>Specifically, Exhibit B is an excerpt from deposition transcripts that contain testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only – Source Code" pursuant to the Protective Order. *See* Grigg Decl. ¶ 3. |
| Exh. C | Excerpts from the Deposition Transcript of Shunhui Zhu taken July 16, 2020 | GRANTED as to entire document. | This deposition transcript was designated by SonicWall as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. *See* Williams Sealing Decl. ¶ 4.<br><br>Specifically, Exhibit C is an excerpt from deposition transcripts that contain testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only – Source Code" pursuant to the Protective |

| | | | Order. *See* Grigg Decl. ¶ 3. |
|---|---|---|---|
| Exh. D | Excerpts from the Deposition Transcript of Eric Hawkes taken July 21, 2020 | GRANTED as to entire document. | This deposition transcript was designated by SonicWall as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. *See* Williams Sealing Decl. ¶ 4.<br><br>Specifically, Exhibit D is an excerpt from deposition transcripts that contain testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only – Source Code" pursuant to the Protective Order. *See* Grigg Decl. ¶ 3. |
| Exh. E | Presentation Produced as SonicWall-Finjan_00549272-SonicWall-Finjan_00549291 | GRANTED as to entire document. | This document reflects information SonicWall has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. *See* Williams Sealing Decl. ¶ 4.<br><br>Specifically, Exhibit E is a SonicWall presentation or technical specification that contains SonicWall's confidential technical information that SonicWall designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Orde. *See* Grigg |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | | |
|---|---|---|---|
| | | | Decl. ¶ 3. |
| Exh. F | Excerpts from the Deposition Transcript of Eric B. Cole, Ph.D. taken October 22, 2020 | GRANTED as to entire document. | This deposition contains information designated by SonicWall as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. *See* Williams Sealing Decl. ¶ 4. |
| | | | Specifically, Exhibit F is an excerpt from deposition transcripts that contain testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only – Source Code" pursuant to the Protective Order. *See* Grigg Decl. ¶ 3. |
| Exh. G | Expert Report of Michael Mitzenmacher, Ph.D. Regarding Infringement of SonicWall, Inc. of Patent Nos. 6,804,780; 6,965,968; and 7,613,926, dated September 3, 2020 | GRANTED as to entire document. | This document reflects information SonicWall has designated "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Attorneys' Eyes Only – Source Code" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. *See* Williams Sealing Decl. ¶ 4. |
| | | | Specifically, Exhibit G contains excerpts from Finjan's expert reports which cite to and quote SonicWall's confidential technical information that SonicWall has designated as |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | | |
|---|---|---|---|
| | | | "Confidential – Attorneys' Eyes Only" and "Confidential – Attorneys' Eyes only –Source Code" pursuant to the Protective Order. *See* Grigg Decl. ¶ 3. |
| Exh. H | Excerpts from the Expert Report of Dr. Eric Cole Regarding Technology Tutorial and Infringement by SonicWall, Inc. of Patent Nos. 6,154,844; 7,058,822; 7,647,633 and 8,677,494 | GRANTED as to entire document. | This document reflects information SonicWall has designated "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Attorneys' Eyes Only – Source Code" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. *See* Williams Sealing Decl. ¶ 4.<br><br>Specifically, Exhibit G contains excerpts from Finjan's expert reports which cite to and quote SonicWall's confidential technical information that SonicWall has designated as "Confidential – Attorneys' Eyes Only" and "Confidential – Attorneys' Eyes only –Source Code" pursuant to the Protective Order. *See* Grigg Decl. ¶ 3. |
| Exh. I | Excerpts from the Deposition Transcript of Kevin Almeroth, Ph.D. taken October 21, 2020 | GRANTED as to entire document. | This deposition contains information designated by SonicWall as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. *See* Williams Sealing Decl. ¶ 4. |

