Juanita R. Brooks (CA SBN 75934) brooks@fr.com
Roger A. Denning (CA SBN 228998) denning@fr.com
Jason W. Wolff (CA SBN 215819) wolff@fr.com
John-Paul Fryckman (CA 317591) fryckman@fr.com
K. Nicole Williams (CA291900) nwilliams@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Proshanto Mukherji (*Pro Hac Vice*) mukherji@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Phone: (617) 542-5070/ Fax: (617) 542-5906

Robert Courtney (CA SNB 248392) courtney@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Phone: (612) 335-5070 / Fax: (612) 288-9696

Attorneys for Plaintiff
FINJAN LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FINJAN LLC., a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:17-cv-04467-BLF (VKD)<br><br>**MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 371-4**<br><br>Hon. Beth Labson Freeman<br>Ctrm: 3, 5th Floor |

PLEASE TAKE NOTICE Finjan LLC hereby moves to remove the following document from ECF, submitted electronically on March 4, 2021: Finjan LLC's Motion *In Limine* No. 1 [Docket No. 371-4].

Finjan's Motion *In Limine* No. 1 (Docket Number 371-4) contains information designated by Defendant SonicWall as Highly Confidential – Attorneys' Eyes Only under the Protective Order in this case.  (*See* Dkt. No. 373; *see also* Dkt. No. 373-1.)  An unredacted version of the document was publicly filed in error.  Finjan contacted the ECF helpdesk and the document has been locked.

On March 4, 2021, Finjan resubmitted the CORRECTED public version of Finjan's Motion *In Limine* No. 1.

For the foregoing reasons, Finjan respectfully requests that the Court grant Finjan's Motion to Remove Incorrectly File Document: Docket No. 371-4.

Respectfully Submitted,

Dated:  March 5, 2021

/s/ K. Nicole Williams
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
John-Paul Fryckman (CA 317591)
fryckman@fr.com
K. Nicole Williams (CA 291900)
nwilliams@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Phone: (858) 678-5070 / Fax: (858) 678-5099

Proshanto Mukherji (*Pro Hac Vice*)
mukherji@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Phone: (617) 542-5070/ Fax: (617) 542-5906

Robert Courtney (CA SNB 248392)
courtney@fr.com
FISH & RICHARDSON P.C.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Phone: (612) 335-5070 / Fax: (612) 288-9696

Attorneys for Plaintiff
FINJAN LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 5, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

*/s/ K. Nicole Williams*
K. Nicole Williams
nwilliams@fr.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | Case No. 5:17-cv-04467-BLF (VKD)<br><br>[PROPOSED] ORDER GRANTING FINJAN LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 371-4<br><br>JUDGE:　Hon. Beth Labson Freeman<br>PLACE:　Ctrm: 3, 5th Floor |

This matter comes before the Court on Finjan LLC's Motion to Remove an Incorrectly Filed Document, and finding good cause shown, IT IS HEREBY ORDERED that Finjan's Motion is GRANTED and Docket Number 371-4 shall be removed from the docket.

IT IS SO ORDERED.

Dated: March 8, 2021

　　　　　　　　　　　　　　　　　　　　　Hon. Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　United States District Court