UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>SONICWALL, INC.,<br><br>       Defendant. | Case No. 17-cv-04467-BLF<br><br>**ORDER DIRECTING SONICWALL TO SPECIFY THE REMAINING ISSUES IN ITS PENDING MOTION TO STRIKE** |

On March 5, 2021, the Court issued its Order on SonicWall's Motion for Partial Summary Judgment. ECF 381. In light of the Court's findings with respect to the '154, '305, '408 and '780 Patents, the Court DIRECTS SonicWall to specify the remaining issues in its pending Motion to Strike **by March 12, 2021**. Based on the Court's review of the issues raised in the Motion to Strike, it appears that the only remaining issue to be decided relates to infringement contentions associated with the '408 Patent detailed in Section III.B.

**IT IS SO ORDERED.**

Dated: March 8, 2021

_____
BETH LABSON FREEMAN
United States District Judge