| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934)<br>brooks@fr.com<br>Jason W. Wolff (CA SBN 215819)<br>wolff@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Ste. 400<br>San Diego, CA 92130<br>Tel.: (858) 678-5070<br>Fax: (858) 678-5099<br><br>*Additional counsel listed on signature page*<br><br>Attorneys for Plaintiff<br>FINJAN LLC | DUANE MORRIS LLP<br>D. Stuart Bartow (SBN 233107)<br>Email: DSBartow@duanemorris.com<br>Nicole E. Grigg (SBN 307733)<br>Email: NEGrigg@duanemorris.com<br>2475 Hanover Street<br>Palo Alto, CA 94304-1194<br>Tel.: 650.847.4150<br>Fax: 650.847.4151<br><br>*Additional counsel listed on signature page*<br><br>Attorneys for Defendant<br>SONICWALL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>          Plaintiff,<br><br>     v.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>          Defendant. | Case No. 5:17-cv-04467-BLF (VKD)<br><br>**JOINT MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR SUBMISSION OF JURY INSTRUCTIONS AND VERDICT FORM** |

1  Plaintiff Finjan LLC ("Finjan") and Defendant SonicWall, Inc. ("SonicWall") (collectively,
2  "the Parties"), respectfully move the Court to extend the time by which the Parties are required to
3  file the proposed jury instructions and verdict form.

4  Trial in this matter is scheduled to begin on Monday, May 3, 2021, and the final pretrial
5  conference is set for Thursday, March 18, 2021. D.I. 48.  The Court's Standing Order requires the
6  Parties to submit the proposed jury instructions and verdict form in this matter by March 11, 2021,
7  at least 7 days before the final pretrial conference.  In light of the Court's order on SonicWall's
8  Motion for Partial Summary Judgment issued on March 5, 2021, and order directing SonicWall to
9  specify the remaining issues in its pending motion to strike (D.I. 387), the Parties respectfully
10 request that the Court amend the deadline to file the jury instructions and verdict form to April 9,
11 2021, to allow the parties to fully assess the orders' impact on the remaining asserted claims and
12 patents and, by extension, the scope of the jury instructions, position statements therein, and verdict
13 form. The Parties still intend to file proposed voir dire and the juror questionnaire on March 11,
14 2021.

15 The Parties submit that the requested extension of the deadline to file the jury instructions
16 and verdict form will not impact the Court's scheduled trial date or the resolution of any outstanding
17 objections prior to trial, per the Court's Standing Order for Civil Trials.

1
Case No. 17-cv-04467-BLF (VKD)
JOINT MOTION AND [PROPOSED] ORDER TO EXTEND
TIME FOR SUBMISSION OF JURY INSTRUCTIONS AND VERDICT FORM

| | | |
|---|---|---|
| 1 | | |
| 2 | Respectfully submitted, | Respectfully submitted, |
| 3 | By: /s/ *Proshanto Mukherji* | By: */s/ Alice Snedeker* |
| 4 | Juanita R. Brooks (CA SBN 75934)<br>brooks@fr.com | Matthew C. Gaudet (*Pro Hac Vice*)<br>mcgaudet@duanemorris.com |
| 5 | Jason W. Wolff (CA SBN 215819)<br>wolff@fr.com | David C. Dotson (*Pro Hac Vice*)<br>dcdotson@duanemorris.com |
| 6 | FISH & RICHARDSON P.C.<br>12860 El Camino Real, Ste. 400 | Jennifer H. Forte (*Pro Hac Vice*)<br>jhforte@duanemorris.com |
| 7 | San Diego, CA 92130<br>Telephone: (858) 678-5070 | Alice E. Snedeker (*Pro Hac Vice*)<br>aesnedeker@duanemorris.com |
| 8 | | DUANE MORRIS LLP<br>1075 Peachtree NE, Suite 2000 |
| 9 | Proshanto Mukherji (*Pro Hac Vice*) | Atlanta, GA 30309-3929<br>Telephone: 404.253.6900 |
| 10 | mukherji@fr.com<br>FISH & RICHARDSON P.C. | D. Stuart Bartow (SBN 233107) |
| 11 | One Marina Park Drive<br>Boston, MA 02210 | Email: DSBartow@duanemorris.com<br>Nicole E. Grigg (SBN 307733) |
| 12 | Telephone: (617) 542-5070 | Email: NEGrigg@duanemorris.com<br>DUANE MORRIS LLP |
| 13 | Robert Courtney (CA SNB 248392)<br>courtney@fr.com | 2475 Hanover Street<br>Palo Alto, CA 94304-1194 |
| 14 | FISH & RICHARDSON P.C.<br>3200 RBC Plaza | Telephone: 650.847.4150 |
| 15 | 60 South Sixth Street<br>Minneapolis, MN 55402 | Joseph A. Powers (*Pro Hac Vice*)<br>Email: japowers@duanemorris.com |
| 16 | Telephone: (612) 335-5070 | Jarrad M. Gunther (*Pro Hac Vice*)<br>Email: jmgunther@duanemorris.com |
| 17 | *Attorneys for Plaintiff*<br>*FINJAN LLC* | DUANE MORRIS LLP<br>30 South 17th Street |
| 18 | | Philadelphia, PA 19103<br>Telephone: 215.979.1000 |
| 19 | | *Attorneys for Defendant* |
| 20 | Dated: March 8, 2021 | *SONICWALL, INC.* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | 2 | Case No. 17-cv-04467-BLF (VKD) |

JOINT MOTION AND [PROPOSED] ORDER TO EXTEND
TIME FOR SUBMISSION OF JURY INSTRUCTIONS AND VERDICT FORM

**[PROPOSED] ORDER**

Pursuant to Parties' Stipulated Request, the schedule is changed as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Deadline to file Joint Pretrial Statement & Order (excluding deposition designations) | March 4, 2021 | No change |
| Deadline to file proposed voir dire and juror questionnaire | March 11, 2021 | No change |
| Final pretrial conference | March 18, 2021 | No change |
| Deadline to file Jury Instructions and Verdict Form | March 11, 2021 | April 9, 2021 |
| Deadline to file pretrial briefs | April 26, 2021 | No change |
| Trial | May 3, 2021 | No change |

**IT IS SO ORDERED.**

Dated: _____

_____
JUDGE BETH LABSON FREEMAN
United States District Court Judge