| | |
|---|---|
| **DUANE MORRIS LLP** | **DUANE MORRIS LLP** |
| D. Stuart Bartow (CA SBN 233107) | Matthew C. Gaudet (GA SBN 287789) |
| dsbartow@duanemorris.com | Admitted *Pro Hac Vice* |
| Nicole E. Grigg (CA SBN 307733) | mcgaudet@duanemorris.com |
| negrigg@duanemorris.com | John R. Gibson (GA SBN 454507) |
| 2475 Hanover Street | Admitted *Pro Hac Vice* |
| Palo Alto, CA  94304-1194 | jrgibson@duanemorris.com |
| Telephone: 650.847.4150 | Robin L. McGrath (GA SBN 493115) |
| Facsimile: 650.847.4151 | Admitted *Pro Hac Vice* |
| | rlmcgrath@duanemorris.com |
| **DUANE MORRIS LLP** | David C. Dotson (GA SBN 138040) |
| Joseph A. Powers (PA SBN 84590) | Admitted *Pro Hac Vice* |
| Admitted *Pro Hac Vice* | dcdotson@duanemorris.com |
| japowers@duanemorris.com | John R. Gibson (GA SBN 454507) |
| Jarrad M. Gunther (PA SBN 207038) | Admitted *Pro Hac Vice* |
| Admitted *Pro Hac Vice* | jrgibson@duanemorris.com |
| jmgunther@duanemorris.com | Jennifer H. Forte (GA SBN 940650) |
| 30 South 17th Street | Admitted *Pro Hac Vice* |
| Philadelphia, PA  19103 | jhforte@duanemorris.com |
| Telephone: 215.979.1000 | 1075 Peachtree NE, Suite 2000 |
| Facsimile: 215.979.1020 | Atlanta, GA 30309 |
| | Telephone: 404.253.6900 |
| Attorneys for Defendant | Facsimile: 404.253.6901 |
| SONICWALL INC. | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN, LLC, a Delaware Limited Liability Company,<br><br>                    Plaintiff,<br><br>       v.<br><br>SONICWALL INC., a Delaware Corporation,<br><br>                    Defendant. | Case No.: 5:17-cv-04467-BLF-VKD<br><br>**DEFENDANT SONICWALL INC.'S IDENTIFICATION OF REMAINING ISSUES IN ITS PENDING MOTION TO STRIKE** |

SonicWall hereby files this response to the Court's March 8, 2021 Order (ECF 386). SonicWall specifies the following two remaining issues in its Motion to Strike (ECF 300) that still require resolution:

1. <u>Finjan's infringement contentions associated with the '408 Patent detailed in **Section III.B**. of the Motion to Strike</u>.  SonicWall agrees with the Court's review that these issues remain alive.

2. <u>Finjan's infringement contentions associated with the '780 Patent detailed in **Section III.C**. of SonicWall's Motion to Strike</u>.  The Court's Order on SonicWall's Motion for Partial Summary Judgment (ECF 381) eliminated all of Finjan's infringement theories for the '780 Patent involving SonicWall's Gateways. However, Finjan's expert report also includes infringement allegations for the '780 Patent accusing (i) Capture ATP alone and (ii) Capture ATP in combination with SonicWall's Email Security ("ES") products.  Both of these allegations are at issue in Section III.C of the Motion to Strike (concerning Capture ATP allegedly extracting files from compressed or archive files).  SonicWall believes that the resolution of the issues identified in Section III.C of the Motion to Strike should lead to the elimination of all remaining infringement theories concerning the '780 Patent, but SonicWall would confer with Finjan on the status of the '780 Patent in the event the Court were to grant this portion of the Motion to Strike.

Dated:  March 11, 2021

Respectfully Submitted,

*/s/ Nicole E. Grigg*
Nicole E. Grigg (formerly Johnson)
Email: NEGrigg@duanemorris.com
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA  94304-1194

Matthew C. Gaudet (*Pro Hac Vice*)
Email: mcgaudet@duanemorris.com
John R. Gibson (*Pro Hac Vice*)
Email: jrgibson@duanemorris.com
Robin L. McGrath (*Pro Hac Vice*)
Email: rlmcgrath@duanemorris.com
David C. Dotson (*Pro Hac Vice*)
Email: dcdotson@duanemorris.com
Jennifer H. Forte (*Pro Hac Vice*)
Email: jhforte@duanemorris.com

1

DEFENDANT SONICWALL, INC.'S IDENTIFICATION OF REMAINING ISSUES IN ITS PENDING MOTION TO STRIKE
CASE NO. 5:17-CV-04467-BLF-VKD

1  
2  1075 Peachtree Street, Ste. 2000  
   Atlanta, GA  30309  
3  
   Joseph A. Powers (*Pro Hac Vice*)  
4  Email: japowers@duanemorris.com  
   Jarrad M. Gunther (*Pro Hac Vice*)  
5  Email: jmgunther@duanemorris.com  
   30 South 17th Street  
   Philadelphia, PA  19103  
6  
   *Attorneys for Defendant*  
7  SONICWALL INC.  

8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28