# EXHIBIT B

| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934)<br>brooks@fr.com<br>Roger A. Denning (CA SBN 228998)<br>denning@fr.com<br>Jason W. Wolff (CA SBN 215819)<br>wolff@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real, Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 678-5070 / Fax: (858) 678-5099<br><br>*Additional attorneys on signature page*<br><br>Attorneys for Plaintiff<br>FINJAN LLC | D. Stuart Bartow (CA SBN 233107)<br>dsbartow@duanemorris.com<br>Nicole E. Grigg (CA SBN 307733)<br>negrigg@duanemorris.com<br>DUANE MORRIS LLP<br>2475 Hanover Street<br>Palo Alto, CA  94304-1194<br>Telephone: 650.847.4146<br>Facsimile: 650.847.4151<br><br>*Additional attorneys on signature page*<br><br>Attorneys for Defendant<br>SONICWALL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 5:17-cv-04467-BLF (VKD)<br><br>**[PROPOSED] JURY QUESTIONNAIRE** |

Name: _____

Juror No.: _____

| | |
|---|---|
| FINJAN LLC, a Delaware Corporation,<br><br>                 Plaintiff,<br><br>    v.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>                 Defendant. | Case No.: 5:17-cv-04467-BLF (VKD)<br><br>**JURY QUESTIONNAIRE** |

**To Prospective Juror:**

Please read the instructions on this page carefully and complete the following questionnaire to assist the Court and counsel in selecting a jury to serve in the case of *Finjan LLC v. SonicWall, Inc.* Please print your answers clearly in blue or black ink. Do not leave any questions unanswered. Your answers are confidential and will only be seen by the Judge, attorneys, and their assistants for this case. Your answers will not be shared with any other members of the jury panel. Complete written answers will save the Court, parties, and prospective jurors a great deal of time. If a question asks you to "explain," then please describe the circumstances or other details pertaining to your answer. You may not have enough room after the question to provide the best answer, but you may continue the answer in the margins. <u>Please do not write on the back of the paper.</u> Complete and detailed answers may avoid further follow-up questions later in the process.

It is very important that answers be yours and yours alone. You must fill out this questionnaire by yourself and without consulting any other person. Please do not discuss the questions or your answers with anyone.

Remember that there are no "right" or "wrong" answers, only honest answers. You must sign this questionnaire, and your answers will have the same effect as a statement made under oath to the Court. Thank you for your time and effort in completing this questionnaire.

**CONFIDENTIAL**                                                                                                      **JURY QUESTIONNAIRE**

**CONFIDENTIALITY:** *The information you provide in your answers to this questionnaire will be held confidential and will be used only during jury selection in this case.*

**Name:** _____  **Age:** _____**(1) Juror #:** _____  **Sex: M\_\_ F\_\_**

| 1. List current address:<br><br>How long have you lived at that address?<br><br>Do you own or rent? | 2. List highest grade completed in school:<br><br>If you attended college, list the school(s) and degrees: | 3. What is your current job status:<br><br>Full time \_\_\_\_<br>Part time \_\_\_\_<br>Retired \_\_\_\_<br>Homemaker \_\_\_\_<br>Unemployed \_\_\_\_<br>Disabled \_\_\_\_<br>Full time student \_\_\_ |
|---|---|---|
| 4. List your current employer, job title and start date at that job: (If retired or unemployed, list last employer, job title and the date you left.) | 5. What are/were your responsibilities in the job listed in answer 4? | 6. Have you or anyone close to you ever worked at a job where you or they were involved in the acquisition of a company? |
| 7. What is the job status of any other adults living in your household?<br><br>Full time \_\_\_\_<br>Part time \_\_\_\_<br>Retired \_\_\_\_<br>Homemaker \_\_\_\_<br>Unemployed \_\_\_\_<br>Disabled \_\_\_\_<br>Full time student \_\_\_\_ | 8. List the current employer and job title of those other adults in your household: (If retired or unemployed, list the last employer and job title.) ||

