**DUANE MORRIS LLP**
D. Stuart Bartow (CA SBN 233107)
Email: DSBartow@duanemorris.com
Nicole E. Johnson (CA SBN 307733)
negrigg@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

**DUANE MORRIS LLP**
Joseph A. Powers (PA SBN 84590)
Admitted *Pro Hac Vice*
japowers@duanemorris.com
Jarrad M. Gunther (PA SBN 207038)
Admitted *Pro Hac Vice*
jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

**DUANE MORRIS LLP**
Matthew C. Gaudet (GA SBN 287759)
Admitted *Pro Hac Vice*
mcgaudet@duanemorris.com
John R. Gibson (GA SBN 454507)
Admitted *Pro Hac Vice*
jrgibson@duanemorris.com
Robin L. McGrath (GA SBN 493115)
Admitted *Pro Hac Vice*
rlmcgrath@duanemorris.com
David C. Dotson (GA SBN 138040)
Admitted *Pro Hac Vice*
dcdotson@duanemorris.com
Jennifer H. Forte (GA SBN 940650)
Admitted *Pro Hac Vice*
jhforte@duanemorris.com
1075 Peachtree Street, Ste. 2000
Atlanta, GA  30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

*Attorneys for Defendant*
SONICWALL INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>SONICWALL INC., a Delaware Corporation<br><br>Defendant. | Case No.: 5:17-cv-04467-BLF-VKD<br><br>**DECLARATION OF JARRAD M. GUNTHER IN SUPPORT OF DEFENDANT SONICWALL INC.'S OPPOSITION TO FINJAN'S MOTIONS IN LIMINE NOS. 1-5** |

I, Jarrad M. Gunther, declare as follows:

1. I am an attorney at the law firm of Duane Morris LLP and am counsel for Defendant SonicWall Inc. ("SonicWall"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath. I submit this Declaration in support of SonicWall's Opposition to Finjan's Motions in Limine Nos. 1-5. In making this Declaration, it is not my intention, nor the intention of SonicWall, to waive the attorney-client privilege, the attorney work-product immunity, or any other applicable privilege.

2. Attached as **Exhibit 35** is a true and correct copy of the August 18, 2020 Transcript of Proceedings by Zoom Webinar.

3. Attached as **Exhibit 36** is a true and correct copy of the August 15, 2018 Defendant SonicWall Inc.'s Responsive Damages Contentions Pursuant to Patent L.R. 3-9.

4. Attached as **Exhibit 37** is a true and correct copy of excerpts from the September 4, 2020 Expert Report of DeForest McDuff, Ph.D.

5. Attached as **Exhibit 38** is a true and correct copy of excerpts from the October 9, 2020 Expert Report of Stephen L. Becker, Ph.D. on Behalf of Defendant.

6. Attached as **Exhibit 39** is a true and correct copy of excerpts from the October 28, 2020 Errata to Expert Report of Stephen L. Becker, Ph.D. on Behalf of Defendant, SLB-1A and SLB-1B.

7. Attached as **Exhibit 40** is a true and correct copy of excerpts from the August 6, 2019 Deposition Transcript of Shlomo Touboul, in the case styled, *Finjan, Inc. v. Cisco Sys., Inc.*, Case No. 17-cv-72-BLF (N.D. Cal.)

8. Attached as **Exhibit 41** is a true and correct copy of excerpts from the transcript of the November 2, 2020 deposition of DeForest McDuff, Ph.D.

9. Attached as **Exhibit 42** is a true and correct copy of excerpts from the September 4, 2020 Expert Report of Dr. Avi Rubin Regarding Invalidity of U.S. Patent No. 8,225,408, U.S. Patent No. 7,975,305, U.S. Patent No. 7,613,926, and U.S. Patent No. 6,965,968.

1

GUNTHER DECLARATION IN SUPPORT OF SONICWALL'S OPPOSITION TO FINJAN'S MOTION IN LIMINE NOS. 1-5
CASE NO.: 5:17-CV-04467-BLF-VKD

10. Attached as **Exhibit 43** is a true and correct copy of excerpts from the September 4, 2020 Expert Report of Dr. Kevin Almeroth on Invalidity of U.S. Patent Nos. 6,154,844 and 8,141,154.

