# EXHIBIT 52

25

```
 1                 UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN JOSE DIVISION

 3   FINJAN, INC., A DELAWARE
     CORPORATION,
 4                                   CASE NO. CV-15-03295-BLF
              PLAINTIFF,
 5                                   SAN JOSE, CALIFORNIA
       VS.
 6                                   JANUARY 8, 2018
     BLUE COAT SYSTEMS, INC.,
 7                                   VOLUME 2
              DEFENDANT.
 8                                   PAGES 25 - 283
                                     SEALED PAGES 251-253,
 9                                   265-267

10
                      TRANSCRIPT OF TRIAL
11           BEFORE THE HONORABLE BETH LABSON FREEMAN
            UNITED STATES DISTRICT JUDGE AND A JURY
12
                        A-P-P-E-A-R-A-N-C-E-S
13
     FOR THE PLAINTIFF:   KRAMER, LEVIN, NAFTALIS & FRANKEL,
14                        LLP
                     BY:  PAUL J. ANDRE
15                        LISA KOBIALKA
                          JAMES HANNAH
16                        KRISTOPHER KASTENS
                          HANNAH LEE
17                        990 MARSH ROAD
                          MENLO PARK, CALIFORNIA 94025
18
     FOR THE DEFENDANT:   DURIE TANGRI LLP
19                   BY:  DARALYN J. DURIE
                          STEPHEN ELKIND
20                        217 LEIDESDORFF STREET
                          SAN FRANCISCO, CALIFORNIA 94111
21
22          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

23   OFFICIAL COURT REPORTERS:   IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                 CERTIFICATE NUMBER 8074
24                               LEE-ANNE SHORTRIDGE, CSR, CRR
                                 CERTIFICATE NUMBER 9595
25     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
     TRANSCRIPT PRODUCED WITH COMPUTER.

                     UNITED STATES COURT REPORTERS
```

27

```
 1
 2                    INDEX OF PROCEEDINGS
 3   OPENING STATEMENT BY MR. ANDRE          P. 135
 4   OPENING STATEMENT BY MS. DURIE          P. 159
 5                    INDEX OF WITNESSES
 6   FOR THE PLAINTIFF:
 7   DAVID KROLL
     DIRECT EXAM BY MR. HANNAH               P. 182
 8   CROSS-EXAM BY MR. SABRI                 P. 188
 9   HARRY BIMS
     DIRECT EXAM BY MR. ANDRE                P. 194
10   CROSS-EXAM BY MS. SHANBERG              P. 211
     REDIRECT EXAM BY MR. ANDRE              P. 216
11
12   SHLOMO TOUBOUL
     VIDEOTAPED DEPOSITION                   P. 217
13
14   PHILIP HARTSTEIN
     DIRECT EXAM BY MS. KOBIALKA             P. 219
15   CROSS-EXAM BY MS. DURIE                 P. 268
16
17
18
19
20
21
22
23
24
25
                     UNITED STATES COURT REPORTERS
```

26

```
 1   A P P E A R A N C E S: (CONT'D)
 2   FOR THE DEFENDANT:   MORRISON & FOERSTER
                     BY: STEFANI SHANBERG
 3                        NATHAN SABRI
                          ROBIN BREWER
 4                        EUGENE MARDER
                          MADELEINE E. GREENE
 5                        MICHAEL GUO
                          ALEX N. HADDUCK
 6                        425 MARKET STREET
                          SAN FRANCISCO, CALIFORNIA
 7                        94105

 8
 9   ALSO PRESENT:        SYMANTEC
                     BY: DAVID MAJORS
10                        CARRIE FLYNN

11                        FINJAN
                     BY:  JULIE MAR-SPINOLA
12                        PHILIP HARTSTEIN

13                        MORRISON & FOERSTER
                     BY:  ANTONIO RAMOS, PARALEGAL
14                        425 MARKET STREET
                          SAN FRANCISCO, CALIFORNIA
15                        94105

16                        THOMAS & THOMAS
                     BY:  GEOFFREY S. THOMAS
17                        1321 JONES STREET
                          OMAHA NEBRASKA 68102
18
                          RLM
19                   BY:  JASON YOUNG

20
21
22
23
24
25
                     UNITED STATES COURT REPORTERS
```

