# EXHIBIT 53

151

```
 1                  UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION
 3
    FINJAN, INC., A DELAWARE
 4  CORPORATION,
                                 CASE NO.  CV-15-03295-BLF
 5        PLAINTIFF,
                                 SAN JOSE, CALIFORNIA
 6     VS.
                                 OCTOBER 31, 2017
 7  BLUE COAT SYSTEMS, INC.,
                                 VOLUME 2
 8        DEFENDANT.
                                 PAGES 151 - 406
 9                               SEALED PAGES 385-386
10
                    TRANSCRIPT OF TRIAL
11         BEFORE THE HONORABLE BETH LABSON FREEMAN
         UNITED STATES DISTRICT JUDGE AND A JURY
12
               A-P-P-E-A-R-A-N-C-E-S
13
    FOR THE PLAINTIFF:   KRAMER, LEVIN, NAFTALIS & FRANKEL,
14                       LLP
                    BY:  PAUL J. ANDRE
15                       LISA KOBIALKA
                         JAMES HANNAH
16                       KRISTOPHER KASTENS
                         HANNAH LEE
17                       990 MARSH ROAD
                         MENLO PARK, CALIFORNIA 94025
18
    FOR THE DEFENDANT:   QUINN, EMANUEL, URQUHART & SULLIVAN
19                       LLP
                    BY:  DAVID A. NELSON
20                       NATHAN HAMSTRA
                         500 W. MADISON STREET, SUITE 2450
21                       CHICAGO, ILLINOIS 60661
22
       (APPEARANCES CONTINUED ON THE NEXT PAGE.)
23
    OFFICIAL COURT REPORTERS:  IRENE L. RODRIGUEZ, CSR, RMR, CRR
24                             CERTIFICATE NUMBER 8074
                               LEE-ANNE SHORTRIDGE, CSR, CRR
25                             CERTIFICATE NUMBER 9595
         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
    TRANSCRIPT PRODUCED WITH COMPUTER.


               UNITED STATES COURT REPORTERS
```

152

```
 1  A P P E A R A N C E S: (CONT')
 2  FOR THE DEFENDANT:    MORRISON & FOERSTER
                    BY:  STEFANI SHANBERG
 3                       NATHAN SABRI
                         ROBIN BREWER
 4                       EUGENE MARDER
                         425 MARKET STREET
 5                       SAN FRANCISCO, CALIFORNIA
                         94105
 6

 7
    ALSO PRESENT:         SYMANTEC
 8                   BY:  DAVID MAJORS

 9
                         MORRISON & FOERSTER
10                  BY:  ANTONIO RAMOS
                         PARALEGAL
11                       425 MARKET STREET
                         SAN FRANCISCO, CALIFORNIA
12                       94105

13                       GEOFFREY S. THOMAS

14                       JASON YOUNG

15

16
17
18
19
20
21
22
23
24
25
               UNITED STATES COURT REPORTERS
```

153

```
 1                   INDEX OF PROCEEDINGS
 2
 3
    PLAINTIFF'S OPENING STATEMENT        P. 267
 4
    DEFENDANT'S OPENING STATEMENT        P. 290
 5
    FOR THE PLAINTIFF'S:
 6
    HARRY BIMS
 7  DIRECT EXAM BY MR. ANDRE             P. 319
    CROSS-EXAM BY MR. GUO                P. 336
 8
 9  PHILIP HARTSTEIN
    DIRECT EXAM BY MS. KOBIALKA          P. 339
10  CROSS-EXAM BY MS. SHANBERG           P. 394
11
12
13                   INDEX OF EXHIBITS
14
15
16                        IDENT.      EVIDENCE
17  PLAINTIFF'S:
18  963                     347
    978                     348
19  989                     354
20
    DEFENDANT'S:
21
22
23  JOINT:
24  3076                               375
25
               UNITED STATES COURT REPORTERS
```

