UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>SONICWALL, INC.,<br><br>            Defendant. | Case No. 17-cv-04467-BLF<br><br>**ORDER DIRECTING PARTIES TO SUBMIT STIPULATED PROPOSED REDACTIONS ON OR BEFORE MARCH 22, 2021** |

On March 12, 2021, the Court issued and conditionally sealed its Order on SonicWall's Motion to Strike. *See* ECF 413. The Order references materials that were filed under seal in this case. To give the parties an opportunity to request redactions to the Order, the Court directs the parties to submit a stipulated request for redactions (or indicate that no redactions are requested) **on or before March 22, 2021**.

**IT IS SO ORDERED.**

Dated: March 15, 2021

_____
BETH LABSON FREEMAN
United States District Judge