| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934)<br>brooks@fr.com<br>Roger A. Denning (CA SBN 228998)<br>denning@fr.com<br>Jason W. Wolff (CA SBN 215819)<br>wolff@fr.com<br>John-Paul Fryckman (CA 317591)<br>fryckman@fr.com<br>K. Nicole Williams (CA291900)<br>nwilliams@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Ste. 400<br>San Diego, CA 92130<br>Phone: (858) 678-5070 / Fax: (858) 678-5099 | D. Stuart Bartow (SBN 233107)<br>DSBartow@duanemorris.com<br>Nicole E. Grigg (SBN 307733)<br>NEGrigg@duanemorris.com<br>DUANE MORRIS LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304-1194<br>Phone: (650) 847-4150 / Fax: (650) 847-4151 |
| *Additional counsel listed on signature page* | *Additional counsel listed on signature page* |
| Attorneys for Plaintiff<br>FINJAN LLC | Attorneys for Defendant<br>SONICWALL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FINJAN LLC., a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:17-cv-04467-BLF (VKD)<br><br>**JOINT SUBMISSION ON DAMAGES COMPUTATION**<br><br>Date: March 18, 2021<br>Time: 1:30 PM<br>Hon. Beth Labson Freeman<br>Ctrm: 3, 5th Floor |

On Monday, March 22, Finjan served SonicWall with updated damages computations for the remaining combinations to be asserted at trial.  Those computations are below, next to the figures that SonicWall provided during the pre-trial conference.

|  | **Finjan** | **SonicWall** |
|---|---|---|
| **Gateway + Capture ATP ('844)** | $282,523 | ~$66,000 |
| **Email Security + Capture ATP ('780)** | $137,584 | ~$241,000 |

Although SonicWall and Finjan disagree as to whether Finjan's calculation for either combination is appropriate or based on a methodology disclosed in Dr. McDuff's report, SonicWall recognizes that the numbers provided by Finjan are collectively in the "ballpark" of the numbers SonicWall suggested at the hearing (3/18/21 Tr., at 86), and that the specific dispute on this issue presented in SonicWall's Motion *in Limine* No. 2 is therefore moot.

Respectfully submitted,

Dated:  March 25, 2021              */s/ Robert Courtney*
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
John-Paul Fryckman (CA 317591)
fryckman@fr.com
K. Nicole Williams (CA 291900)
nwilliams@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Phone: (858) 678-5070 / Fax: (858) 678-5099

Proshanto Mukherji (*Pro Hac Vice*)
mukherji@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Phone: (617) 542-5070/ Fax: (617) 542-5906

Robert Courtney (CA SNB 248392)
courtney@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza

|  |  |
|---|---|
| 1 | 60 South Sixth Street |
| 2 | Minneapolis, MN 55402 |
|   | Phone: (612) 335-5070 / Fax: (612) 288-9696 |
| 3 | Attorneys for Plaintiff |
|   | FINJAN LLC |

Respectfully submitted,

Dated:  March 25, 2021         */s/ John R. Gibson*
                                             Nicole E. Grigg (formerly Johnson)
Email: NEGrigg@duanemorris.com
DUANE MORRIS LLP
2475 Hanover Street
Palo Alto, CA 94304-1194

Matthew C. Gaudet (*Pro Hae Vice*)
Email: mcgaudet@duanemorris.com
John R. Gibson (*Pro Hae Vice*)
Email: jrgibson@duanemorris.com
Robin L. McGrath (*Pro Hae Vice*)
Email: rlmcgrath@duanemorris.com
David C. Dotson (*Pro Hae Vice*)
Email: dcdotson@duanemorris.com
Jennifer H. Forte (*Pro Hae Vice*)
Email: jhforte@duanemorris.com
1075 Peachtree Street, Ste. 2000
Atlanta, GA 30309

Joseph A. Powers (*Pro Hae Vice*)
Email: japowers@duanemorris.com
Jarrad M. Gunther (*Pro Hae Vice*)
Email: jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA 19103

Attorneys for Defendant
SONICWALL INC.

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                 /s/ Robert Courtney
                                 Robert Courtney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 25, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

/s/ Robert Courtney
Robert Courtney
courtney@fr.com