**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>SONICWALL, INC.,<br><br>            Defendant. | Case No.  17-cv-04467-BLF<br><br>**ORDER VACATING TRIAL DATES** |

The Court VACATES the currently set trial dates. The Court will re-set trial upon the parties' confirmation of available dates.

**IT IS SO ORDERED.**

Dated: March 30, 2021

_____
BETH LABSON FREEMAN
United States District Judge