| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934) | D. Stuart Bartow (SBN 233107) |
| brooks@fr.com | Email: DSBartow@duanemorris.com |
| Roger A. Denning (CA SBN 228998) | Nicole E. Grigg (SBN 307733) |
| denning@fr.com | Email: NEGrigg@duanemorris.com |
| Jason W. Wolff (CA SBN 215819) | DUANE MORRIS LLP |
| wolff@fr.com | 2475 Hanover Street |
| John-Paul Fryckman (CA SBN 317591) | Palo Alto, CA 94304-1194 |
| fryckman@fr.com | Tel.: 650.847.4150 |
| K. Nicole Williams (CA291900) | Fax: 650.847.4151 |
| nwilliams@fr.com | |
| FISH & RICHARDSON P.C. | *Additional counsel listed on signature page* |
| 12860 El Camino Real, Suite 400 | |
| San Diego, CA 92130 | **Attorneys for Defendant** |
| Phone: (858) 678-5070 | SONICWALL, INC. |
| Fax: (858) 678-5099 | |

*Additional counsel listed on signature page*

**Attorneys for Plaintiff**
FINJAN LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC, a Delaware Corporation, | Case No.: 5:17-cv-04467-BLF (VKD) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER VACATING PRETRIAL DEADLINES** |
| v. | |
| SONICWALL, INC., a Delaware Corporation, | Judge: Hon. Beth Labson Freeman |
| Defendant. | Dept: Courtroom 3, Fifth Floor |

1  WHEREAS, the trial in the above-captioned matter was scheduled to commence on May 3, 2021;

2  WHEREAS, Judge Freeman vacated same trial date in her Order of March 30, 2021 at Dkt. 459;

3  WHEREAS, the Parties believe that all pretrial deadlines should be vacated in light of Judge Freeman's March 30th Order;

4  WHEREAS, the Parties will meet and confer regarding pretrial deadlines when the Court reschedules the new trial date.

NOW, THEREFORE, the parties respectfully request that the Court issue an order vacating all pretrial deadlines and remove all pretrial deadlines from the calendar.

The Parties submit a corresponding order reflecting this joint stipulation for the Court's consideration.

Dated:  March 31, 2021

By: /s/ *Proshanto Mukherji*
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
John-Paul Fryckman (CA SBN 317591)
fryckman@fr.com
K. Nicole Williams (CA291900)
nwilliams@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Proshanto Mukherji (*Pro Hac Vice*)
mukherji@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070

Robert Courtney (CA SNB 248392)
courtney@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

*Attorneys for Plaintiff*
FINJAN LLC

By: /s/ *Nicole E. Grigg*
D. Stuart Bartow (SBN 233107)
Email: DSBartow@duanemorris.com
Nicole E. Grigg (SBN 307733)
Email: NEGrigg@duanemorris.com
DUANE MORRIS LLP
2475 Hanover Street
Palo Alto, CA 94304-1194
Tel.: 650.847.4150
Fax: 650.847.4151

Matthew C. Gaudet (Admitted *Pro Hac Vice*)
mcgaudet@duanemorris.com
David C. Dotson (Admitted *Pro Hac Vice*)
dcdotson@duanemorris.com
Robin McGrath
rlmcgrath@duanemorris.com
Jennifer H. Forte (Admitted *Pro Hac Vice*)
jhforte@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309-3929
Telephone: 404.253.6900

Joseph A. Powers (Admitted *Pro Hac Vice*)
Email: japowers@duanemorris.com
Jarrad M. Gunther (Admitted *Pro Hac Vice*)
Email: jmgunther@duanemorris.com
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1000

*Attorneys for Defendant*
SONICWALL, INC.

**CONCURRENCE IN FILING**

I, Nicole E. Grigg, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Nicole E. Grigg*

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that all pretrial deadlines are vacated and removed from the Court's calendar.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        Judge Beth Labson Freeman
                                        UNITED STATES DISTRICT COURT JUDGE