| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934) <br> brooks@fr.com <br> Roger A. Denning (CA SBN 228998) <br> denning@fr.com <br> Jason W. Wolff (CA SBN 215819) <br> wolff@fr.com <br> John-Paul Fryckman (CA SBN 317591) <br> fryckman@fr.com <br> K. Nicole Williams (CA291900) <br> nwilliams@fr.com <br> FISH & RICHARDSON P.C. <br> 12860 El Camino Real, Suite 400 <br> San Diego, CA 92130 <br> Phone: (858) 678-5070 <br> Fax:  (858) 678-5099 | D. Stuart Bartow (SBN 233107) <br> Email: DSBartow@duanemorris.com <br> Nicole E. Grigg (SBN 307733) <br> Email: NEGrigg@duanemorris.com <br> DUANE MORRIS LLP <br> 2475 Hanover Street <br> Palo Alto, CA 94304-1194 <br> Tel.: 650.847.4150 <br> Fax: 650.847.4151 <br><br> *Additional counsel listed on signature page* <br><br> **Attorneys for Defendant** <br> SONICWALL, INC. |

*Additional counsel listed on signature page*

**Attorneys for Plaintiff**
FINJAN LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN LLC, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SONICWALL, INC., a Delaware Corporation, <br><br> Defendant. | Case No.:  5:17-cv-04467-BLF (VKD) <br><br> **STIPULATION AND [PROPOSED] ORDER VACATING PRETRIAL DEADLINES** <br><br> Judge: Hon. Beth Labson Freeman <br> Dept: Courtroom 3, Fifth Floor |

1   WHEREAS, the trial in the above-captioned matter was scheduled to commence on May 3, 2021;

2   WHEREAS, Judge Freeman vacated same trial date in her Order of March 30, 2021 at Dkt. 459;

3   WHEREAS, the Parties believe that all pretrial deadlines should be vacated in light of Judge Freeman's March 30th Order;

4   WHEREAS, the Parties will meet and confer regarding pretrial deadlines when the Court reschedules the new trial date.

5   NOW, THEREFORE, the parties respectfully request that the Court issue an order vacating all pretrial deadlines and remove all pretrial deadlines from the calendar.

6   The Parties submit a corresponding order reflecting this joint stipulation for the Court's consideration.

| | | |
|---|---|---|
| 1 | Dated: March 31, 2021 | |
| 2 | By: /s/ *Proshanto Mukherji* | By: /s/ *Nicole E. Grigg* |
| | Juanita R. Brooks (CA SBN 75934) | D. Stuart Bartow (SBN 233107) |
| 3 | brooks@fr.com | Email: DSBartow@duanemorris.com |
| | Roger A. Denning (CA SBN 228998) | Nicole E. Grigg (SBN 307733) |
| 4 | denning@fr.com | Email: NEGrigg@duanemorris.com |
| | Jason W. Wolff (CA SBN 215819) | DUANE MORRIS LLP |
| 5 | wolff@fr.com | 2475 Hanover Street |
| | John-Paul Fryckman (CA SBN 317591) | Palo Alto, CA 94304-1194 |
| 6 | fryckman@fr.com | Tel.: 650.847.4150 |
| | K. Nicole Williams (CA291900) | Fax: 650.847.4151 |
| 7 | nwilliams@fr.com | |
| | FISH & RICHARDSON P.C. | Matthew C. Gaudet (Admitted *Pro Hac Vice*) |
| 8 | 12860 El Camino Real, Suite 400 | mcgaudet@duanemorris.com |
| | San Diego, CA 92130 | David C. Dotson (Admitted *Pro Hac Vice*) |
| 9 | Telephone: (858) 678-5070 | dcdotson@duanemorris.com |
| | Facsimile: (858) 678-5099 | Robin McGrath |
| 10 | | rlmcgrath@duanemorris.com |
| | Proshanto Mukherji (*Pro Hac Vice*) | Jennifer H. Forte (Admitted *Pro Hac Vice*) |
| 11 | mukherji@fr.com | jhforte@duanemorris.com |
| | FISH & RICHARDSON P.C. | Alice E. Snedeker |
| 12 | One Marina Park Drive | aesnedeker@duanemorris.com |
| | Boston, MA 02210 | DUANE MORRIS LLP |
| 13 | Telephone: (617) 542-5070 | 1075 Peachtree NE, Suite 2000 |
| | | Atlanta, GA 30309-3929 |
| 14 | Robert Courtney (CA SNB 248392) | Telephone: 404.253.6900 |
| | courtney@fr.com | |
| 15 | FISH & RICHARDSON P.C. | Joseph A. Powers (Admitted *Pro Hac Vice*) |
| | 3200 RBC Plaza | Email: japowers@duanemorris.com |
| 16 | 60 South Sixth Street | Jarrad M. Gunther (Admitted *Pro Hac Vice*) |
| | Minneapolis, MN 55402 | Email: jmgunther@duanemorris.com |
| 17 | Telephone: (612) 335-5070 | DUANE MORRIS LLP |
| | | 30 South 17th Street |
| 18 | *Attorneys for Plaintiff* | Philadelphia, PA 19103 |
| | FINJAN LLC | Telephone: 215.979.1000 |
| 19 | | *Attorneys for Defendant* |
| | | SONICWALL, INC. |

**CONCURRENCE IN FILING**

I, Nicole E. Grigg, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ Nicole E. Grigg

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that all pretrial deadlines are vacated and removed from the Court's calendar.

**IT IS SO ORDERED.**

Dated: April 1, 2021

_____
Judge Beth Labson Freeman
UNITED STATES DISTRICT COURT JUDGE