**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN LLC,<br><br>       Plaintiff,<br><br>     v.<br><br>SONICWALL, INC.,<br><br>       Defendant. | Case No.  17-cv-04467-BLF<br><br>**ORDER SETTING TRIAL DATES** |

The Court SETS trial for February 28, 2022 at 9am. The jury instruction conference is set for February 25, 2022 at 9am.

**IT IS SO ORDERED.**

Dated: April 9, 2021

_____
BETH LABSON FREEMAN
United States District Judge