# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 5:17-cv-04467-BLF (VKD)<br><br>**[PROPOSED] ORDER RE: SUBMISSION OF BRIEFS RELATING TO COLLATERAL ESTOPPEL ISSUES FOR THE '844, '780, AND '494 PATENTS**<br><br>Judge: Hon. Beth Labson Freeman<br>Dept: Courtroom 3, Fifth Floor |

IT IS HEREBY ORDERED that:

The following motion and briefs filed in the matter of *Finjan, LLC v. Cisco Systems, Inc.*, No. 5:17-cv-00072-BLF-SVK (N.D. Cal.) ("Cisco Action"), and attached as Ex. A – C to the Parties' stipulation, shall be deemed filed in this case:

- Cisco's Motion for Judgment of Invalidity of the '844, '780, and '494 Patents Based on Collateral Estoppel (Cisco Action Dkt. No. 759),
- Finjan's Opposition to Cisco's Motion for Judgment of Invalidity of the '844, '780, and '494 Patents Based on Collateral Estoppel (Cisco Action Dkt. No. 762),
- Cisco's Reply in Support of its Motion for Judgment of Invalidity of the '844, '780, and '494 Patents Based on Collateral Estoppel (Cisco Action Dkt. No. 764).

IT IS FURTHER ORDERED that:

Cisco's motion and reply brief (Cisco Action Dkt. Nos. 759 and 764) and the relief requested therein shall be deemed filed by SonicWall in this case and Finjan's opposition (Cisco Action Dkt. No. 762) shall be deemed filed by Finjan in this case

With the aforementioned motion and briefs so deemed filed in this case, said motion is ripe for resolution by the Court in this case.

**IT IS SO ORDERED.**

Dated: _____

_____
Judge Beth Labson Freeman
UNITED STATES DISTRICT COURT JUDGE