| | | |
|---|---|---|
| 1 | Juanita R. Brooks (CA SBN 75934) | Nicole E. Grigg (CA SBN 233107) |
| | *brooks@fr.com* | NEGrigg@duanemorris.com |
| 2 | Roger A. Denning (CA SBN 228998) | DUANE MORRIS LLP |
| | *denning@fr.com* | 2475 Hanover Street |
| 3 | Jason W. Wolff (CA SBN 215819) | Palo Alto, CA 94304-1194 |
| | *wolff@fr.com* | Telephone: (650) 847 4150 |
| 4 | John-Paul Fryckman (CA 317591) | Facsimile:  (650) 847 4151 |
| | *fryckman@fr.com* | |
| 5 | K. Nicole Williams (CA 291900) | Matthew C. Gaudet (Admitted *Pro Hac Vice*) |
| | *nwilliams@fr.com* | mcgaudet@duanemorris.com |
| 6 | FISH & RICHARDSON P.C. | John R. Gibson (Admitted *Pro Hac Vice*) |
| | 12860 El Camino Real, Ste. 400 | *jrgibson@duanemorris.com* |
| 7 | San Diego, CA 92130 | Robin L. McGrath (Admitted *Pro Hac Vice*) |
| | Telephone: (858) 678-5070 | *rlmcgrath@duanemorris.com* |
| 8 | Facsimile:  (858) 678-5099 | David C. Dotson (Admitted *Pro Hac Vice*) |
| | | *dcdotson@duanemorris.com* |
| 9 | Proshanto Mukherji (Admitted *Pro Hac Vice*) | Jennifer H. Forte (Admitted *Pro Hac Vice*) |
| | *mukherji@fr.com* | *jhforte@duanemorris.com* |
| 10 | FISH & RICHARDSON P.C. | DUANE MORRIS LLP |
| | One Marina Park Drive | 1075 Peachtree Street, Ste. 1700 |
| 11 | Boston, MA 02210 | Atlanta, GA 30309 |
| | Telephone: (617) 542-5070 | Telephone: (404) 253 6900 |
| 12 | Facsimile:  (617) 542-5906 | Facsimile:  (404) 253 6901 |
| 13 | Robert Courtney (CA SNB 248392) | Joseph A. Powers (Admitted *Pro Hac Vice*) |
| | *courtney@fr.com* | *japowers@duanemorris.com* |
| 14 | FISH & RICHARDSON P.C. | Jarrad M. Gunther (Admitted *Pro Hac Vice*) |
| | 3200 RBC Plaza | *jmgunther@duanemorris.com* |
| 15 | 60 South Sixth Street | DUANE MORRIS LLP |
| | Minneapolis, MN 55402 | 30 South 17th Street |
| 16 | Telephone: (612) 335-5070 | Philadelphia, PA 19103 |
| | Facsimile:  (612) 288-9696 | |
| 17 | | Telephone: (215) 979 1000 |
| | Attorneys for Plaintiff | Facsimile:  (215) 979 1020 |
| 18 | FINJAN LLC | |
| | | Attorneys for Defendant |
| 19 | | SONICWALL INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | | |
|---|---|---|
| 23 | FINJAN LLC., a Delaware Limited Liability Company, | Case No. 5:17-cv-04467-BLF-VKD |
| 24 | | **JOINT SETTLEMENT SCHEDULING** |
| 25 | Plaintiff, | **UPDATE PER D.I. 464** |
| 26 | v. | |
| 27 | SONICWALL, INC., a Delaware Corporation, | |
| 28 | Defendant. | |

JOINT SETTLEMENT SCHEDULING UPDATE PER D.I. 464
Case No. 5:17-cv-04467-BLF-VKD

Pursuant to the Court's instruction (D.I. 464), the parties respectfully submit the following update concerning the settlement status of this case:

The parties have exchanged revisions to a stipulation that would finalize all unresolved claims in the litigation so that an appeal may be taken. An agreed stipulation is expected in days, and at such time the parties will submit it the Court so that final judgment may be entered.

Dated: August 31, 2021                              FISH & RICHARDSON P.C.


                                                    By:  */s/ Jason W. Wolff*
                                                         Jason W. Wolff (CA SBN 215819)
                                                         *wolff@fr.com*
                                                    Attorney for Plaintiff
                                                    FINJAN LLC

Dated: August 31, 2021                              DUANE MORRIS LLP


                                                    By: */s/ Robin L. McGrath*
                                                        Robin L. McGrath (Admitted *Pro Hac Vice*)
                                                        *rlmcgrath@duanemorris.com*
                                                    Attorney for Defendant
                                                    SONICWALL INC.

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Sonicwall.

Dated: August 31, 2021                              FISH & RICHARDSON P.C.


                                                    By:  */s/ Jason W. Wolff*
                                                         Jason W. Wolff (CA SBN 215819)
                                                         *wolff@fr.com*
                                                    Attorney for Plaintiff
                                                    FINJAN LLC