# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>SONICWALL, INC.,<br><br>   Defendant. | Case No. 17-cv-04467-BLF<br><br>**JUDGMENT** |

Pursuant to the Court's claim construction order (ECF No. 132); the Court's order granting in part and denying in part Defendant's motion for partial summary judgment (ECF No. 381); the Court's order granting motion for judgment of invalidity based on collateral estoppel (ECF No. 479); and the Parties' stipulation (ECF No. 483),

IT IS ORDERED AND ADJUDGED that judgment on all claims be entered in favor of Defendant SonicWall, Inc. and against Plaintiff Finjan LLC. Each party SHALL bear its own attorney fees and case expenses except such costs that are recoverable by SonicWall as the prevailing party.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 8, 2021

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge