| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934)<br>brooks@fr.com<br>Roger A. Denning (CA SBN 228998)<br>denning@fr.com<br>Jason W. Wolff (CA SBN 215819)<br>wolff@fr.com<br>John-Paul Fryckman (CA 317591)<br>fryckman@fr.com<br>K. Nicole Williams (CA 291900)<br>nwilliams@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Ste. 400<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile:  (858) 678-5099<br><br>Robert Courtney (CA SNB 248392)<br>courtney@fr.com<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile:  (612) 288-9696<br><br>Attorneys for Plaintiff<br>FINJAN LLC | Matthew C. Gaudet (Admitted *Pro Hac Vice*)<br>mcgaudet@duanemorris.com<br>John R. Gibson (Admitted *Pro Hac Vice*)<br>jrgibson@duanemorris.com<br>Robin L. McGrath (Admitted *Pro Hac Vice*)<br>rlmcgrath@duanemorris.com<br>David C. Dotson (Admitted *Pro Hac Vice*)<br>dcdotson@duanemorris.com<br>Jennifer H. Forte (Admitted *Pro Hac Vice*)<br>jhforte@duanemorris.com<br>DUANE MORRIS LLP<br>1075 Peachtree Street, Ste. 1700<br>Atlanta, GA 30309<br>Telephone: (404) 253 6900<br>Facsimile:  (404) 253 6901<br><br>Joseph A. Powers (Admitted *Pro Hac Vice*)<br>japowers@duanemorris.com<br>Jarrad M. Gunther (Admitted *Pro Hac Vice*)<br>jmgunther@duanemorris.com<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103<br><br>Telephone: (215) 979 1000<br>Facsimile:  (215) 979 1020<br><br>Attorneys for Defendant<br>SONICWALL INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FINJAN LLC., a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:17-cv-04467-BLF-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR FINJAN'S OBJECTIONS TO SONICWALL'S BILL OF COSTS** |

Pursuant to Local Rules 6-1(b), 6-2, and 54-2(b), the parties have met and conferred regarding the Bill of Costs filed by SonicWall, Inc., on September 22, 2021.  ECF No. 486.  Finjan LLC's objections are due on October 6, 2021.  With this stipulation, the parties propose enlarging the time for Finjan LLC's objections to the Bill of Costs by one week, to October 13, 2021.

The reasons for the enlargement of time follow.  The parties are attempting to reach an agreement and stipulation regarding the Bill of Costs, which would reduce or eliminate the burden on the Court and parties in resolving such costs.  A one week enlargement of time to respond would permit the parties additional time to try to find a compromise on the Bill of Costs pending Finjan's appeals.

Final judgment was ordered on September 8, 2021 and the case was closed.  This is the first request for an enlargement of time since the case was closed.

This enlargement of time would have no impact on the schedule for this case since it is closed, there are no other items on the schedule, and the case is now subject to two appeals.  All that remains is resolving the Bill of Costs filed by SonicWall, Inc.

IT IS HEREBY STIPULATED pursuant to Civil Local Rule 6-2 by and among the parties, and the parties do jointly request that the Court enter an order enlarging the time for Finjan LLC's objections to the bill of costs by one week, to October 13, 2021.

Dated:  September 28, 2021              FISH & RICHARDSON P.C.

                                        By:  */s/ Jason W. Wolff*
                                             Jason W. Wolff (CA SBN 215819)
                                             wolff@fr.com
                                        Attorney for Plaintiff
                                        FINJAN LLC

Dated:  September 28, 2021              DUANE MORRIS LLP

                                        By:  */s/ Jennifer H. Forte*
                                             Jennifer H. Forte (Admitted *Pro Hac Vice*)
                                             jhforte@duanemorris.com
                                        Attorney for Defendant
                                        SONICWALL INC.

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Sonicwall.

Dated:  September 28, 2021              FISH & RICHARDSON P.C.

                                        By:  */s/ Jason W. Wolff*
                                             Jason W. Wolff (CA SBN 215819)
                                             wolff@fr.com
                                        Attorney for Plaintiff
                                        FINJAN LLC

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED this _____ day of _____, 2021.

                                                    _____
                                                    The Honorable Beth Labson Freeman
                                                    UNITED STATES DISTRICT JUDGE