Juanita R. Brooks (CA SBN 75934); *brooks@fr.com*
Roger A. Denning (CA SBN 228998); *denning@fr.com*
Jason W. Wolff (CA SBN 215819); *wolff@fr.com*
John-Paul Fryckman (CA SBN 317591); *fryckman@fr.com*
K. Nicole Williams (CA SBN 291900); *nwilliams@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Robert Courtney (CA SBN 248392); *courtney@fr.com*
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile:  (612) 288-9696

Attorneys for Plaintiff
FINJAN LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:17-cv-04467-BLF-VKD<br><br>**FINJAN LLC'S RESPONSE AND OBJECTIONS TO SONICWALL'S BILL OF COSTS** |

Finjan LLC ("Finjan") submits this response and objections to SonicWall, Inc.'s ("SonicWall") Bill of Costs (ECF 486).

SonicWall and Finjan filed a joint Stipulation and [Proposed] Order Regarding SonicWall's Bill of Costs on October 12, 2021 (ECF 494).  The stipulation reflected a compromise between the parties on costs that may be recoverable and under what conditions, which depend on the outcome of Finjan's appeals.  In that joint stipulation, SonicWall stated that it "withdraws its Bill of Costs (ECF 486)."  ECF 494 at 2:5.  As of the time of this filing, the joint stipulation is awaiting endorsement and entry by the Court.

Finjan respectfully submits that since SonicWall withdrew its Bill of Costs, it is now moot, and may be removed from the Court's docket.

Dated:  October 20, 2021

FISH & RICHARDSON P.C.

By: /s/ Jason W. Wolff
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
Attorney for Plaintiff,
FINJAN LLC