| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934)<br>*brooks@fr.com*<br>Roger A. Denning (CA SBN 228998)<br>*denning@fr.com*<br>Jason W. Wolff (CA SBN 215819)<br>*wolff@fr.com*<br>John-Paul Fryckman (CA 317591)<br>*fryckman@fr.com*<br>K. Nicole Williams (CA 291900)<br>*nwilliams@fr.com*<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Ste. 400<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile:  (858) 678-5099<br><br>Robert Courtney (CA SNB 248392)<br>*courtney@fr.com*<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile:  (612) 288-9696<br><br>Attorneys for Plaintiff<br>FINJAN LLC | Matthew C. Gaudet (Admitted *Pro Hac Vice*)<br>*mcgaudet@duanemorris.com*<br>John R. Gibson (Admitted *Pro Hac Vice*)<br>*jrgibson@duanemorris.com*<br>Robin L. McGrath (Admitted *Pro Hac Vice*)<br>*rlmcgrath@duanemorris.com*<br>David C. Dotson (Admitted *Pro Hac Vice*)<br>*dcdotson@duanemorris.com*<br>Jennifer H. Forte (Admitted *Pro Hac Vice*)<br>*jhforte@duanemorris.com*<br>DUANE MORRIS LLP<br>1075 Peachtree Street, Ste. 1700<br>Atlanta, GA 30309<br>Telephone: (404) 253 6900<br>Facsimile:  (404) 253 6901<br><br>Joseph A. Powers (Admitted *Pro Hac Vice*)<br>*japowers@duanemorris.com*<br>Jarrad M. Gunther (Admitted *Pro Hac Vice*)<br>*jmgunther@duanemorris.com*<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103<br><br>Telephone: (215) 979 1000<br>Facsimile:  (215) 979 1020<br><br>Attorneys for Defendant<br>SONICWALL INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FINJAN LLC., a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONICWALL, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | Case No. 5:17-cv-04467-BLF-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SONICWALL'S BILL OF COSTS** |

1  WHEREAS SonicWall, Inc. ("SonicWall") filed a Bill of Costs (ECF 486) seeking costs incurred in this litigation;

2  WHEREAS SonicWall and Finjan LLC ("Finjan"), the parties, wish to avoid further litigation over the Bill of Costs and have reached a compromise on the recoverable amount;

3  THEREFORE, SonicWall withdraws its Bill of Costs (ECF 486), and SonicWall and Finjan hereby stipulate that SonicWall's recoverable costs from the judgment entered at ECF 485 are $65,000.

4  IT IS FURTHER AGREED between SonicWall and Finjan that the stipulated recoverable costs will be paid by Finjan only if the United States Court of Appeals for the Federal Circuit affirms in its entirety the judgment (ECF 485) entered in SonicWall's favor. Finjan agrees to pay such costs 60 days after exhaustion of its appeals. Absent such affirmance, the parties will address whether and to what extent costs are recoverable following the completion of all appeals.

5  IT IS HEREBY STIPULATED pursuant to Civil Local Rule 7-12 by and among the parties, and the parties do jointly hereby request that the Court enter an order dismissing SonicWall's Bill of Costs (ECF 486) and endorsing this stipulation.

Dated:  October 12, 2021

FISH & RICHARDSON P.C.

By:  /s/ Jason W. Wolff
Jason W. Wolff (CA SBN 215819)
wolff@fr.com
Attorney for Plaintiff
FINJAN LLC

Dated:  October 12, 2021

DUANE MORRIS LLP

By:  /s/ Matthew C. Gaudet
Matthew C. Gaudet (Admitted Pro Hac Vice)
mcgaudet@duanemorris.com
Attorney for Defendant
SONICWALL INC.

1  Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury
2  that concurrence in the filing of this document has been obtained from counsel for Sonicwall.
3  Dated:  October 12, 2021    FISH & RICHARDSON P.C.

5  By:  */s/ Jason W. Wolff*
     Jason W. Wolff (CA SBN 215819)
     wolff@fr.com
   Attorney for Plaintiff
   FINJAN LLC

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED this ___21st___ day of ___October___, 2021.

_____
The Honorable Beth Labson Freeman
UNITED STATES DISTRICT JUDGE