# United States Court of Appeals for the Federal Circuit

---

**FINJAN LLC, FKA FINJAN, INC.,**
*Plaintiff-Appellant*

v.

**SONICWALL, INC.,**
*Defendant-Appellee*

---

2022-1048

---

Appeal from the United States District Court for the Northern District of California in No. 5:17-cv-04467-BLF, Judge Beth Labson Freeman.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED IN PART, VACATED IN PART AND REMANDED**

FOR THE COURT

October 13, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court