1  Juanita R. Brooks (CA SBN 75934)            Matthew C. Gaudet (Admitted *Pro Hac Vice*)
   *brooks@fr.com*                             *mcgaudet@duanemorris.com*
2  Roger A. Denning (CA SBN 228998)            John R. Gibson (Admitted *Pro Hac Vice*)
   *denning@fr.com*                            *jrgibson@duanemorris.com*
3  Jason W. Wolff (CA SBN 215819)              David C. Dotson (Admitted *Pro Hac Vice*)
   *wolff@fr.com*                              *dcdotson@duanemorris.com*
4  K. Nicole Williams (CA 291900)              DUANE MORRIS LLP
   *nwilliams@fr.com*                          1075 Peachtree Street, Ste. 1700
5  FISH & RICHARDSON P.C.                      Atlanta, GA 30309
   12860 El Camino Real, Ste. 400              Telephone: (404) 253 6900
6  San Diego, CA 92130                         Facsimile:  (404) 253 6901
   Telephone: (858) 678-5070
7  Facsimile:  (858) 678-5099                  Joseph A. Powers (Admitted *Pro Hac Vice*)
                                               *japowers@duanemorris.com*
8                                              Jarrad M. Gunther (Admitted *Pro Hac Vice*)
   Attorneys for Plaintiff                     *jmgunther@duanemorris.com*
9  FINJAN LLC                                  DUANE MORRIS LLP
                                               30 South 17th Street
10                                             Philadelphia, PA 19103
                                               Telephone: (215) 979 1000
11                                             Facsimile:  (215) 979 1020

12                                             Attorneys for Defendant
                                               SONICWALL INC.
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                  (SAN JOSE DIVISION)

|  | |
|---|---|
| 17  FINJAN LLC., a Delaware Limited Liability Company, | Case No. 5:17-cv-04467-BLF-VKD |
| 18                 Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| 19          v. | |
| 20  SONICWALL, INC., a Delaware Corporation, | |
| 21                 Defendant. | |

Plaintiff Finjan LLC and Defendant SonicWall, Inc. have agreed to dismiss with prejudice all claims and affirmative defenses asserted in this action.

Accordingly, pursuant to Federal Rule of Civil procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to approval of the Court, that this action is hereby DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs related to this action.

Dated:  November 28, 2023                     FISH & RICHARDSON P.C.


                                              By:  /s/ Juanita R. Brooks
                                                   Juanita R. Brooks (CA SBN 75934)
                                                   brooks@fr.com
                                              Attorney for Plaintiff
                                              FINJAN LLC

Dated:  November 28, 2023                     DUANE MORRIS LLP


                                              By:  /s/ John R. Gibson
                                                   John R. Gibson (Admitted *Pro Hac Vice*)
                                                   jrgibson@duanemorris.com
                                              Attorney for Defendant
                                              SONICWALL INC.


Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for SonicWall.

Dated:  November 28, 2023                     FISH & RICHARDSON P.C.


                                              By:  /s/ Juanita R. Brooks
                                                   Juanita R. Brooks (CA SBN 75934)
                                                   brooks@fr.com
                                              Attorney for Plaintiff
                                              FINJAN LLC

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED this _____ day of _____, 2023.

_____
The Honorable Beth Labson Freeman
UNITED STATES DISTRICT JUDGE