United States District Court
Northern District of California

| | | | Specifically, Exhibit I is an excerpt from deposition transcripts that contain testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only – Source Code" pursuant to the Protective Order. *See* Grigg Decl. ¶ 3. |
|---|---|---|---|
| Exh. J | Excerpt from the Deposition Transcript of John Gmuender taken July 9, 2020 | GRANTED as to entire document. | This deposition contains information designated by SonicWall as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. *See* Williams Sealing Decl. ¶ 4.<br><br>Specifically, Exhibit J is an excerpt from deposition transcripts that contain testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only – Source Code" pursuant to the Protective Order. *See* Grigg Decl. ¶ 3. |
| Exh. K | Excerpt from the Deposition Transcript of Patrick McDaniel, Ph.D. taken October 23, 2020 | GRANTED as to entire document. | This deposition contains information designated by SonicWall as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. *See* Williams Sealing Decl. ¶ 4. |

United States District Court
Northern District of California

| | | | Specifically, Exhibit K is an excerpt from deposition transcripts that contain testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only – Source Code" pursuant to the Protective Order. *See* Grigg Decl. ¶ 3. |
|---|---|---|---|
| Exh. L | SonicWall Document Produced as SonicWall-Finjan_00002532-SonicWall-Finjan_00002550 | GRANTED as to entire document. | This document reflects information SonicWall has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. *See* Williams Sealing Decl. ¶ 4.<br><br>Specifically, Exhibit L is a SonicWall presentation or technical specification that contains SonicWall's confidential technical information that SonicWall designated as "Highly Confidential –  Attorneys' Eyes Only" pursuant to the Protective Orde. *See* Grigg Decl. ¶ 3. |
| Exh. N | SonicWall Document Produced as SonicWall-Finjan_00002574-SonicWall-Finjan_00002592 | GRANTED as to entire document. | This document reflects information SonicWall has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. *See* Williams Sealing Decl. ¶ 4. |

| | | | Specifically, Exhibit N is a SonicWall presentation or technical specification that contains SonicWall's confidential technical information that SonicWall designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Orde. *See* Grigg Decl. ¶ 3. |
|---|---|---|---|
| Exh. P | SonicWall Document Produced as SonicWall-Finjan_00599079-SonicWall-Finjan_00599109 | GRANTED as to entire document. | This document reflects information SonicWall has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. *See* Williams Sealing Decl. ¶ 4.<br><br>Specifically, Exhibit P is a SonicWall presentation or technical specification that contains SonicWall's confidential technical information that SonicWall designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Orde. *See* Grigg Decl. ¶ 3. |
| Exh. Q | SonicWall Document Produced as SonicWall-Finjan_00373438-SonicWall-Finjan_00373472 | GRANTED as to entire document. | This document reflects information SonicWall has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. *See* Williams Sealing Decl. ¶ 4. |

United States District Court
Northern District of California

| | | | |
|---|---|---|---|
| | | | Specifically, Exhibit Q is a SonicWall presentation or technical specification that contains SonicWall's confidential technical information that SonicWall designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Orde. *See* Grigg Decl. ¶ 3. |
| Exh. R | Email Produced as SonicWall-Finjan_00465540-SonicWall-Finjan_00465543 | GRANTED as to entire document. | This document reflects information SonicWall has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. *See* Williams Sealing Decl. ¶ 4.<br><br>Specifically, Exhibit R is an internal SonicWall email produced by SonicWall that contains confidential technical information that SonicWall designated as ""Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order. *See* Grigg Decl. ¶ 3. |
| Exh. S | Excerpts from the Deposition Transcript of Ravi Chopra dated December 19, 2019 | GRANTED as to entire document. | This deposition contains information designated by SonicWall as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. *See* Williams Sealing Decl. ¶ 4.<br><br>Specifically, Exhibit S is an |

United States District Court
Northern District of California

| | | | |
|---|---|---|---|
| | | | excerpt from deposition transcripts that contain testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only – Source Code" pursuant to the Protective Order. *See* Grigg Decl. ¶ 3. |
| Exh. T | Email Produced as FINJAN-SW 047873-FINJAN-SW 047876 | GRANTED as to entire document. | This document reflects information SonicWall has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, and from which confidential information regarding SonicWall's accused products could potentially be discerned. Additionally, this document reflects Finjan information that is "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order, including information relating to Finjan's licensing negotiations and business practices. Public disclosure of this information would cause harm to Finjan. *See* Williams Sealing Decl. ¶¶ 4-5.