| | | |
|---|---|---|
| 9. Have you or anyone close to you ever been an officer, director, or member of a corporation, partnership, or limited liability company?<br>  YES   NO<br><br>If you answered YES, please explain: | 10. Have you or anyone close to you ever owned a business?<br><br>  YES   NO<br><br>If you answered YES, please explain: | 11. Have you or anyone close to you ever worked for or had business dealings with the following companies?<br><br>SonicWall, Inc.<br>  YES   NO<br><br>Finjan LLC<br>  YES   NO |
| 12. Have you ever owned stock in the following companies (excluding mutual funds)?<br><br>SonicWall, Inc.<br>  YES   NO<br><br>Finjan, Inc.<br>  YES   NO | 13. If you own or regularly use any SonicWall products or Finjan products, please list them below: | 14. Have you or anyone close to you been the victim of cybercrime or identity theft?<br>  YES   NO<br><br>If you answered YES, please explain: |
| 15. Using the scale below, please circle how tech savvy you consider yourself:<br><br>Not at all                        Very<br>1  2  3  4  5  6  7  8  9  10 | 16. Using the scale below, please circle the extent of your training or experience in each of the following areas:<br><br>Low   Computer Science   High<br>1  2  3  4  5  6  7  8  9  10<br><br>Low       Business       High<br>1  2  3  4  5  6  7  8  9  10<br><br>Low         Law          High<br>1  2  3  4  5  6  7  8  9  10<br><br>Low        Patents       High<br>1  2  3  4  5  6  7  8  9  10 | 17. If you circled 6 or higher for any area in question 16, please explain: |

| 18. Have you or anyone close to you ever worked at a job that involved developing or designing computer software?  YES   NO  If you answered YES, please explain: | 19. Have you or anyone close to you ever applied for a patent with the U.S. Patent and Trademark Office?  YES   NO  If you answered YES, please explain: | 20. Using the scale below, what are your impressions of the patent system and the U.S. Patent and Trademark Office?  Negative                    Positive  1  2  3  4  5  6  7  8  9  10 |
|---|---|---|
| 21. Have you or anyone close to you ever been involved in a dispute regarding a patent or invention?  YES   NO  If you answered YES, please explain: | 22. Have you ever served as a juror?  YES   NO  If you answered YES, what kind of case?  CIVIL   CRIMINAL  Were you the foreperson?  YES   NO  Did you reach a verdict?  YES   NO | 23. Have you or anyone close to you ever been a plaintiff or defendant in a legal proceeding?  YES   NO  If you answered YES, please explain: |

| 24. Using the scale below, what are your impressions about lawsuits and the parties who bring them?<br><br>Negative                                              Positive<br>1  2  3  4  5  6  7  8  9  10<br><br>Please explain: | 25. Using the scale below, how easy or difficult do you believe it is for individuals or small businesses to protect their interests when they conflict with larger corporations?<br><br>Easy                                              Difficult<br>1  2  3  4  5  6  7  8  9  10<br><br>Please explain: | 26. Have you or anyone close to you ever worked at a job where you or they were involved in the development or marketing of new products?<br><br>YES     NO |
|---|---|---|
| 27. Is there anything else you feel the Court and the parties should know about you and your ability to be a fair and impartial juror? | | |

28. Please circle the name(s) of any of the following individuals whom you know, and provide a brief explanation of how you know them:

| | | | |
|---|---|---|---|
| Juanita Brooks | Roger Denning | Jason W. Wolff | John-Paul Fryckman |
| Kelly Nicole Williams | Proshanto Mukherji | Robert Courtney | Tracea Rice |
| Matthew C. Gaudet | David C. Dotson | Robin L. McGrath | John R. Gibson |
| Jennifer H. Forte | Alice E. Snedeker | Joseph A. Powers | Jarrad M. Gunther |
| Nicole E. Grigg | Dr. Kevin Almeroth | Dmitriy Ayrapetov | Dr. Stephen Becker |
| Yuval Ben-Itzhak | Graham Carter | Senthil Cheetancheri | Brook Chelmo |
| Daniel Chinn | Ravi Chopra | Eric Cole | Evan Daar |
| Alex Dubrovsky | John Garland | John Gmuender | Michael Goodrich |
| John Gordineer | Sylvia Hall-Ellis | Philip Hartstein | Eric Hawkes |
| Michael Kim | Michael King | David Kroll | Julie Mar-Spinola |
| Dr. Patrick McDaniel | DeForest McDuff | Nenad Medvidovic | Shlomo Touboul |
| Matt Neiderman | Alessandro Orso | Dr. Avi Rubin | Aaron Striegel |
| Michael Mitzenmacher | Shunhui Zhu | Lawrence Jarvis | |

Please explain how you know the individual(s) you circled above:

Prospective Juror Signature: _____   Date: _____