11. Attached as **Exhibit 44** is a true and correct copy of excerpts from the September 4, 2020 Expert Report of Patrick McDaniel Regarding the Invalidity of the '494 and '780 Patents.

12. Attached as **Exhibit 45** is a true and correct copy of excerpts from the July 20, 2020 Plaintiff Finjan, Inc.'s Objections and Responses to Defendant SonicWall, Inc.'s Third Set of Interrogatories (Nos. 11-25).

13. Attached as **Exhibit 46** is a true and correct copy of the August 1, 2005 Email from Asher Polani regarding Termination Letters, marked as Polani Depo Ex. 13.

14. Attached as **Exhibit 47** is a true and correct copy of the October 8, 2005 Email from Asher Polani regarding Finjan Transition Status – Snap Shot (October 8th 2005), marked as Polani Depo Ex. 14.

15. Attached as **Exhibit 48** is a true and correct copy of the January 1, 2012 Consulting Agreement entered into between FI Delaware, Inc. and Shlomo Touboul, marked as Touboul Deposition Ex. 31.

16. Attached as **Exhibit 49** is a true and correct copy of the April 11, 2006 Email from Asher Polani regarding Yahoo! Finance Story – Aladdin Granted Important U.S. Patent for Proactive Protection Against Spyware and Viruses, marked as Polani Deposition Ex. 4.

17. Attached as **Exhibit 50** is a true and correct copy of excerpts from the August 5, 2019 Deposition Transcript of Asher Polani, in the case styled, *Finjan, Inc. v. Cisco Sys., Inc.*, Case No. 17-cv-72-BLF (N.D. Cal.).

18. Attached as **Exhibit 51** is a true and correct copy of the Frequently Asked Questions for Sales, marked as Polani Deposition Ex. 7.

19. Attached as **Exhibit 52** is a true and correct copy of excerpts from the January 8, 2018 Trial Transcript, in the case styled, *Finjan, Inc. v. Blue Coat Systems, Inc.*, Case No. CV-15-03295-BLF (N.D. Cal.).

1    20.     Attached as **Exhibit 53** is a true and correct copy of excerpts from the October 31,
2  2017 Trial Transcript, in the case styled, *Finjan, Inc. v. Blue Coat Systems, Inc*., Case No. CV-15-
3  03295-BLF (N.D. Cal.).
4    21.     Attached as **Exhibit 54** is a true and correct copy of excerpts from the February 25,
5  2019 Deposition of Philip Hartstein, in the case styled, *Finjan, Inc. v. Cisco Sys., Inc*., Case No. 17-
6  cv-72-BLF (N.D. Cal.).
7       Executed on March 11, 2021, in Haverford, Pennsylvania.

*/s/ Jarrad M. Gunther*
Jarrad M. Gunther

**ATTESTATION**

In accordance with Civil Local Rules 5-1(i)(3), I attest that concurrence in the filing on this document has been obtained from any other signatory to this document.

Dated:  March 11, 2021

Respectfully Submitted,

*/s/ Nicole E. Grigg*
Nicole E. Grigg (formerly Johnson)
Email: NEGrigg@duanemorris.com
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA  94304-1194

Matthew C. Gaudet (*Pro Hac Vice*)
Email: mcgaudet@duanemorris.com
John R. Gibson (*Pro Hac Vice*)
Email: jrgibson@duanemorris.com
Robin L. McGrath (*Pro Hac Vice*)
Email: rlmcgrath@duanemorris.com
David C. Dotson (*Pro Hac Vice*)
Email: dcdotson@duanemorris.com
Jennifer H. Forte (*Pro Hac Vice*)
Email: jhforte@duanemorris.com
1075 Peachtree Street, Ste. 2000
Atlanta, GA  30309

Joseph A. Powers (*Pro Hac Vice*)
Email: japowers@duanemorris.com
Jarrad M. Gunther (*Pro Hac Vice*)
Email: jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103

*Attorneys for Defendant*
SONICWALL INC.

GUNTHER DECLARATION IN SUPPORT OF SONICWALL'S OPPOSITION TO FINJAN'S MOTION IN LIMINE NOS. 1-5
CASE NO.: 5:17-CV-04467-BLF-VKD