28

```
 1                     INDEX OF EXHIBITS
 2
                                    IDENT.    EVIDENCE
 3   PLAINTIFF'S:
     1284                                       217
 4   1245                                       218
     771                                        225
 5   963                                        230
     967                                        231
 6
 7
 8   DEFENDANT'S:
 9
10
11   JOINT:
12   2006                                       185
13
14
15
16
17
18
19
20
21
22
23
24
25
                     UNITED STATES COURT REPORTERS
```

FINJAN-CISCO 294604

### 241

```
03:38PM  1   COURTROOM IN FRONT OF A JURY AND THE JURY IN THAT CASE DECIDED
03:38PM  2   AND DETERMINED THAT BLUE COAT WAS INFRINGING FIVE OF FINJAN'S
03:39PM  3   PATENTS, AND THERE WERE THUS DAMAGES BASED ON THE ACCUSED
03:39PM  4   PRODUCTS IN THAT CASE.
03:39PM  5   Q.   AND WAS ONE OF THE PATENTS IN THAT CASE ALSO IN THIS CASE?
03:39PM  6   A.   YES, ONE PATENT WAS IN THAT CASE, AND ONE PATENT IS NEW IN
03:39PM  7   THIS CASE.
03:39PM  8   Q.   OKAY.  SO IS THE PATENT THAT WAS IN COMMON IN THAT FIRST
03:39PM  9   CASE AND IN THIS CASE, IS THAT THE '844 PATENT?
03:39PM 10   A.   IT IS, YES.
03:39PM 11   Q.   AND DO YOU RECALL WHAT THE PRODUCT WAS THAT WAS AT ISSUE
03:39PM 12   THERE?
03:39PM 13   A.   YES.  THE ACCUSED INFRINGING PRODUCT IN THAT FIRST CASE
03:39PM 14   WAS A TECHNOLOGY CALLED WEBPULSE.
03:39PM 15   Q.   AND WHY DID FINJAN HAVE TO FILE THIS LAWSUIT?  WHAT
03:39PM 16   HAPPENED?
03:39PM 17   A.   SO BLUE COAT CONTINUED LAUNCHING AND DEVELOPING AND
03:39PM 18   PUSHING INTO THE MARKET NEW TECHNOLOGIES, NEW PRODUCTS, AND THE
03:39PM 19   REALITY IS THAT WE HAD REACHED A POINT IN THE FIRST CASE THAT
03:39PM 20   WENT TO TRIAL WHERE WE JUST COULDN'T KEEP PUTTING OUR CLAIMS
03:40PM 21   INTO THAT, AND SO WE WERE LEFT WITH AN OPTION TO WALK AWAY FROM
03:40PM 22   THOSE CLAIMS OR TO PRESERVE OUR RIGHTS BY FILING A NEW LAWSUIT
03:40PM 23   BECAUSE THE ISSUES IN THIS CASE ARE DIFFERENT FROM THOSE THAT
03:40PM 24   WERE IN THE FIRST CASE.
03:40PM 25   Q.   AND WERE YOU SURPRISED YOU NEEDED TO FILE A SECOND
```