154

```
 1  SAN JOSE, CALIFORNIA            OCTOBER 31, 2017
 2              P R O C E E D I N G S
08:30AM  3     (JURY OUT AT 8:30 A.M.)
08:30AM  4         THE CLERK:  CALLING CASE 15-3295, FINJAN VERSUS
08:30AM  5  BLUE COAT SYSTEMS.
08:30AM  6         THE COURT:  ALL RIGHT.  GOOD MORNING EVERYONE.  WE
08:30AM  7  ARE OUTSIDE OF THE PRESENCE OF THE JURY AND WE'RE GOING TO
08:30AM  8  HANDLE SOME MOTIONS THIS MORNING TO TRY TO CLEAR THE WAY FOR AN
08:30AM  9  EASY PRESENTATION.
08:30AM 10         MR. ANDRE.
08:30AM 11         MR. ANDRE:  YOUR HONOR, WE HAVE A COUPLE OF ISSUES.
08:30AM 12  THE FIRST IS REGARDING ONE OF THE JURORS.
08:30AM 13         THE COURT:  OKAY.
08:30AM 14         MR. ANDRE:  WE MET AND CONFERRED TO TRY TO GET
08:31AM 15  JURORS OUT FOR CAUSE AND THERE'S JUROR NUMBER 3, ANGELO MARCHI,
08:31AM 16  AND ON HIS QUESTIONNAIRE HE WROTE SOME PRETTY HIGHLY
08:31AM 17  INFLAMMATORY ANSWERS.
08:31AM 18     I'M CONCERNED THAT QUESTIONING OF THIS WITNESS WILL, OR
08:31AM 19  HAS POTENTIAL TAINTING OF THE JURORS.  IN PARTICULAR, QUESTION
08:31AM 20  NUMBER 30.
08:31AM 21         THE COURT:  YES.  LET ME PULL HIS QUESTIONNAIRE.
08:31AM 22  I'M SORRY.  I'M A LITTLE BIT BEHIND.  QUESTION 30?
08:31AM 23         MR. ANDRE:  YES, ON PAGE 10.
08:31AM 24         THE COURT:  OKAY.
08:31AM 25         MR. ANDRE:  HE ASKED ABOUT HAVING STRONG OPINIONS
               UNITED STATES COURT REPORTERS
```

FINJAN-CISCO 264803

371

```
04:06PM  1   POTENTIAL LICENSEE THE SAME?
04:06PM  2   A.   NO, THEY'RE NOT THE SAME.
04:07PM  3   Q.   OKAY.  SO WHAT ARE THE VARIABLES THAT YOU ENCOUNTER?
04:07PM  4   A.   SOMETIMES YOU GET VERY LITTLE INFORMATION ON REVENUES;
04:07PM  5   SOMETIMES YOU GET VERY PRECISE INFORMATION ON REVENUES.
04:07PM  6       WE HAVE COMPANIES THAT SOMETIMES VERY EARLY IN THE PROCESS
04:07PM  7   WILL DEMONSTRATE THAT NOT ONLY DO THEY DESIRE TO MOVE QUICKLY
04:07PM  8   IN THE LICENSE, BUT THEY WANT US TO BE FULLY AWARE OF THE
04:07PM  9   REVENUES THAT THEY HAVE IN EACH CATEGORY.  SO, FOR EXAMPLE,
04:07PM 10   THEY WOULD PROVIDE A SPREADSHEET.
04:07PM 11       SO IN THOSE INSTANCES THE NEGOTIATION VERY QUICKLY BECOMES
04:07PM 12   ABOUT WHAT ARE WE APPLYING THOSE RATES TO.
04:07PM 13       SO SOME MOVE QUICKLY.  SOME TAKE MUCH LONGER.  AND SOME,
04:07PM 14   UNFORTUNATELY, END UP IN COURTROOMS.
04:07PM 15   Q.   SO LET'S -- WE HAVE A SLIDE HERE, FINJAN LICENSEES,
04:07PM 16   PARTNERS, AND VERDICTS, AND I'D LIKE TO TALK ABOUT THE
04:08PM 17   LICENSES.
04:08PM 18       SO OVER THE YEARS WHO HAS BEEN LICENSED?
04:08PM 19   A.   WE HAVE LICENSED OUR TECHNOLOGIES FOR USE.  WE HAVE
04:08PM 20   LICENSED OUR PATENTS.  I THINK THOSE WOULD BE THE TWO THINGS
04:08PM 21   THAT WE HAVE LICENSED.
04:08PM 22   Q.   AND WHO HAVE YOU LICENSED -- WHO ARE YOUR PARTNERS?
04:08PM 23   A.   SO WE HAVE I THINK 15 OR 16 LICENSEES.  SOME OF THOSE ARE
04:08PM 24   JUST LICENSING AGREEMENTS; SOME OF THOSE ARE BROADER
04:08PM 25   RELATIONSHIPS WHERE WE HAVE TECHNOLOGY THAT MAYBE WE
```