Specifically, Exhibit T is an email that reflects SonicWall's confidential technical information designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order. *See* Grigg Decl. ¶ 3. |

**C.    ECF 335, Sealing Motion Related to SonicWall's Reply in Support of its Motion for Partial Summary Judgment**

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| ECF 336 | Defendant SonicWall, Inc's Reply in Support of its Motion for Partial Summary Judgment | GRANTED as to highlighted portions at: Page 2: lines 3-4; Page 3: lines 3-4; Page 9: lines 15-21, 24-26; Page 10: lines 21, 23, 25-28; Page 11: lines 1-3, 5-17; Page 12: lines 1-3 | The highlighted portions of this document reflect information that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorney's Eyes Only – Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products. *See* Declaration of Nicole E. Grigg in Support of Administrative Motion to File Documents Under Seal ("Grigg Declaration"), ¶¶ 2-5. |
| 41 to Gunther Declaration | Excerpts from the July 14, 2020 John Gordineer Deposition Transcript | GRANTED as to entire document. | This document contains testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only - Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products, including its source code. *See* Grigg Declaration, ¶¶ 2-5. |
| 42 to Gunther Declaration | Excerpts from the July 21, 2020 Eric Hawkes Deposition Transcript | GRANTED as to entire document. | This document contains testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes |

United States District Court
Northern District of California

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| | | | Only - Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products, including its source code. *See* Grigg Declaration, ¶¶ 2-5. |
| 43 to Gunther Declaration | Excerpts from the July 24, 2020 Michael King Deposition Transcript | GRANTED as to entire document. | This document contains testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only - Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be use to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products, including its source code. *See* Grigg Declaration, ¶¶ 2-5. |
| 44 to Gunther Declaration | Excerpts from the October 22, 2020 Dr. Eric Cole Deposition Transcript | GRANTED as to entire document. | This document contains testimony that SonicWall has designated as "Highly Confidential – Attorneys' Eyes Only" or "Highly Confidential – Attorneys' Eyes Only - Source Code" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products, including its source code. *See* Grigg Declaration, ¶¶ 2-5. |
| 45 to Gunther | Finjan's notice of inadvertently produced | GRANTED as to entire | This document contains information that Finjan has |

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| Declaration | documents bearing Bates numbers Finjan-SW 047873-76 and privilege log dated July 24, 2018 | document. | designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. *See* Grigg Declaration, ¶¶ 2-5.<br><br>This document reflects information regarding Finjan's internal business practices and licensing negotiations, which Finjan has designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (ECF No. 68).  Public disclosure of this information would cause harm to Finjan. *See* Declaration of K. Nicole Williams in Support of SonicWall's Administrative Motion to File Under Seal ¶ 3, ECF 338. |
| 46 to Gunther Declaration | SonicWall's Comprehensive Gateway Security Suite datasheet bearing Bates Nos. SonicWall-Finjan 00454707-709 | GRANTED as to entire document. | SonicWall has designated this internal datasheet "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products. *See* Grigg Declaration, ¶¶ 2-5. |
| 47 to Gunther Declaration | SonicWall's WAN Acceleration Appliance (WXA) Series datasheet bearing Bates Nos. SonicWall-Finjan 00017623-627 | GRANTED as to entire document. | SonicWall has designated this internal datasheet "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order. If filed publicly, this confidential information could be used to SonicWall's disadvantage by competitors as it concerns the identification, organization, and or operation of SonicWall's proprietary products. |

| ECF or Exh. No. | Document | Result | Reasoning |
|---|---|---|---|
| | | | *See* Grigg Declaration, ¶¶ 2-5. |

For the foregoing reasons:

(1) SonicWall's Administrative Motion to File Under Seal at ECF 319 is GRANTED;

(2) Finjan's Administrative Motion to File Under Seal at ECF 327 is TERMINATED as moot;

(3) Finjan's Amended Administrative Motion to File Under Seal at ECF 329 is GRANTED; and

(4) SonicWall's Administrative Motion to File Under Seal at ECF 335 is GRANTED.

**IT IS SO ORDERED.**

Dated: March 8, 2021

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California