### 242

```
03:40PM  1   LAWSUIT?
03:40PM  2   A.   I'M -- I WOULD ALWAYS PREFER A PATH TO LICENSING AND, YES,
03:40PM  3   I AM ALWAYS SURPRISED AT HOW MUCH ACTUAL LITIGATION IS
03:40PM  4   INVOLVED, YES.
03:40PM  5   Q.   BUT IN THE INSTANCE WITH BLUE COAT, KIND OF GIVEN ALL THAT
03:40PM  6   HAD HAPPENED, WERE YOU SURPRISED THAT YOU HAD TO GO THROUGH AND
03:40PM  7   FILE A NEW LAWSUIT ON THE NEW TECHNOLOGIES?
03:40PM  8   A.   YEAH.  IN SOME INSTANCES -- FOR EXAMPLE, WE HAD ANOTHER
03:40PM  9   COMPANY WHERE WE ALSO REACHED A JURY DECISION, AND IN THAT CASE
03:40PM 10   THE COMPANY EXPRESSED AN INTEREST TO TAKE A LICENSE TO THE
03:40PM 11   PORTFOLIO AFTER THE JURY HAD DECIDED, AND IN THAT INSTANCE BOTH
03:41PM 12   PARTIES CAME TOGETHER RATHER QUICKLY, AND WE WERE ABLE ALSO NOT
03:41PM 13   ONLY TO AGREE TO A TERM, BUT A PRICE.
03:41PM 14        AND IN THAT CASE FINJAN ACTUALLY RECEIVED MORE THAN WE DID
03:41PM 15   IN THE JURY'S AWARD.  SO WE RECEIVED SOME PREMIUM TO THE
03:41PM 16   DOLLARS, BUT WE WERE ALSO ABLE TO ACHIEVE A CROSS-LICENSE FOR
03:41PM 17   OUR COMPANY'S PATENTS AS WELL.
03:41PM 18   Q.   WELL, LET'S TALK ABOUT FINJAN'S LICENSING.  WE HAVE A
03:41PM 19   SLIDE HERE THAT KIND OF GOES OVER IT.  SO WE TALKED ABOUT YOU
03:41PM 20   LICENSE TECHNOLOGY AND INTELLECTUAL PROPERTY.
03:41PM 21        BUT CAN YOU NAME SOME OF FINJAN'S LICENSEES AND PARTNERS
03:41PM 22   THAT YOU'VE HAD OVER THE YEARS?
03:41PM 23   A.   SURE.  SO TODAY THERE ARE I BELIEVE JUST UNDER 20
03:41PM 24   LICENSEES TO THE FINJAN PATENT PORTFOLIO.  STARTING FROM THE
03:41PM 25   LEFT, THE FIRST ONE THE COMPANY HAD WAS A LICENSE AGREEMENT,
```

### 243

```
03:41PM  1   EXCUSE ME, WITH MICROSOFT.  I DON'T THINK I NEED TO EXPLAIN WHO
03:41PM  2   THEY ARE.
03:41PM  3        AND THEN MOVING TO THE RIGHT -- I'LL SKIP SOME OF THE ONES
03:42PM  4   THAT ARE IN THE DARKER BLUE, BUT YOU CAN SEE M86 THERE AND YOU
03:42PM  5   CAN SEE TRUSTWAVE.  AS YOU RECALL, TRUSTWAVE ENDED UP ACQUIRING
03:42PM  6   M86, BUT THOSE ARE TWO SEPARATE LICENSES.
03:42PM  7        WEBROOT, INTEL, WEBSENSE.
03:42PM  8        AND THEN MOVING REALLY INTO THE 2015 TIMEFRAME, COMPANIES
03:42PM  9   LIKE F-SECURITY, AVAST, F5 NETWORKS, VERACODE, GOING THROUGH
03:42PM 10   THE LIST, AVIRA, FIREEYE.
03:42PM 11        THERE ARE ALSO COMPANIES ON THERE THAT ARE CONFIDENTIAL SO
03:42PM 12   WE'RE NOT ABLE TO SHARE THEIR NAMES WITH YOU, BUT BEING A
03:42PM 13   PUBLIC COMPANY WE ENDEAVOR TO THE BEST OF OUR ABILITIES TO BE
03:42PM 14   ABLE TO SHARE THAT INFORMATION WITH YOU, BUT WE COULDN'T IN
03:42PM 15   THESE TWO CASES.
03:42PM 16   Q.   SO ARE ALL OF THOSE COMPANIES IN THE CYBER SECURITY SPACE
03:42PM 17   THAT YOU HAD LICENSES TO?
03:42PM 18   A.   YES, THEY'RE ALL IN THE CYBER SECURITY SPACE.
03:42PM 19   Q.   ==AND AT A HIGH LEVEL, COULD YOU JUST DESCRIBE WHAT WERE THE==
03:42PM 20   ==COMPONENTS OF THAT MICROSOFT LICENSE BACK IN 2005?==
03:42PM 21   A.   ==SO 2005, YOU KNOW, I WOULD ARGUE THAT FINJAN WAS STILL==
03:43PM 22   ==VERY MUCH A STARTUP, AND SO BEING ABLE TO STRIKE A LICENSE==
03:43PM 23   ==AGREEMENT WITH MICROSOFT, WHO WAS JUST ENTERING THE SECURITIES==
03:43PM 24   ==SPACE BUT WAS WILLING TO RECOGNIZE THE IMPORTANCE OF FINJAN'S==
03:43PM 25   ==TECHNOLOGY, WAS REALLY TRANSFORMATIONAL FOR OUR BUSINESS.==
```