UNITED STATES COURT REPORTERS

372

```
04:08PM  1   INCORPORATE FROM THOSE PARTNERS INTO OUR PRODUCTS; AND
04:08PM  2   SOMETIMES THERE ARE SORT OF MORE SUBTLE COMPONENTS THAT WE SORT
04:08PM  3   OF INTERACT WITH OUR PARTNERS ON.  SOMETIMES THEY'RE VERY
04:08PM  4   DETAILED.
04:08PM  5       BUT MOST OF THEM, IF NOT ACTUALLY I THINK ALL OF THEM, ARE
04:08PM  6   ALL WITHIN THE CYBER SECURITY INDUSTRY.
04:09PM  7   Q.   AND DO ALL OF THE LICENSES THAT WE'RE GOING TO WALK
04:09PM  8   THROUGH, DO THEY INVOLVE EITHER PATENTS THAT ARE AT ISSUE IN
04:09PM  9   THIS CASE OR PATENTS THAT ARE RELATED?
04:09PM 10   A.   YES.
04:09PM 11       SO WHAT WAS THE FIRST COMPANY THAT FINJAN LICENSED ITS
04:09PM 12   PATENTS TO?
04:09PM 13   A.   IN 2005 FINJAN SIGNED A LICENSE AGREEMENT WITH MICROSOFT.
04:09PM 14   Q.   AND CAN YOU TELL US THE CIRCUMSTANCES OF THAT AGREEMENT?
04:09PM 15   A.   MICROSOFT, OBVIOUSLY A VERY BIG COMPANY, WAS NEW IN
04:09PM 16   ENTERING THE SECURITIES SPACE, AND SO THE ABILITY OF A COMPANY
04:09PM 17   LIKE FINJAN TO HAVE ITS FIRST LICENSEE BE MICROSOFT WAS REALLY
04:09PM 18   IMPORTANT.  IT WAS REALLY AN IMPORTANT AGREEMENT WITH THE
04:09PM 19   COMPANY AT THE TIME.
04:09PM 20   Q.   AND WHAT WERE THE GENERAL COMPONENTS OF THAT?
04:09PM 21   A.   SO THERE WERE A COUPLE COMPONENTS OF VALUE.  THE FIRST
04:10PM 22   IS THAT THEY PAID A LICENSING FEE TO FINJAN.  THEY ALSO MADE AN
04:10PM 23   EQUITY INVESTMENT IN FINJAN.
04:10PM 24       AND THERE WERE OTHER COMPONENTS THAT WE RECEIVED AS PART
04:10PM 25   OF THAT PARTNERSHIP AND LICENSE THAT INCLUDED A DISTRIBUTION
```