### 244

```
03:43PM  1   ==THERE WERE SEVERAL COMPONENTS TO THAT AGREEMENT.  THEY==
03:43PM  2   ==PAID AN 8 OR $9 LICENSING FEE AND THEY MADE A $2 MILLION EQUITY==
03:43PM  3   ==INVESTMENT IN THE COMPANY.==
03:43PM  4        ==AND WHILE ALL OF THE CASH WAS GREAT TO THE BUSINESS, IT==
03:43PM  5   ==WAS MORE TO THE DISTRIBUTION AND THE MARKETING THAT THE==
03:43PM  6   ==COMPANIES HAD THAT WAS ABLE TO BRING AWARENESS TO WHAT FINJAN==
03:43PM  7   ==WAS DOING AS A SMALL COMPANY.==
03:43PM  8        ==AND TO ILLUSTRATE THAT, ONE OF THE BIGGEST SECURITIES==
03:43PM  9   ==CONFERENCES THAT IS STILL AROUND TODAY IS CALLED RSA, AND IT==
03:43PM 10   ==HAPPENS IN SAN FRANCISCO EVERY YEAR AND WE ACTUALLY SET UP==
03:43PM 11   ==INSIDE MICROSOFT'S BOOTH.==
03:43PM 12        ==SO WITH AN AWARENESS IN THE INDUSTRY AND A VISIBILITY FOR==
03:44PM 13   ==THE COMPANY, I WOULD SAY THOSE TWO ASPECTS ARE VERY IMPORTANT==
03:44PM 14   ==TO THE BUSINESS.==
03:44PM 15   Q.   SO I BELIEVE WE ALREADY TALKED ABOUT THE 25 PERCENT EQUITY
03:44PM 16   OWNERSHIP FROM M86 FROM THAT 2009 TIMEFRAME.
03:44PM 17        TURNING TO TRUSTWAVE, WAS THERE SOME VALUE THAT WAS
03:44PM 18   ASSOCIATED WITH THAT LICENSE AGREEMENT?
03:44PM 19   A.   YEAH.  SO ALL OF OUR LICENSING AGREEMENTS HAVE WHAT I
03:44PM 20   WOULD REFER TO AS PRICING PROTECTIONS IN THEM, AND A PRICING
03:44PM 21   PROTECTION, FOR EXAMPLE, MIGHT BE A TRIGGERING EVENT.
03:44PM 22        IN THIS CASE WHEN TRUSTWAVE ACQUIRED M86, THAT WOULD HAVE
03:44PM 23   TRIGGERED A PROVISION THAT EXISTED IN THAT LICENSING AGREEMENT
03:44PM 24   AT THE TIME.
03:44PM 25   Q.   AND WHAT WAS THAT WORTH WHEN TRUSTWAVE ACQUIRED M86 IN
```

FINJAN-CISCO 294658