UNITED STATES COURT REPORTERS

373

```
04:10PM  1   PARTNERSHIP THAT WE HAVE WITH MICROSOFT.  AS WELL AS MARKETING
04:10PM  2   SUPPORT.
04:10PM  3       AND SO, YOU KNOW, CERTAINLY WHILE THE CASH INFUSION WAS
04:10PM  4   IMPORTANT TO THE COMPANY, I THINK FOR A SMALL COMPANY LIKE
04:10PM  5   FINJAN AT THE TIME, THE ABILITY TO HAVE THE INDUSTRY RECOGNIZE
04:10PM  6   FINJAN'S TECHNOLOGY WAS REALLY TRANSFORMATIVE.
04:10PM  7       IN FACT, WE WERE INVITED TO SET UP WITHIN MICROSOFT'S
04:10PM  8   BOOTH AT THE BIGGEST SECURITY CONFERENCE EVEN STILL TO THIS
04:10PM  9   DAY, WHICH IS CALLED RSA, AND IT HAPPENS HERE EVERY YEAR IN
04:10PM 10   SAN FRANCISCO.
04:10PM 11   Q.   AND THEN ON THE TIMELINE WE ALSO HAVE M86 SECURITY, AND
04:10PM 12   TRUSTWAVE.  COULD YOU TALK A LITTLE BIT ABOUT THOSE LICENSES?
04:10PM 13   A.   RIGHT.  SO THAT WAS THE NEXT LICENSE FOR FINJAN WHICH WAS
04:10PM 14   M86.  WE TALKED A LITTLE BIT ABOUT THAT.
04:10PM 15       SO IN THAT ARRANGEMENT NOT ONLY DID FINJAN GET 25 PERCENT
04:10PM 16   EQUITY IN WHAT WAS M86, BUT THAT PARTNERSHIP CONTINUED WELL
04:10PM 17   INTO THE RELATIONSHIP WITH TRUSTWAVE.
04:10PM 18   Q.   AND WAS THAT ABOUT THE 2009 TIMEFRAME?
04:10PM 19   A.   YES, IT WAS.
04:11PM 20   Q.   OKAY.  AND WAS THAT AN IMPORTANT RELATIONSHIP TO FINJAN?
04:11PM 21   A.   WELL, CERTAINLY WE HAD A VESTED INTEREST.  IT WASN'T JUST
04:11PM 22   PURELY A LICENSE AGREEMENT.
04:11PM 23       IF YOU CAN IMAGINE, YOU KNOW, WE HAD SOLD A LOT OF THESE
04:11PM 24   BOXES AND THEY REQUIRE UPDATES.  AND SO EVEN AFTER WE
04:11PM 25   TRANSFERRED A LOT OF THE OPERATIONS TO M86 AND THEY WERE LATER
```

UNITED STATES COURT REPORTERS

374

```
04:11PM  1   TRANSFERRED TO TRUSTWAVE, WE CONTINUED TO MANAGE THE
04:12PM  2   INFRASTRUCTURE THAT WOULD PUSH ALL OF THE UPDATES DIRECTLY TO
04:12PM  3   THOSE BOXES SO THE THINGS THAT WOULD MAKE THEM CURRENT AND KEEP
04:12PM  4   THEM PATCHED AND AVAILABLE AND, YOU KNOW, SORT OF OBVIOUS ABOUT
04:12PM  5   THE RELATIONSHIP THAT WE HAD WAS IMPORTANT.
04:12PM  6   Q.   DID THAT PARTNERSHIP RELATIONSHIP CARRY FORWARD TO
04:12PM  7   TRUSTWAVE?
04:12PM  8   A.   IT DID, YES.
04:12PM  9   Q.   AND SO WHEN WAS THE TRUSTWAVE LICENSE AGREEMENT?
04:12PM 10   A.   THAT WAS IN 2012.
04:12PM 11   Q.   AND COULD YOU JUST TALK A LITTLE BIT ABOUT THAT AGREEMENT?
04:12PM 12   A.   SURE.  TRUSTWAVE ACQUIRED M86, I THINK I INDICATED
04:12PM 13   EARLIER, FOR SEVERAL HUNDRED MILLION DOLLARS.  AND WHEN I
04:12PM 14   MENTIONED PRICE PROTECTIONS EARLIER, THIS WAS ONE OF THE
04:12PM 15   EXAMPLES WHERE IT CAME INTO PLAY.
04:12PM 16       SO THE LICENSE THAT WE HAD GRANTED TO M86 IN THIS INSTANCE
04:12PM 17   ACTUALLY DID NOT CARRY TO TRUSTWAVE.  SO BEING THAT WE WERE
04:12PM 18   PARTNERS, WE WERE ABLE TO SIT DOWN AROUND THE TABLE AND HAVE A
04:13PM 19   CONVERSATION, AND WE AGREED ON A LICENSE EXTENSION SPECIFICALLY
04:13PM 20   TO TRUSTWAVE.
04:13PM 21   MS. KOBIALKA:  YOUR HONOR, AT THIS TIME I WOULD LIKE
04:13PM 22   TO PUBLISH AND MOVE THE JOINT EXHIBIT 3076.
04:13PM 23       THE COURT:  NO OBJECTION?
04:13PM 24       MS. SHANBERG:  NO OBJECTION, YOUR HONOR.
04:13PM 25       THE COURT:  ALL RIGHT.  JOINT EXHIBIT 3076 WILL BE
```

UNITED STATES COURT REPORTERS

FINJAN-CISCO 264858